**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
*  *  *  *  *  *  *  *  *  *  *  *  *
                                    *
LISA F. WALLACE, et al,             *
                                    *
        Plaintiffs,                 *
                                    *
v.                                  *      Case Number:  1:06CV01264
                                    *
PATRICIA W. HASTINGS, et al,        *
                                    *
        Defendants.                 *
                                    *
                                    *
*  *  *  *  *  *  *  *  *  *  *  *  *
```

## DEFENDANTS JPMORGAN CHASE AND JAMES E. WEGER EMERGENCY MOTION TO ENLARGE TIME TO ANSWER COMPLAINT

Come now defendants, JPMORGAN CHASE and JAMES E. WEGER (collectively, the "Movants"), by and through their undersigned counsel, and respectfully request this Court to exercise its power under Fed. R. Civ. P. 6(b), to enlarge the time permitted for the Movants to answer the complaint in the above captioned matter (the "Complaint"), or, in the alternative, to file a motion to dismiss the Complaint, to December 8, 2006, and as grounds states as follows:

1.      Movant JPMORGAN CHASE was served, by priority mail, with the Complaint and Summons on November 10, 2006.  Movant JAMES E. WEGER was served, by priority mail, with the Complaint and Summons on November 3, 2006. Hence, the Federal Rules of Civil Procedure provide that JPMorgan Chase's response deadline is November 30, 2006, and Mr. Weger's response deadline is November 27, 2006.

2.     Movants are similarly situated with respect to the Complaint and wish to prepare a joint answer to the Complaint or a joint motion to dismiss the Complaint.

3.     The Complaint raises a number of complex issues relating to subject matter jurisdiction, removal rights, personal jurisdiction, venue, process, and service that require additional research to adequately address.

4.     It is in the interest of both judicial economy and the orderly and efficient administration of justice that Movants be granted sufficient time to prepare a motion to dismiss and/or an answer that addresses all issues that could result in the dismissal of the Complaint.

5.     The Plaintiff will not be prejudiced by enlarging the time frame permitted for an answer to December 8, 2006.

WHEREFORE, MOVANTS respectfully request that this Court GRANT the Motion, and ORDER that the time allowed for the Movants to prepare a motion to dismiss and/or an answer to the complaint be enlarged to December 8, 2006.

Respectfully submitted,

SIMCOX AND BARCLAY, LLP

By:          _____/s/_____
JOHN S. SIMCOX
Federal Bar No. 367251
jss@simcoxandbarclay.com

Attorney for Defendants
JP Morgan Chase & Co.
James E. Weger

2

## **AFFIDAVIT**

I do hereby swear and affirm under the penalties of perjury that the facts set forth

in the foregoing are true and correct to the best of my knowledge, information, and belief.

<u>                    /s/                    </u>
JOHN S. SIMCOX
Federal Bar No. 367251


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing paper was served this November 21,

2006, by first-class mail, pre-paid, on the following:


      Stephen P. Wallace
      6528 E. 101st Street, D-1 #304
      Tulsa, Oklahoma 74133,

and pursuant to this Court's electronic filing procedures on all other parties.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

\* \* \* \* \* \* \* \* \* \* \* \* \*
                     \*
LISA F. WALLACE, *et al*,     \*
                     \*
     Plaintiffs,       \*
                     \*
v.                  \*     Case Number:  1:06CV01264
                     \*
PATRICIA W. HASTINGS, *et al*,     \*
                     \*
     Defendants.     \*
                     \*
\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS JPMORGAN CHASE AND JAMES E. WEGER EMERGENCY MOTION TO ENLARGE TIME TO ANSWER COMPLAINT

This matter having come before the Court on the motion of Defendants, JPMORGAN CHASE and JAMES E. WEGER, for an enlargement of the time permitted to answer the complaint until December 8, 2006, it is hereby,

ORDERED, that the motion be and hereby is GRANTED.

Date: _____     _____

                                          Reggie B. Walton
                                          United States District Judge