# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| *Erroneous caption appearing on removal Papers filed by Mr. Wallace:* <br><br> STEPHEN P. WALLACE, an individual, <br><br> Plaintiff, <br> v. <br><br> PATRICIA W. HASTINGS, *et al.* <br><br> Defendants. | Case No. 1:06CV01264 <br> Honorable Reggie B. Walton |
| *Caption of the removed action:* <br><br> In re: The Lorice T. Wallace Revocable Trust dated December 26, 1974, as restated effective October 5, 1993 and as amended on February 12, 1998, the Lorice T. Wallace Irrevocable Trust dated February 8, 1996, and the Lorice T. Wallace Irrevocable Trust dated September 11, 1992, also known as the Lorice T. Wallace Life Insurance Trust, and the Lisa Frances Wallace Discretionary Spendthrift Trust. <br><br> Ronald J. Saffa and The Trust Company of Oklahoma, <br> Petitioners-Appellees, <br><br> vs. <br><br> Stephen P. Wallace <br><br> Respondent-Appellant | Supreme Court Case No. 102931 <br><br> Appeal from Judgment and Sentence entered in collateral indirect civil contempt proceedings within Tulsa County Case No PT-2002-56 <br><br> Indirect civil contempt of court |

## CONSENT MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM IN SUPPORT THEREOF

Defendants Patricia W. Hastings, Ronald J. Saffa, and James C. Milton (the "Defendants") by counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure, respectfully

move the Court to enlarge the time within which they must file responsive pleadings in this matter, through and including December 6, 2006. In support of this Motion, the Defendants state:

(1)     The undersigned Counsel for the Defendants has been recently retained in this case. An extension of time is requested in order that Counsel may fully investigate the claims and defenses in this matter, and prepare appropriate pleadings.

(2)     Plaintiff, Stephen Wallace, has agreed to consent to a two-week extension of time to permit the Defendants to file responsive pleadings pursuant to a telephone call with undersigned counsel on November 22, 2006.

(3)     Enlarging the time for the Defendants to respond to the Plaintiff's Complaint until December 6, 2006 will have no material, adverse affect on any party or on the expeditious disposition of this case.

WHEREFORE, the Defendants Patricia W. Hastings, Ronald J. Saffa, and James C. Milton, pray that the Court enter an Order enlarging the time within which they may serve an Answer, Motion, or other responsive pleading to December 6, 2006.

                         PATRICIA W. HASTINGS, RONALD J. SAFFA, AND JAMES C. MILTON,
By Counsel

LECLAIR RYAN, A Professional Corporation

By:     _____/s/_____

Jennifer L. Sarvadi  (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of November, 2006, a true and correct copy of the foregoing was sent by first-class, postage-prepaid, U.S. mail to:

>Stephen E. Wallace
>6528 E. 101st Street, D-1 #304
>Tulsa, Oklahoma  74133
>*Pro Se*
>
>
>John Sears Simcox
>SIMCOX & BARCLAY
>170 Jennifer Road
>Suite 200
>Annapolis, MD 21401-3064
>*Counsel for J.P. Morgan Chase & Co.*

                                        /s/
                                        Jennifer L. Sarvadi