## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| *Erroneous caption appearing on removal Papers filed by Mr. Wallace:* | |
| STEPHEN P. WALLACE, an individual, | Case No. 1:06CV01264 |
| Plaintiff, | Honorable Reggie B. Walton |
| v. | |
| PATRICIA W. HASTINGS, *et al.* | |
| Defendants. | |
| *Caption of the removed action:* | |
| In re: The Lorice T. Wallace Revocable Trust dated December 26, 1974, as restated effective October 5, 1993 and as amended on February 12, 1998, the Lorice T. Wallace Irrevocable Trust dated February 8, 1996, and the Lorice T. Wallace Irrevocable Trust dated September 11, 1992, also known as the Lorice T. Wallace Life Insurance Trust, and the Lisa Frances Wallace Discretionary Spendthrift Trust. | Supreme Court Case No. 102931<br><br>Appeal from Judgment and Sentence entered in collateral indirect civil contempt proceedings within Tulsa County Case No PT-2002-56<br><br>Indirect civil contempt of court |
| Ronald J. Saffa and The Trust Company of Oklahoma,<br>     Petitioners-Appellees, | |
| vs. | |
| Stephen P. Wallace | |
| Respondent-Appellant | |

## ORDER

On the motion of the Defendants Patricia W. Hastings, Ronald J. Saffa, and James C. Milton (the "Defendants") by counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure, and in light of the consent of the Plaintiff thereto, the Court deeming it just and proper to do so:

IT IS ORDERED that the time within which the Defendants may file an Answer, Motion, or other responsive pleading, is hereby extended through and including December 6, 2006.

Entered this ___ day of _____, 2006.

_____
JUDGE

Copies to:

Jennifer L. Sarvadi  (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)

Stephen E. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma  74133
*Pro Se*

John Sears Simcox
SIMCOX & BARCLAY
170 Jennifer Road
Suite 200
Annapolis, MD 21401-3064
*Counsel for J.P. Morgan Chase & Co.*