AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Lisa F. Wallace, a developmentally
disabled person, by and through her next
friend, Stephen P. Wallace and Stephen
P. Wallace, individually*

**SUMMONS IN A CIVIL CASE**

*Patricia Hastings, Ronald Saffa
James Milton John Zias James Weger,
JP Morgan Chase (N.y) Joseph M.
Watt, James Winchester Gregory
Frizzell, Ronald Shaffer*

CASE NUMBER  1:06CV01264

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/14/2006

TO: (Name and address of Defendant)

*Patricia Hastings
2934 E. 73rd Place
Tulsa, Ok. 74136*

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S~~ *Pro se* (name and address)

*Stephen P. Wallace.
4528 E. 101st D-1 #304
Tulsa, Ok. 74133*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

**JUL 14 2006**

DATE

(By) DEPUTY CLERK  *Higgins*



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 0320 0003 0247 0572
Detailed Results:

- **Delivered, November 03, 2006, 2:00 pm, TULSA, OK 74136**
- Arrival at Unit, November 03, 2006, 6:29 am, TULSA, OK 74136
- Acceptance, November 02, 2006, 1:11 pm, OKLAHOMA CITY, OK 73106

( < Back )                    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

**POSTAL INSPECTORS**   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

