AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lisa F. Wallace, et al

RECEIVED
NOV 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SUMMONS IN A CIVIL CASE

V.

Patricia Hastings, et al

CASE NUMBER 1:06CV01264

CA JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 07/14/2006

TO: (Name and address of Defendant)

Ronald Shaffer
500 S. Denver - Room #605
Tulsa, Ok. 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S Attorney (name and address)

Stephen F. Wallace
6528 E. 101st S-y #304
Tulsa, Ok 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                JUL 14 2006
CLERK                                     DATE

(By) DEPUTY CLERK



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 0320 0003 0247 1203
Detailed Results:

- Delivered, November 03, 2006, 7:53 am, TULSA, OK 74103
- Acceptance, November 02, 2006, 1:16 pm, OKLAHOMA CITY, OK 73106

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )     ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0306 0320 0003 0247 1203

Ronald Shaffer
(Please Print Clearly)
500 S. Denver - Room #605
Tulsa, Ok. 74103

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[✓] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel
(See Reverse)

PS Form 152, May 2002