AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lisa F. Wallace, et al

**SUMMONS IN A CIVIL CASE**

V.

Patricia Hastings, et al

CASE NUMBER  1:06CV01264

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 07/14/2006

TO: (Name and address of Defendant)

Joseph M. Watt
2300 N. Lincoln Blvd.
State Capital - Room 245
Oklahoma City, OK 73105

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *pro se* (name and address)

Stephen P. Wallace
6528 E. 101 St. D-1 #304
Tulsa, OK 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL 14 2006
DATE

_Maureen Higgins_
(By) DEPUTY CLERK



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 0320 0003 0247 1234
Detailed Results:

- Delivered, November 03, 2006, 9:24 am, OKLAHOMA CITY, OK 73105
- Arrival at Unit, November 03, 2006, 9:09 am, OKLAHOMA CITY, OK 73105
- Enroute, November 02, 2006, 10:05 pm, OKLAHOMA CITY, OK 73125
- Acceptance, November 02, 2006, 1:14 pm, OKLAHOMA CITY, OK 73106

( < Back )      ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*(Please Print Clearly)*
Joseph M. Watt
2300 N. Lincoln - Room #245
OKC, OK 73105

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

DELIVERY CONFIRMATION NUMBER: 0306 0320 0003 0247 1234

PS Form 152, May 2002   (See Reverse)

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do   11/9/2006