AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lisa F. Wallace, et al

SUMMONS IN A CIVIL CASE

V.

Patrizia Hastings, et al

CASE NUMBER 1:06CV01264

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 07/14/2006

TO: (Name and address of Defendant)

James Pue
111 W. 5th #740
Tulsa, OK 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ pro se (name and address)

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 14 2006
CLERK                              DATE

Maureen Higgins
(By) DEPUTY CLERK



**UNITED STATES POSTAL SERVICE®**    Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 0320 0003 0247 1258
Detailed Results:

- Delivered, November 03, 2006, 8:26 am, TULSA, OK 74103
- Arrival at Unit, November 03, 2006, 7:55 am, TULSA, OK 74103
- Acceptance, November 02, 2006, 1:12 pm, OKLAHOMA CITY, OK 73106

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

