AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lisa F. Wallace, et al

**SUMMONS IN A CIVIL CASE**

V.

Patricia Hastings, et al

CASE NUMBER  1:06CV01264

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 07/14/2006

TO: (Name and address of Defendant)

James Winchester
2300 N. Lincoln Blvd.
State Capital - Room 244
Oklahoma City, OK. 73105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

pro se

Stephen P. Wallace
6528 E. 101st D-1 #304
Tulsa, OK 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL 14 2006
CLERK                               DATE

(By) DEPUTY CLERK



UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 0306 0320 0003 0247 1227
Detailed Results:

* Delivered, November 03, 2006, 9:24 am, OKLAHOMA CITY, OK 73105
* Arrival at Unit, November 03, 2006, 9:09 am, OKLAHOMA CITY, OK 73105
* Enroute, November 02, 2006, 10:05 pm, OKLAHOMA CITY, OK 73125
* Acceptance, November 02, 2006, 1:14 pm, OKLAHOMA CITY, OK 73106

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)
(Please Print Clearly)
James Winchester
2301 N. Lincoln - Room #244
OKC, Ok  73105

DELIVERY CONFIRMATION NUMBER: 0306 0320 0003 0247 1227

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    11/9/2006