AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lisa F. Wallace, et al

SUMMONS IN A CIVIL CASE

V.

Patricia Hastings, et al

CASE NUMBER  1:06CV01264

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 07/14/2006

TO: (Name and address of Defendant)

James Wiger
15 E. 5th #3800
Tulsa, OK 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ pro se (name and address)

Stephen B. Wallace
6528 E. 101st D-1, #304
Tulsa, OK 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                JUL 14 2006
CLERK                                      DATE

(By) DEPUTY CLERK



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 0306 0320 0003 0247 1210
Detailed Results:

* Delivered, November 03, 2006, 11:02 am, TULSA, OK 74103
* Arrival at Unit, November 03, 2006, 7:55 am, TULSA, OK 74103
* Acceptance, November 02, 2006, 1:15 pm, OKLAHOMA CITY, OK 73106

( < Back )   ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

*James Weger*
*15 E. 5th St, 7 floor*
*Tulsa, Ok. 74103*

DELIVERY CONFIRMATION NUMBER: 0306 0320 0003 0247 1210

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                11/9/2006