AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lisa F. Wallace, et al

SUMMONS IN A CIVIL CASE

V.

Patricia Hastings, et al

CASE NUMBER 1:06CV01264

CASE JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment

DATE STAMP: 07/14/2006

TO: (Name and address of Defendant)

Gregory Frizzell
500 S. Denver - Room #706
Tulsa, Ok. 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ pro se (name and address)

Stephen P. Wallace
10727 E. 101st D ~ #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 14 2006
CLERK                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **0306 0320 0003 0247 1197**
Detailed Results:

- **Delivered, November 03, 2006, 7:53 am, TULSA, OK 74103**
- **Acceptance, November 02, 2006, 1:16 pm, OKLAHOMA CITY, OK 73106**

Track & Confirm
Enter Label/Receipt Number.

< Back     Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

