AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lisa F. Wallace, et al

**SUMMONS IN A CIVIL CASE**

V.

Patricia Hastings, et al

CASE NUMBER 1:06CV01264

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 07/██/2006

TO: (Name and address of Defendant)

JP Morgan Chase & Co. (New York)
270 Park Avenue
New York, NY 10027

serve: Joan Guggenheimer
General Counsel

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~attorney~~ pro se (name and address)

Stephen L. Wallace
6528 E. 101st D., #304
Tulsa, OK 74133

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL 14 2006
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: 0305 2710 0001 3711 3808
Detailed Results:

- Delivered, November 07, 2006, 9:56 am, NEW YORK, NY 10017
- Acceptance, October 31, 2006, 2:44 pm, OKLAHOMA CITY, OK 73120

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

*JP Morgan Chase & Co*
*270 Park Avenue*
*New York, NY 10027*

DELIVERY CONFIRMATION NUMBER: 0305 2710 0001 3711 3808

Postmark Here — OKLAHOMA CITY OK, OCT 31 2006, VILLAGE BR, USPS 73120

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002