UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA F. WALLACE, a developmentally disabled person, by and through her next friend, co-trustee and brother, STEPHEN P. WALLACE; STEPHEN P. WALLACE, Individually; and all those similarly situated in the class,<br><br>          Plaintiffs,<br>v.<br><br>PATRICIA W. HASTINGS, an Individual; RONALD J. SAFFA, an Individual; JAMES MILTON, an Individual; JAMES POE, an Individual; JOHN FEARS, an Individual; JAMES WEGER, an Individual; JP MORGAN CHASE & CO., (New York); JOSEPH M. WATT, an Individual JAMES R. WINCHESTER, an Individual; GREGORY FRIZZELL, an Individual; RONALD SHAFFER, an Individual; and JOHN DOES 1-10, whose identities are not yet known,<br><br>          Defendants. | Case No. CIV-06-1264 RBW |

## ORDER

Before the Court is the Joint Motion to Dismiss (Dkt #___) of Defendants, Oklahoma Supreme Court Chief Justice Joseph Watt, Vice-Chief Justice James R. Winchester, Gregory Frizzell, Presiding District Judge for the District Court of Tulsa County, State of Oklahoma, and Tulsa County District Judge Ronald L. Shaffer. After considering the Defendants' Joint Motion and the relevant law, the Court finds that Defendants' Joint Motion to Dismiss should be granted for the reasons set forth therein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the Joint Motion to Dismiss of Defendants Watt, Winchester, Frizzell and Shaffer is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Plaintiffs' action as to these Defendants is DISMISSED with prejudice to the refiling of the same.

Dated this_____day of_____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE