## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA F. WALLACE, a developmentally disabled person, by and through her next friend, co-trustee and brother, STEPHEN P. WALLACE; STEPHEN P. WALLACE, Individually; and all those similarly situated in the class, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Case No. CIV-06-1264 RBW |
| PATRICIA W. HASTINGS, an Individual; RONALD J. SAFFA, an Individual; JAMES MILTON, an Individual; JAMES POE, an Individual; JOHN FEARS, an Individual; JAMES WEGER, an Individual; JP MORGAN CHASE & CO., (New York); JOSEPH M. WATT, an Individual JAMES R. WINCHESTER, an Individual; GREGORY FRIZZELL, an Individual; RONALD SHAFFER, an Individual; and JOHN DOES 1-10, whose identities are not yet known, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of Record:

Enter my appearance in this case as counsel of record for Defendants Oklahoma State Supreme Court Chief Justice Joseph M. Watt, Vice-Chief Justice James R. Winchester, Gregory K. Frizzell, Presiding District Judge for the District Court of Tulsa County, State of Oklahoma, and Ronald L. Shaffer, Tulsa County District Judge.

I certify that I am admitted to practice in this Court pursuant to LCvR83.2(f).

Respectfully submitted,


s/ Stephen J. Krise
**STEPHEN J. KRISE, OBA #17948**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N. E. 21st Street
Oklahoma City, Oklahoma  73105
Tele: (405) 521-4274   Fax: (405) 521-4518
Stephen_Krise@oag.state.ok.us

Attorney for Defendants Watt, Winchester, Frizzell and Shaffer

### CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

| | |
|---|---|
| Jennifer L. Sarvadi | John Sears Simcox |
| Leclair Ryan, PC | SIMCOX & BARCLAY |
| 225 Reinekers Lane, Suite 700 | 170 Jennifer Road, Suite 200 |
| Alexandria, VA  22314 | Annapolis, MD  21401-3064 |
| *Counsel for Defendants Hastings, Saffa, Milton, Poe and Fears* | *Counsel for James Weger and JP Morgan Chase & Co. (New York)* |

I further certify that on November 27, 2006, I served by U.S. Mail, postage prepaid, the following person who is not a ECF registrant:

| | |
|---|---|
| Stephen P. Wallace | Lisa F. Wallace |
| 6528 E. 101 Street | 6528 E. 101 Street |
| Apartment D-1 #304 | Apartment D-1 #304 |
| Tulsa, Oklahoma  74133 | Tulsa, Oklahoma  74133 |
| Plaintiff *Pro Se* | Plaintiff *Pro Se* |

s/ Stephen J. Krise
Stephen J. Krise