### LIST OF CASES FILED BY STEPHEN P. WALLACE RELATED TO TRUSTS

The following list does not contain every case Wallace has filed and is only compiled to show this Court the massive amount of litigation that Wallace has created. Again, Wallace has never prevailed on the merits of any case he has filed.

State Courts

1. Tulsa County Case No. CJ-2000-1684
2. Tulsa County Case No. CJ-2000-5294
3. Tulsa County Case No. CJ-2000-1900
4. Tulsa County Case No. CJ-2000-4231
5. Tulsa County Case No. CJ-2001-3000
6. Tulsa County Case No. CJ-2002-04727
7. Tulsa County Case No. PT-2002-56
8. Illinois, Dupage County Case No. 2003CH001896
9. Texas, Tarrant County Case No. 017-209685-05

Appeals Actions

1. Oklahoma Supreme Court Case No. 95159
2. Oklahoma Supreme Court Case No. 95712
3. Oklahoma Supreme Court Case No. 97669
4. Oklahoma Supreme Court Case No. 97962
5. Oklahoma Supreme Court Case No. 99732
6. Oklahoma Supreme Court Case No. 101164
7. Tenth Circuit Case No. 99864

Removal Actions

1. N.D. Okla. Case No. 01-CV-0880
2. N.D. Okla. Case No. 01-CV-0917
3. N.D. Okla. Case No. 01-CV-0417
4. S.D. Tex. Case No. 04-CV-03131
5. S.D. Tex. Case No. 04-CV-04403

Remand Appeals Actions

1. Tenth Circuit Case No. 02-5001
2. Tenth Circuit Case No. 02-5014
3. Tenth Circuit Case No. 02-5016
4. Tenth Circuit Case No. 02-5080



Federal Court Litigation

1. N.D. Okla. Case No. 00-CV-0905
2. N.D. Okla. Case No. 00-CV-1086
3. N.D. Okla. Case No. 01-CV-0311
4. N.D. Okla. Case No. 02-CV-0148
5. N.D. Okla. Case No. 04-CV-701K
6. W.D. Okla. Case No. 02-CV-0233
7. E.D. Mo. Case No. 4:03-CV-0482
8. D.D.C. Case No. 1:06-CV-01264
9. D.D.C. Case No. 1:04-CV-713
10. D. Neb. Case No. 4:06-CV-3214
11. Tenth Circuit Case No. 01-5213
12. Tenth Circuit Case No. 01-6422
13. Tenth Circuit Case No. 02-5101
14. Tenth Circuit Case No. 02-5141
15. Tenth Circuit Case No. 02-5145

Appeals from Federal Litigation

1. Tenth Circuit Case No. 01-5213
2. Tenth Circuit Case No. 02-5102

Bankruptcy Litigation

1. W.D. Okla. Bankr. Case No. 01-19481 (Ch. 11)
2. N.D. Okla. Bankr. Case No. 02-0073 (Ch. 7)
3. N.D. Okla. Bankr. Adv. Case No. 02-108

Appeals from Bankruptcy Litigation

1. N.D. Okla. Case No. 02-CV-614
2. W.D. Okla. Case No. 01-CV-1694
3. W.D. Okla. Case No. 01-CV-1756
4. Tenth Circuit Case No. 01-6389
5. Tenth Circuit Case No. 02-6021
6. Tenth Circuit Case No. 02-6150
7. Tenth Circuit Case No. 02-6151
8. Tenth Circuit Appellate Panel Case No. 02-047
9. Tenth Circuit Appellate Panel Case No. 02-053