

**OSCN** www.oscn.net
THE OKLAHOMA STATE COURTS NETWORK

Home | Courts | Court Dockets | Legal Research | Calendar | Help

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| STEPHEN P WALLACE, Individually, and as next friend of LORICE T WALLACE, Plaintiff, v. RONALD J SAFFA, Defendant, and TRUST COMPANY OF OKLAHOMA, Defendant, and BANK ONE NA, Defendant. | No. CJ-2000-5294 (Civil relief more than $10,000: FRAUD) Filed: 11/01/2000 Closed: 09/21/2001 Judge: Bubenik, Sharron M. |

### Parties

BANK ONE NA , Defendant
SAFFA, RONALD J , Defendant
TRUST COMPANY OF OKLAHOMA , Defendant
WALLACE, LORICE T , Plaintiff
WALLACE, STEPHEN P *B , Plaintiff

### Attorneys

**Attorney**
Mitchell, Robert L(Bar # 6279)
MITCHELL & FOLEY
TWO BROADWAY EXECUTIVE PARK
205 NW 63RD ST., STE. 330
OKLAHOMA CITY, OK 73116

**Represented Parties**
WALLACE, LORICE T
WALLACE, STEPHEN P *B

### Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

### Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: FRAUD (FRAUD)
Filed by: WALLACE, STEPHEN P *B
Filed Date: 11/01/2000

**Party Name:**

**Disposition Information:**

**Plaintiff:** WALLACE, STEPHEN P *B

Disposed: BANKRUPTCY FILED, 09/21/2001. Dismissed- Transferred to Another Jurisdiction.

Disposed: DISMISSED WITHOUT PREJUDICE, 12/05/2000. Dismissed- Settled.

### Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 11-01-2000 | TEXT | - | | 40590528 | Nov 1 2000 9:47:17:000AM | - | $ 0.00 |

EXHIBIT C5

CIVIL RELIEF MORE THAT $10K INITIAL FILING.

| Date | Code | | Ref # | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 11-01-2000 | FRAUD | - | 40590529 | Nov 1 2000 9:47:17:000AM | - | $ 0.00 |
| 11-01-2000 | PFE1 | - | 40590530 | Nov 1 2000 9:47:17:920AM | Realized | $ 69.00 |

PETITION($ 69.00)

| 11-01-2000 | PFE7 | - | 40590531 | Nov 1 2000 9:47:17:920AM | Realized | $ 3.00 |

LAW LIBRARY FEE($ 3.00)

| 11-01-2000 | DMFE | - | 40590532 | Nov 1 2000 9:47:17:920AM | Realized | $ 2.00 |

DISPUTE MEDIATION FEE($ 2.00)

| 11-01-2000 | CHAB | - | 40590533 | Nov 1 2000 9:47:17:920AM | Realized | $ 10.00 |

C.H.A.B. STATUTORY FEE($ 10.00)

| 11-01-2000 | TEXT | - | 40595283 | Nov 1 2000 4:07:42:550PM | - | $ 0.00 |

COVER SHEET ATTACHED

| 11-01-2000 | ACCOUNT | - | 40590554 | Nov 1 2000 9:48:34:650AM | - | $ 0.00 |

RECEIPT # 2000-129082 ON 11/01/2000.
PAYOR: MITCHELL FOLEY TOTAL AMOUNT PAID: $ 84.00.
LINE ITEMS:
CJ-2000-5294: $69.00 ON AC01 CLERK'S FEES CIVIL AND CRIMINAL.
CJ-2000-5294: $3.00 ON AC23 (FORMERLY AC03 CV) LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2000-5294: $2.00 ON AC64 (FORMERLY AC13) DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2000-5294: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.

| 12-05-2000 | DWOP | - | 41839236 | Dec 5 2000 5:20:52:280PM | - | $ 0.00 |

DISMISSAL WITHOUT PREJUDICE BY PLTF AS TO ALL DEFENDANTS

| 12-05-2000 | DISPDWOP | 1 | 41839241 | Dec 5 2000 5:21:40:420PM | - | $ 0.00 |

DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS

| 03-27-2001 | DISBURSED | - | 42734091 | Mar 27 2001 4:06:53:000PM | - | $ 0.00 |

CHECK# 210605 PRINTED TO SALLY HOWE SMITH, COURT CLERK IN THE TOTAL AMOUNT OF 321,580.60 AT NOVEMBER 2000 AC 01 // CIVIL, NOTARY, CRIMINAL & TRAFFIC FEES.
INCLUDING:
$ 69.00 AC01 - CLERK'S FEES CIVIL AND CRIMINAL

| 04-03-2001 | DISBURSED | - | 42822900 | Apr 3 2001 1:57:21:000PM | - | $ 0.00 |

CHECK# 1143 PRINTED TO LAW LIBRARY IN THE TOTAL AMOUNT OF 14,269.11 AT PARTIAL REIMBURSEMENT OF VO#282188 OF 1/03/01 AND VO#209474 OF 2/01/01. INCLUDING:
$ 3.00 AC23 - (FORMERLY AC03 CV) LAW LIBRARY FEE CIVIL AND CRIMINAL

| 05-15-2001 | DISBURSED | - | 43255849 | May 15 2001 1:09:16:590PM | - | $ 0.00 |

VOUCHER# 211951 PRINTED TO SUPREME COURT REVOLVING FUND AT DISP MED FEES COLLECTED NOVEMBER 2000. INCLUDING:

$ 2.00 AC64 - (FORMERLY AC13) DISPUTE MEDIATION FEES CIVIL ONLY

| 05-15-2001 | DISBURSED | - | 43261122 | May 15 2001 1:42:17:260PM | - | $ 0.00 |

VOUCHER# 211952 PRINTED TO DHS-CAM BH-C ACCOUNT AT FEES COLLECTED NOVEMBER 2000. INCLUDING:

$ 10.00 AC69 - CHILD ABUSE MULTIDISCIPLINARY FEE

| | | | | | | |
|---|---|---|---|---|---|---|
| 09-21-2001 | NOB | - | | 44244778 | Sep 24 2001 10:08:46:390AM | - | $ 0.00 |

NOTICE OF CHAPTER 11 BANKRUPTCY FILED IN WESTERN DICTRICT SEPTE 13,2001 CASE #01-19481TS THRU ATTY MICHAEL H FREEMAN

| 09-21-2001 | DISPBRP | 1 | WALLACE, STEPHEN P *B | 44244869 | Sep 24 2001 10:16:27:310AM | - | $ 0.00 |

NOTICE OF CHAPTER 11 BANKRUPTCY

| 10-03-2001 | NOB | - | | 44313687 | Oct 3 2001 5:40:52:960PM | - | $ 0.00 |

NOTICE OF CHAPTER 11 BANKRUPTCY BY STEPHEN P WALLACE DBA WALLACE INVESTMENT S DBA RIVER OAKS ASSOCIATES AND DBA WALLACE REAL ESTATE COMPANY BY ATTY MICHAEL H FREEMAN

Report Generated by The Oklahoma Court Information System at November 27, 2006 13:47 PM

End of Transmission.