
### THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| STEPHEN P. WALLACE,<br>    Plaintiff,<br>v.<br>JAMES E. WEGER,<br>    Defendant, and<br>JONES, GIVENS, GOTCHER, & BOGAN,<br>    Defendant. | No. CJ-2001-3000<br>(Civil relief more than $10,000:<br>BREACH OF FIDUCIARY DUTY)<br><br>Filed: 06/04/2001<br>Closed: 09/21/2001<br><br>Judge: Shaffer, Ronald L. |

## Parties

JONES GIVENS GOTCHER & BOGAN , Defendant
WALLACE, STEPHEN P *B , Plaintiff
WEGER, JAMES E , Defendant

## Attorneys

**Attorney**
Stephen P. Wallace Pro Se(Bar # )

Weger, James Earle(Bar # 9437)
3800 First Place Tower
15 E. 5th St.
Tulsa, OK 74103

**Represented Parties**
WALLACE, STEPHEN P *B

JONES GIVENS GOTCHER & BOGAN,

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, July 26, 2001 at 9:30 AM<br>DEF'S MOTION TO DISMISS(MOD) | | Ronald L. Shaffer | |

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: BREACH OF FIDUCIARY DUTY (DUTY)
Filed by: WEGER, JAMES E
Filed Date: 06/04/2001

**Party Name:**   **Disposition Information:**

**Defendant:** WEGER, JAMES E   Disposed: DISMISSED - WITH PREJUDICE, 07/27/2001.
Dismissed- Settled.

**Defendant:** JONES GIVENS GOTCHER & BOGAN   Disposed: DISMISSED - WITH PREJUDICE, 07/27/2001.
Dismissed- Settled.

**Plaintiff:** WALLACE, STEPHEN P *B   Disposed: BANKRUPTCY FILED, 09/21/2001. Dismissed-
Transferred to Another Jurisdiction.

**Issue # 2.**   Issue: OTHER (CONFLICT OF INTEREST) (OTHER)

EXHIBIT
CC

|  |  |  |
|---|---|---|
|  | **Party Name:** | Filed by: WEGER, JAMES E<br>Filed Date: 06/04/2001<br>**Disposition Information:** |
|  | **Defendant:** WEGER, JAMES E | Disposed: DISMISSED - WITH PREJUDICE, 07/27/2001.<br>**Dismissed- Settled.** |
|  | **Defendant:** JONES GIVENS GOTCHER & BOGAN | Disposed: DISMISSED - WITH PREJUDICE, 07/27/2001.<br>**Dismissed- Settled.** |
| **Issue # 3.** |  | Issue: TORTIOUS INTERFERENCE CONTRACT (INTERFERE)<br>Filed by: WEGER, JAMES E<br>Filed Date: 06/04/2001 |
|  | **Party Name:** | **Disposition Information:** |
|  | **Defendant:** WEGER, JAMES E | Disposed: DISMISSED - WITH PREJUDICE, 07/27/2001.<br>**Dismissed- Settled.** |
|  | **Defendant:** JONES GIVENS GOTCHER & BOGAN | Disposed: DISMISSED - WITH PREJUDICE, 07/27/2001.<br>**Dismissed- Settled.** |
|  | **Plaintiff:** WALLACE, STEPHEN P *B | Disposed: BANKRUPTCY FILED, 09/21/2001. Dismissed-Settled. |

## Docket

| Date | Code | Count | Party | Serial # | Entry Date |  |  |
|---|---|---|---|---|---|---|---|
|  | NONE | 3 | WALLACE, STEPHEN P *B | 44245000 | Sep 24 2001 10:24:58:560AM | - | $ 0.00 |
|  | NOTICE OF CHAPTER 11 BANKRUPTCY |  |  |  |  |  |  |
| 06-04-2001 | TEXT | 1 |  | 43484330 | Jun 4 2001 3:16:46:927PM | - | $ 0.00 |
|  | CIVIL RELIEF MORE THAT $10K INITIAL FILING. |  |  |  |  |  |  |
| 06-04-2001 | DUTY | - |  | 43484332 | Jun 4 2001 3:16:49:033PM | - | $ 0.00 |
|  | BREACH OF FIDUCIARY DUTY |  |  |  |  |  |  |
| 06-04-2001 | DMFE | - |  | 43484333 | Jun 4 2001 3:16:49:097PM | Realized | $ 2.00 |
|  | DISPUTE MEDIATION FEE($ 2.00) |  |  |  |  |  |  |
| 06-04-2001 | PFE1 | - |  | 43484334 | Jun 4 2001 3:16:49:097PM | Realized | $ 69.00 |
|  | PETITION($ 69.00) |  |  |  |  |  |  |
| 06-04-2001 | PFE7 | - |  | 43484335 | Jun 4 2001 3:16:49:097PM | Realized | $ 3.00 |
|  | LAW LIBRARY FEE($ 3.00) |  |  |  |  |  |  |
| 06-04-2001 | CHAB | - |  | 43484336 | Jun 4 2001 3:16:49:097PM | Realized | $ 10.00 |
|  | C.H.A.B. STATUTORY FEE($ 10.00) |  |  |  |  |  |  |
| 06-04-2001 | SMF | - |  | 43484337 | Jun 4 2001 3:17:49:267PM | Realized | $ 10.00 |
|  | SUMMONS FEE (CLERKS FEE)($ 10.00) |  |  |  |  |  |  |

| Date | Type | | Party | Doc ID | Timestamp | | Amount |
|---|---|---|---|---|---|---|---|
| 06-04-2001 | SMIP | - | | 43484338 | Jun 4 2001 3:17:25:270PM | - | $ 0.00 |

SUMMONS ISSUED - PRIVATE PROCESS SERVER 2

| 06-04-2001 | INFORMATION | 1 | WEGER, JAMES E | 43484964 | Jun 4 2001 3:53:07:633PM | - | $ 0.00 |

DEFENDANT WEGER, JAMES E WAS CHARGED WITH COUNT #1, BREACH OF FIDUCIARY DUTY IN VIOLATION OF DUTY O.S. DUTY

| 06-04-2001 | INFORMATION | 1 | JONES GIVENS GOTCHER & BOGAN | 43484965 | Jun 4 2001 3:53:07:650PM | - | $ 0.00 |

DEFENDANT JONES GIVENS GOTCHER & BOGAN WAS CHARGED WITH COUNT #1, BREACH OF FIDUCIARY DUTY IN VIOLATION OF DUTY O.S. DUTY

| 06-04-2001 | INFORMATION | 2 | WEGER, JAMES E | 43485072 | Jun 4 2001 3:58:20:050PM | - | $ 0.00 |

DEFENDANT WEGER, JAMES E WAS CHARGED WITH COUNT #2, OTHER (CONFLICT OF INTEREST) IN VIOLATION OF O.S.

| 06-04-2001 | INFORMATION | 2 | JONES GIVENS GOTCHER & BOGAN | 43485073 | Jun 4 2001 3:58:20:080PM | - | $ 0.00 |

DEFENDANT JONES GIVENS GOTCHER & BOGAN WAS CHARGED WITH COUNT #2, OTHER (CONFLICT OF INTEREST) IN VIOLATION OF O.S.

| 06-04-2001 | INFORMATION | 3 | WEGER, JAMES E | 43485075 | Jun 4 2001 3:58:31:487PM | - | $ 0.00 |

DEFENDANT WEGER, JAMES E WAS CHARGED WITH COUNT #3, TORTIOUS INTERFERENCE CONTRACT IN VIOLATION OF O.S.

| 06-04-2001 | INFORMATION | 3 | JONES GIVENS GOTCHER & BOGAN | 43485076 | Jun 4 2001 3:58:31:500PM | - | $ 0.00 |

DEFENDANT JONES GIVENS GOTCHER & BOGAN WAS CHARGED WITH COUNT #3, TORTIOUS INTERFERENCE CONTRACT IN VIOLATION OF O.S.

| 06-04-2001 | TEXT | - | | 43484331 | Jun 4 2001 3:16:48:940PM | - | $ 0.00 |

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE SHAFFER, RONALD L. TO THIS CASE.

| 06-04-2001 | ACCOUNT | - | | 43484364 | Jun 4 2001 3:18:19:627PM | - | $ 0.00 |

RECEIPT # 2001-222753 ON 06/04/2001.
PAYOR: WALLACE, STEPHEN P TOTAL AMOUNT PAID: $ 94.00.
LINE ITEMS:
CJ-2001-3000: $79.00 ON AC01 CLERK'S FEES CIVIL AND CRIMINAL.
CJ-2001-3000: $3.00 ON AC23 (FORMERLY AC03 CV) LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2001-3000: $2.00 ON AC64 (FORMERLY AC13) DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2001-3000: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.

| 06-05-2001 | SMS | - | WEGER, JAMES E | 43501948 | Jun 6 2001 10:21:23:987AM | - | $ 0.00 |

SUMMONS RETURNED, SERVED: PR TO JAMES W. WEGER ON 6-5-01

| 06-05-2001 | SMS | - | JONES GIVENS GOTCHER & BOGAN | 43501998 | Jun 6 2001 10:24:23:077AM | - | $ 0.00 |

SUMMONS RETURNED, SERVED: CORP TO JONES GIVENS LAW FIRM BY LEAVING COPY WITH THOMAS L. VOGT ON 6-4-01

| Date | Type | | Party | Doc # | Timestamp | | Amount |
|---|---|---|---|---|---|---|---|
| 06-11-2001 | MO | - | | 43543179 | Jun 12 2001 7:56:53:367AM | - | $ 0.00 |

EMERGENCY MOTION TO DISQUALIFY THE JONES GIVENS LAW FIRM AND JAMES E. WEGER, INDIVIDUALLY OR IN THE ALTERNATIVE RECUSAL OF DISTRICT JUDGE FRIZZELL

| 06-13-2001 | O | - | | 43556107 | Jun 13 2001 9:58:42:490AM | - | $ 0.00 |

SHAFFER, RONALD L: ORD BY MIN WITH NOTICE SENT:
EMERGENCY MOTION TO DISQUALIFY THE JONES GIVENS LAW FIRM AND JAMES E WEGER, INDIVIDUALLY, OR IN THE ALTERNATIVE RECUSAL OF DISTRICT JUDGE GREGORY FRIZZELL IS OVERRULED.

STEPHEN P WALLACE
6528 E 101ST ST., D-1 #304
TULSA, OK 74133

JAMES E WEGER
JONES GIVENS GOTCHER & BOGAN, PC
3800 FIRST NATIONAL TOWER
TULSA, OK 74103

JONES GIVENS GOTCHER & BROGAN, PC
3800 FIRST NATIONAL TOWER
TULSA, OK 74103

JUDGE GREGORY FRIZZELL
TULSA COUNTY COURT HOUSE
COURTROOM #706
TULSA, OK 74103

| 06-13-2001 | O | - | | 43557625 | Jun 13 2001 11:02:03:830AM | - | $ 0.00 |

ORDER EMERGENCY MOTION TO DISQUALITY JONES GOVENS LAW FIRM AND JAMES E WEGER AFD/MAILING 6-13-2001 REFER TO MINUTE 6-11-2001

| 06-25-2001 | MO | - | JONES GIVENS GOTCHER & BOGAN | 43660542 | Jun 26 2001 9:24:21:220AM | - | $ 0.00 |

DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND BRIEF IN SUPPORT/JAMES E. WEGER; ATTY FOR DF/C TO J (JO) (WITH COVERSHEET)

| 06-27-2001 | OSH | - | | 43670750 | Jun 27 2001 9:24:48:560AM | - | $ 0.00 |

SHAFFER, RONALD L: ORDER BY MIN WITH NOTICE SENT:
DEFENDANTS' MOTION TO DISMISS SET FOR HEARING JULY 26, 2001 AT 9:30 A.M.

STEPHEN P WALLACE
6528 E 101ST STREET, D-1, NO. 304
TULSA, OK 74133

JAMES E WEGER
15 E 5TH STREET, STE 3800
TULSA, OK 74103

| 06-27-2001 | NOH | - | WEGER, JAMES E | 43675059 | Jun 27 2001 1:50:48:957PM | - | $ 0.00 |

NOTICE OF HEARING/AFFIDAVIT OF MAILING SET FOR 7-26-01 AT 9:30 A M

| 07-26-2001 | TEXT | - | | 43869625 | Jul 26 2001 12:39:14:983PM | - | $ 0.00 |

SHAFFER, RONALD L: HEARING HELD, DEF'S MOTION TO DISMISS IS SUSTAINED PER ORD TO BE SUBMITTED.
PLAINTIFF APPEARED NOT;
DEF JONES, GIVENS, GOTCHER & BROGAN PRESENT IN PERSON PRO SE.

| Date | Code | # | Party | Doc ID | Timestamp | | Amount |
|---|---|---|---|---|---|---|---|
| 07-27-2001 | O | - | | 43876053 | Jul 27 2001 9:39:55:690AM | - | $ 0.00 |

SHAFFER, RONALD L: ORD GRANTING DEFS' MOTION TO DISMISS WITH PREJUDICE

| 07-27-2001 | DISPCVDMWP | 1 | WEGER, JAMES E | 43876116 | Jul 27 2001 9:43:36:370AM | - | $ 0.00 |

ORDER GRANTING DEF'S MOTION TO DISMISS WITH PREJUDICE

| 07-27-2001 | DISPCVDMWP | 2 | WEGER, JAMES E | 43876117 | Jul 27 2001 9:43:36:480AM | - | $ 0.00 |

ORDER GRANTING DEF'S MOTION TO DISMISS WITH PREJUDICE

| 07-27-2001 | DISPCVDMWP | 3 | WEGER, JAMES E | 43876118 | Jul 27 2001 9:43:36:527AM | - | $ 0.00 |

ORDER GRANTING DEF'S MOTION TO DISMISS WITH PREJUDICE

| 07-27-2001 | DISPCVDMWP | 1 | JONES GIVENS GOTCHER & BOGAN | 43876119 | Jul 27 2001 9:43:36:557AM | - | $ 0.00 |

ORDER GRANTING DEF'S MOTION TO DISMISS WITH PREJUDICE

| 07-27-2001 | DISPCVDMWP | 2 | JONES GIVENS GOTCHER & BOGAN | 43876120 | Jul 27 2001 9:43:36:573AM | - | $ 0.00 |

ORDER GRANTING DEF'S MOTION TO DISMISS WITH PREJUDICE

| 07-27-2001 | DISPCVDMWP | 3 | JONES GIVENS GOTCHER & BOGAN | 43876121 | Jul 27 2001 9:43:36:590AM | - | $ 0.00 |

ORDER GRANTING DEF'S MOTION TO DISMISS WITH PREJUDICE

| 07-30-2001 | OG | | WEGER, JAMES E | 43892663 | Jul 31 2001 9:00:03:010AM | - | $ 0.00 |

ORDER GRANTING DEFS' MOTION TO DISMISS WITH PREJUDICE IS GRANTED

| 09-21-2001 | NOB | - | | 44244894 | Sep 24 2001 10:18:50:103AM | - | $ 0.00 |

NOTICE OF CHAPTER 11 BANKRUPTCY BANKRUPTCY FILED BY STEPHEN P WALLACE FILED IN WESTERN DISTRICT CASE #01-19481TS BY ATTY MICHAEL H FREEMAN

| 09-21-2001 | DISPBRP | 1 | WALLACE, STEPHEN P *B | 44244945 | Sep 24 2001 10:22:08:440AM | - | $ 0.00 |

NOTICE OF CHAPTER 11 BANKRUPTCY

| 09-21-2001 | DISPBRP | 2 | WALLACE, STEPHEN P *B | 44244999 | Sep 24 2001 10:24:56:967AM | - | $ 0.00 |

NOTICE OF CHAPTER 11 BANKRUPTCY

| 09-21-2001 | DISPBRP | 3 | WALLACE, STEPHEN P *B | 44245007 | Sep 24 2001 10:26:07:980AM | - | $ 0.00 |

NOTICE OF CHAPTER 11 BANKRUPTCY

| 10-03-2001 | NOB | - | | 44311590 | Oct 3 2001 3:12:10:603PM | - | $ 0.00 |

NOTICE OF CHAPTER 11 BANKRUPTCY BY STEPHEN P WALLACE DBA WALLACE INVESTMENTS DBA RIVER OAKS ASSOCIATES AND DBA WALLACE REAL ESTATE COMPANY WESTERN DISTRICT OF OKLAHOMA CASE #01-19481TS BY ATTY MICHAEL H

FREEMAN

Report Generated by The Oklahoma Court Information System at November 27, 2006 13:50 PM

End of Transmission.