

**OSCN** — THE OKLAHOMA STATE COURTS NETWORK — www.oscn.net

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| STEPHEN P. WALLACE,<br>    Plaintiff,<br>MARY ROMA JAGE,<br>    Plaintiff, and<br>LORICE T. WALLACE,<br>    Plaintiff,<br>v.<br>TRUST COMPANY OF OKLAHOMA,<br>    Defendant, and<br>RONALD J. SAFFA,<br>    Defendant, and<br>BANK ONE, N.A.,<br>    Defendant. | No. CJ-2002-4727<br>(Civil relief more than $10,000:<br>TRUST)<br><br>Filed: 08/16/2002<br>Closed: 01/10/2003<br><br>Judge: Shaffer, Ronald L. |

## Parties

BANK ONE NA , Defendant
JAGE, MARY ROMA , Plaintiff
SAFFA, RONALD J , Defendant
TRUST COMPANY OF OKLAHOMA , Defendant
WALLACE, LORICE T , Plaintiff
WALLACE, STEPHEN P , Plaintiff

## Attorneys

| Attorney | Represented Parties |
|---|---|
| Milton, James Craig(Bar # 16697)<br>320 S. BOSTON, STE 500<br>Tulsa, OK 74103 | TRUST COMPANY OF OKLAHOMA, |
| Mitchell, Robert L(Bar # 6279)<br>MITCHELL & FOLEY<br>TWO BROADWAY EXECUTIVE PARK<br>205 NW 63RD ST., STE. 330<br>OKLAHOMA CITY, OK 73116 | WALLACE, STEPHEN P |
| Poe, James E(Bar # 7198)<br>111 W. 5th, Ste. 740<br>Tulsa, OK 74103 | SAFFA, RONALD J |

## Events

| Event | PartyDocket | Reporter |
|---|---|---|
| **Thursday, October 10, 2002 at 9:30 AM**<br>DEF RONALD J SAFFA'S MOTION TO DISMISS...ROBERT L MITCHELL-PL...CRAIG TWEEDY, JAMES MILTON, JON PAYNE, JAMES POE-DEFT(MOD) | | Ronald L. Shaffer |
| **Thursday, October 24, 2002 at 9:30 AM**<br>DEFENDANT THE TRUST COMPANY OF OKLAHOMA'S MOTION TO DISMISS..ROBERT MITCHELL-PL..JAMES C MILTON, JAMES E POE, CRAIG TWEEDY-DEFT(MOD) | | Ronald L. Shaffer |
| **Thursday, November 21, 2002 at 9:30 AM**<br>DEF SAFFA'S MOTION FOR SANCTIONS AGAINST PLAINTIFF'S ATTORNEYS CRAIG TWEEDY AND ROBERT MITCHELL ...ROBERT MITCHELL, CRAIG TWEEDY- | | Ronald L. Shaffer |



EXHIBIT C1

| | |
|---|---|
| PL..JAMES POE, RANDALL GILL, JEFF MARTIN, JOHN DAVIDSON, W MICHAEL HILL-DEFTS(MOD) | |
| **Thursday, December 19, 2002 at 9:30 AM**<br>RONALD J SAFFA'S MOTION FOR SANCTIONS-ROBERT MITCHELL-PLJAMES POE, JON PAYNE, CRAIG TWEEDY-DEFT(MOD) | Ronald L. Shaffer |
| **Thursday, February 20, 2003 at 9:30 AM**<br>DEF SAFFA'S APPL FOR SUPPLEMENTAL ATTORNEY FEES ...ROBERT MITCHELL, CRAIG TWEEDY, JAMES C MILTON, JON PAYNE, JAMES WEGER, JAMES E POE (MOD) | Ronald L. Shaffer |
| **Friday, April 23, 2004 at 11:00 AM**<br>ASSET HEARING.................Steve Clouser for PL.................Robert Mitchell PRO SE (AHE) | Russell P. Hass |

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: TRUST (TRUST)
Filed by: WALLACE, STEPHEN P
Filed Date: 08/16/2002

**Party Name:**                                     **Disposition Information:**

**Defendant:** BANK ONE NA                Disposed: DISMISSED WITHOUT PREJUDICE, 10/10/2002.
                                                              Dismissed- Settled.

**Defendant:** SAFFA, RONALD J           Disposed: DISMISSED - WITH PREJUDICE, 01/10/2003.
                                                              Dismissed- Settled.

**Defendant:** BANK ONE NA                Disposed: DISMISSED - WITH PREJUDICE, 01/10/2003.
                                                              Dismissed- Settled.

**Defendant:** TRUST COMPANY OF    Disposed: DISMISSED - WITH PREJUDICE, 01/10/2003.
OKLAHOMA                                              Dismissed- Settled.

**Issue # 2.**

Issue: TRUST (TRUST)
Filed by: JAGE, MARY ROMA
Filed Date: 08/16/2002

**Party Name:**                                     **Disposition Information:**

**Defendant:** BANK ONE NA                Disposed: DISMISSED WITHOUT PREJUDICE, 10/10/2002.
                                                              Dismissed- Settled.

**Defendant:** SAFFA, RONALD J           Disposed: DISMISSED - WITH PREJUDICE, 01/10/2003.
                                                              Dismissed- Settled.

**Defendant:** BANK ONE NA                Disposed: DISMISSED - WITH PREJUDICE, 01/10/2003.
                                                              Dismissed- Settled.

**Defendant:** TRUST COMPANY OF    Disposed: DISMISSED - WITH PREJUDICE, 01/10/2003.
OKLAHOMA                                              Dismissed- Settled.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 08-16-2002 | TEXT | 1 | | 46472283 | Aug 16 2002 4:05:38:570PM | - | $ 0.00 |

CIVIL RELIEF MORE THAT $10K INITIAL FILING.

| Date | Code | Party | Ref # | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 08-16-2002 | TRUST | - | 46472285 | Aug 16 2002 4:05:38:617PM | - | $ 0.00 |
| | TRUST | | | | | |
| 08-16-2002 | DMFE | - | 46472286 | Aug 16 2002 4:05:38:663PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | |
| 08-16-2002 | PFE1 | - | 46472287 | Aug 16 2002 4:05:38:663PM | Realized | $ 72.00 |
| | PETITION($ 72.00) | | | | | |
| 08-16-2002 | PFE7 | - | 46472288 | Aug 16 2002 4:05:38:663PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | |
| 08-16-2002 | CCADMIN | - | 46472289 | Aug 16 2002 4:05:38:663PM | Realized | $ 1.00 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 1.00) | | | | | |
| 08-16-2002 | CHAB | - | 46472290 | Aug 16 2002 4:05:38:663PM | Realized | $ 10.00 |
| | C.H.A.B. STATUTORY FEE($ 10.00) | | | | | |
| 08-16-2002 | SMF | - | 46472291 | Aug 16 2002 4:08:51:740PM | Realized | $ 15.00 |
| | SUMMONS FEE (CLERKS FEE) - 3 -($ 15.00) | | | | | |
| 08-16-2002 | SMIP | - | 46472292 | Aug 16 2002 4:09:00:050PM | - | $ 0.00 |
| | SUMMONS ISSUED - PRIVATE PROCESS SERVER (3) | | | | | |
| 08-16-2002 | TEXT | - | 46472284 | Aug 16 2002 4:05:38:570PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE SHAFFER, RONALD L. TO THIS CASE. | | | | | |
| 08-16-2002 | ACCOUNT | - | 46472335 | Aug 16 2002 4:10:38:863PM | - | $ 0.00 |

RECEIPT # 2002-427329 ON 08/16/2002.
PAYOR: WALLACE, STEPHEN P TOTAL AMOUNT PAID: $ 106.00.
LINE ITEMS:
CJ-2002-4727: $87.00 ON AC01 CLERK'S FEES CIVIL AND CRIMINAL.
CJ-2002-4727: $6.00 ON AC23 (FORMERLY AC03 CV) LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2002-4727: $1.00 ON AC31 COURT CLERK'S REVOLVING FUND CIVIL ANDCRIMINAL.
CJ-2002-4727: $2.00 ON AC64 (FORMERLY AC13) DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2002-4727: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.

| Date | Code | Party | Ref # | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 08-19-2002 | S | SAFFA, RONALD J | 46481391 | Aug 19 2002 4:10:48:497PM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON RONALD SAFFA, PERSONAL SERVICE, ON 8/16/02 BY PROCESS SERVER

| 08-19-2002 | S | TRUST COMPANY OF OKLAHOMA | 46481413 | Aug 19 2002 4:11:54:700PM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON TRUST COMPANY OF OKLAHOMA, CORPORATION SERVICE BY SERVING KATHY HANNAM, ON 8/16/02, BY

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | PROCESS SERVER |

| Date | Code | | Party | ID | Timestamp | | Amount |
|---|---|---|---|---|---|---|---|
| 08-19-2002 | S | - | BANK ONE NA | 46481430 | Aug 19 2002 4:12:35:010PM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON BANK ON, NA, CORPORATION SERVICE BY SERVING ON LINDA BLAIR, ON 8/16/02 BY PROCESS SERVER

| 09-05-2002 | MO | - | BANK ONE NA | 46617791 | Sep 5 2002 4:09:54:140PM | - | $ 0.00 |

UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO PETITION

| 09-05-2002 | TEXT | - | TRUST COMPANY OF OKLAHOMA | 46618994 | Sep 5 2002 5:31:55:700PM | - | $ 0.00 |

SPECIAL APPEARANCE OF DEFENDANTS THE TRUST COMPANY OF OKLAHOMA & RONALD J SAFFA, AND COMBINED UNOPPOSED APPLICATION FOR ENLARGEMENT OF TIME TO RESPOND (SUBMITTED BY JAMES C MILTON, ATTY)

| 09-06-2002 | CTFREE | - | | 46619926 | Sep 6 2002 9:01:42:020AM | - | $ 0.00 |

SHAFFER, RONALD L: ORD ENTERED GRANTING DEF'S UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO PETITION UNTIL 9-25-02.

| 09-06-2002 | CTFREE | - | | 46620063 | Sep 6 2002 9:08:09:873AM | - | $ 0.00 |

SHAFFER, RONALD L: ORD ENTERED GRANTING UNOPPOSED APPL FOR ENLARGEMENT OF TIME TO RESPOND FROM 9-5-02 TO 9-25-02.

| 09-06-2002 | MOD | - | SAFFA, RONALD J | 46630351 | Sep 6 2002 2:59:21:893PM | - | $ 0.00 |

MOTION TO DISMISS OF DEFENDANT RONALD J SAFFA (JAMES E POE ENTERS AS COUNSEL FOR DEFT - COVERSHEET ATTACHED)/CERTIFICATE OF MAILING

| 09-09-2002 | O | - | | 46638662 | Sep 9 2002 1:47:06:450PM | - | $ 0.00 |

ORDER GRANTING UNOPPOSED APPLICATION FOR ENLARGMENT OF TIME TO RESPOND SIGNED BY JUDGE RONALD L SHAFFER 9-6-2002

| 09-10-2002 | OG | - | | 46656599 | Sep 10 2002 5:14:37:130PM | - | $ 0.00 |

ORDER GRANTING UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO PETITION (BANK ONE GIVEN UNTIL 9/25/02 TO ANSWER)

| 09-18-2002 | CTFREE | - | | 46715449 | Sep 18 2002 12:09:40:737PM | - | $ 0.00 |

SHAFFER, RONALD L: ORDER BY MIN WITH NOTICE SENT:
DEFENDANT RONALD J SAFFA'S MOTION TO DISMISS FOR HEARING
OCTOBER 10, 2002 AT 9:30 A.M.

ROBERT L MITCHELL
5500 N WESTERN AVE., STE 100A
OK CITY, OK 73118

CRAIG TWEEDY
202 WELLS BLDG
SAPULPA, OK 74066

JAMES C MILTON
320 S BOSTON STE 500
TULSA, OK 74103

JON PAYNE
JAMES WEGER
15 EAST 5TH STREET STE 3800
TULSA, OK 74103

JAMES POE
111 WEST 5TH STREET STE 740
TULSA, OK 74103

| 09-18-2002 | NOH | - | | 46720049 | Sep 18 2002 6:08:36:907PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

NOTICE OF HEARING/AFFIDAVIT OF MAILING

| 09-24-2002 | MOD | - | TRUST COMPANY OF OKLAHOMA | 46755692 | Sep 24 2002 4:34:29:947PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

DEFENDANT THE TRUST COMPANY OF OKLAHOMA'S MOTION TO DISMISS & COMBINED BRIEF IN SUPPORT

| 09-25-2002 | CTFREE | - | | 46759913 | Sep 25 2002 10:45:57:537AM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

SHAFFER, RONALD L: ORDER BY MIN WITH NOTICE SENT:
DEFENDANT THE TRUST COMPANY OF OKLAHOMA'S MOTION TO DISMISS SET FOR
HEARING OCTOBER 24, 2002 AT 9:30 A.M.

ROBERT E MITCHELL
5500 N WESTERN AVE., STE 100A
OKLAHOMA CITY, OK 73118

JAMES E POE
111 WEST 5TH ST., STE 740
TULSA, OK 74103

CRAIG TWEEDY
202 WELLS BUILDING
SAPULPA, OK 74066

JAMES C MILTON
320 S BOSTON AVE., STE 500
TULSA, OK 74103

| 09-25-2002 | MO | - | BANK ONE NA | 46766620 | Sep 25 2002 4:50:07:203PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

MOTION TO ENLARGE TIME TO RESPOND TO PETITION (A/J)

| 09-26-2002 | CTFREE | - | | 46773742 | Sep 26 2002 2:29:27:847PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

SHAFFER, RONALD L: ORDER ENTERED GRANTING MOTION TO ENLARGEMENT TIME TO
RESPOND TO PETITION UNTIL 10-2-02.

| 09-26-2002 | AFD | - | | 46776635 | Sep 26 2002 6:49:34:297PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

AFFIDAVIT OF MAILING ORDER FROM JUDGE SHAFFER

| 09-27-2002 | OG | - | | 46785596 | Sep 27 2002 5:46:27:450PM | - | $ 0.00 |
|---|---|---|---|---|---|---|---|

ORDER GRANTING MOTION TO ENLARGE TIME TO RESPOND TO PETITION (BANK ONE IS
GIVEN THROUGH 10/2/02 TO ANSWER OR OTHERWISE RESPOND TO PLTF'S PETITION)

| Date | Code | # | Party | Doc ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|---|
| 10-01-2002 | REQ | - | WALLACE, STEPHEN P | 46802176 | Oct 1 2002 3:39:38:563PM | - | $ 0.00 |

PLAINTIFFS UNOPPOSED REQUEST FOR ADDITIONAL TIME TO RESPOND TO MOTION TO DISMISS OF RONALD J SAFFA AND TRUST COMPANY OF OKLAHOMA AND LEAVE TO FILE JOINT RESPONSE (BY ROBERT L MITCHELL PLNT ATTY)

| 10-02-2002 | CTFREE | - | - | 46809130 | Oct 2 2002 2:15:49:500PM | - | $ 0.00 |

SHAFFER, RONALD L: ORDER ENTERED GRANTING PLAINTIFFS ADDITIONAL TIME TO RESPOND TO DEF RONALD SAFFA AND TRUST CO OF OKLAHOMA FOR LEAVE TO FILE JOINT RESPONSE PLAINTIFFS ARE GIVEN UNTIL 10-8-02.

| 10-02-2002 | MOD | - | BANK ONE NA | 46812189 | Oct 2 2002 5:06:07:567PM | - | $ 0.00 |

BANK ONE'S MOTION TO DISMISS PLTF'S PETITON AND BRIEF IN SUPPORT/CERTIFICATE OF SERVICE (A/J)

| 10-04-2002 | CTFREE | - | - | 46825965 | Oct 4 2002 1:51:39:090PM | - | $ 0.00 |

SHAFFER, RONALD L: ORDER ENTERED SETTING HEARING ON BANK ONE'S MOTION TO DISMISS PLAINTIFF'S PETITION 10-24-02 AT 9:30 A.M.

| 10-04-2002 | O | - | - | 46830669 | Oct 5 2002 10:51:05:233AM | - | $ 0.00 |

ORDER SETTING HEARING ON BANK ONE'S MOTION TO DISMISS PLAINTIFF'S PETITION/SET FOR OCTOBER 24, 2002 AT 9:30 A.M.

| 10-08-2002 | RESP | - | WALLACE, STEPHEN P | 46848799 | Oct 8 2002 4:59:05:293PM | - | $ 0.00 |

PLTF'S COMBINED RESPONSE TO MOTIONS TO DISMISS OF RONALD J SAFFA & TRUST COMPANY OF OKLAHOMA & BRIEF IN OPPOSITION (A/J)

| 10-10-2002 | CRF | - | - | 46861847 | Oct 10 2002 9:32:54:630AM | Realized | $ 20.00 |

COURT REPORTER FEE-TRIAL ON MERITS($ 20.00)

| 10-10-2002 | CTFREE | - | - | 46864570 | Oct 10 2002 11:51:08:503AM | - | $ 0.00 |

SHAFFER, RONALD L: HEARING HELD, DEF'S RONALD J SAFFA AND TRUST CO OF OKLAHOMA MOTION'S MOTION TO DISMISS IS SUSTAINED.
COURT REPORTER KATHIE SCHIERMEISTER PRESENT
ROBERT MITCHELL PRESENT FOR THE PLAINTIFF, CRAIG TWEEDY, JAMES MILTON, JOHN PAYNE AND JAMES POE PRESENT.

| 10-10-2002 | DISPDWOP | 1 | BANK ONE NA | 46947699 | Oct 22 2002 3:01:41:190PM | - | $ 0.00 |

DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT

| 10-10-2002 | DISPDWOP | 2 | BANK ONE NA | 46947700 | Jan 10 2003 4:35:23:733PM | - | $ 0.00 |

DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT

| 10-10-2002 | ACCOUNT | - | - | 46861859 | Oct 10 2002 9:33:30:960AM | - | $ 0.00 |

RECEIPT # 2002-451233 ON 10/10/2002.
PAYOR: STEPHEN WALLACE TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
CJ-2002-4727: $20.00 ON AC01 CLERK'S FEES CIVIL AND CRIMINAL.

| Date | Type | Party | ID | Timestamp | | Amount |
|---|---|---|---|---|---|---|
| 10-17-2002 | MO | - | 46920896 | Oct 17 2002 5:40:31:923PM | - | $ 0.00 |

DEFENDANT SAFFA'S MOTION FOR ASSESSMENT OF SANCTIONS AND ATTORNEY FEES AGAINST PLAINTIFF STEPHEN P WALLACE

| 10-17-2002 | MO | - | 46920901 | Oct 17 2002 5:41:25:640PM | - | $ 0.00 |

MOTION FOR SANCTIONS PURSUANT TO 12 O.S. SECTION 2011 (C) (1) (A)

| 10-21-2002 | DISM | - | 46938820 | Oct 21 2002 4:17:06:090PM | - | $ 0.00 |

PLAINTIFFS' DISMISSAL AS TO DEF BANK ONE WITHOUT PREJUDICE FOR THE REASON THAT THE COURT HAS HERETOFORE ENTERED AN ORDER DISMISSING PLFS' CLAIMS AGAINST DEFS TRUST CO OF OK AND RONALD J SAFFA WITH PREJUDICE AND ALTHOUGH PLFS INTEND TO SEEK APPELLATE REVIEW OF THAT OREDER, IT MOOTS ALL ISSUES RESPECTING BANK ONE SET FORTH IN THE PETITION BY ATTY ROBERT L MITCHELL

| 10-24-2002 | CTFREE | - | 46962424 | Oct 24 2002 10:46:58:963AM | - | $ 0.00 |

SHAFFER, RONALD L: HEARING ON DEF THE TRUST CO OF OKLAHOMA'S MOTION TO DISMISS IS STRICKEN AS MOOT.

| 10-24-2002 | CTFREE | - | 46963915 | Oct 24 2002 11:53:50:460AM | - | $ 0.00 |

SHAFFER, RONALD L: ORDER ENTERED SETTING HEARING ON DEF SAFFA'S MOTION FOR SANCTIONS AGAINST PLAINTIFF'S ATTORNEYS CRAIG TWEEDY AND ROBERT MITCHELL SET 11-21-02 AT 9:30 A.M.

| 10-24-2002 | OH | - | 46964093 | Oct 24 2002 12:06:15:403PM | - | $ 0.00 |

ORDER FOR HEARING SET 11-21-02 AT 9:30 AM / SEE INSTRUMENT

| 11-04-2002 | RESP | WALLACE, STEPHEN P | 47037817 | Nov 4 2002 4:58:00:467PM | - | $ 0.00 |

PLTF STEPHEN P WALLACE & ROBERT L MITCHELL'S COMBINED RESPONSE & BRIEF IN OPPOSITION TO DEFT RONALD J SAFFA'S MOTIONS TO ASSESS SANCTIONS PURSUANT TO 12 O.S. § 2011(C)(1)(A)

| 11-06-2002 | RESP | JAGE, MARY ROMA | 47053771 | Nov 6 2002 11:03:48:737AM | - | $ 0.00 |

RESPONSE TO MOTION FOR SANCTIONS ATTY FOR MARY ROMA JAGE

| 11-13-2002 | O | - | 47103434 | Nov 13 2002 2:45:31:647PM | - | $ 0.00 |

ORDER (PLTFS GIVEN UNTIL 10/8/02 TOFILE JOINT RESPONSE TO SAID MOTIONS)

| 11-14-2002 | MO | WALLACE, STEPHEN P | 47112082 | Nov 14 2002 12:08:58:933PM | - | $ 0.00 |

MOTION TO CONTINUE HEARING DATE

| 11-15-2002 | CTFREE | - | 47119355 | Nov 15 2002 10:35:39:500AM | - | $ 0.00 |

SHAFFER, RONALD L: ORDER ENTERED CONTINUING RONALD J SAFFA'S MOTION FOR SANCTIONS RESCHEDULED FROM 11-21-02 AT 9:30 A.M. TO 12-19-02 AT 9:30 A.M.

| 11-15-2002 | O | - | 47125177 | Nov 15 2002 3:24:15:780PM | - | $ 0.00 |

ORDER RESCEHDULING CONFERENCE (SEE ENTRY ABOVE)/CERTIFICATE OF MAILING

| Date | Code | # | Party | Doc ID | Timestamp | | Amount |
|---|---|---|---|---|---|---|---|
| 11-21-2002 | CTFREE | | - | 47161508 | Nov 21 2002 10:48:07:783AM | - | $ 0.00 |

SHAFFER, RONALD L: HEARING ON DEF SAFFA'S MOTION FOR SANCTIONS AGAINST PLAINTIFF'S ATTORNEYS CRAIG TWEEDY AND ROBERT MITCHELL PASSED PER TO 12-19-02 AT 9:30 A.M.

| 12-19-2002 | CTFREE | | - | 47349025 | Dec 19 2002 1:47:42:540PM | - | $ 0.00 |

SHAFFER, RONALD L: HEARING HELD, COURT REPORTER KATHIE SCHIERMEISTER PRESENT.
ARGUMENTS HEARD ONE WITNESS SWORN, TAKEN UNDER ADVISEMENT BY THE COURT FOR DECISION ON RONALD J SAFFA'S MOTION FOR SANCTIONS.
PARTIES PRESENT ROBERT MITCHELL, CRAIG TWEEDY, JAMES MILTON, JAMES WEGER AND JAMES POE.

| 12-19-2002 | AFD | | - | 47352071 | Dec 19 2002 4:26:52:793PM | - | $ 0.00 |

AFFIDAVIT OF JAMES C MILTON / SEE INSTRUMENT

| 01-10-2003 | CTFREE | | - | 47493441 | Jan 10 2003 4:24:47:083PM | - | $ 0.00 |

SHAFFER, RONALD L: ORDER ENTERED OF DISMISSAL WITH PREJUDICE SUSTAINED AND PLAINTIFFS' PETITION IS DISMISSED IN ALL PARTICULARD WITH PREJUDICE TO REFILING.

| 01-10-2003 | CTFREE | | - | 47493510 | Jan 10 2003 4:28:52:660PM | - | $ 0.00 |

SHAFFER, RONALD L: ORDER BY MIN WITH NOTICE SENT
DECISION ORDER FOR SANCTIONS: THIS COURT IMPOSES SANCTIONS AGAINST THE PLAINTIFF STEPHEN PAUL WALLACE AND HIS COUNSEL RROBERT L MITCHELL. PURSUANT TO THE AFFIDAVIT OF MR JAMES E POE THIS COURT SETS THOSE SANCTIONS IN THE MANNER OF ATTORNEY'S FEES IN FAVOR MR JAMES E POE. THOSE FEES OF $5,005 WILL BE AT THIS TIME SUCH SUM TO BE INCREASED BY ADDITIONAL TIME SPENTON THE HEARING OF DECEMBER 19, 2002 AND ANY ADDITIONAL TIME SPENT THEREAFTER UPON PROPER APPLICATION OF MR. JAMES E POE. SEE DOCUMENT:

| 01-10-2003 | DISPCVDMWP | 1 | TRUST COMPANY OF OKLAHOMA | 47493663 | Jan 10 2003 4:36:22:373PM | - | $ 0.00 |

PLAINTIFF'S PETITION IS DISMISSED WITH PREJUDICE IN ALL PARTICULARS TO REFILING

| 01-10-2003 | DISPCVDMWP | 2 | TRUST COMPANY OF OKLAHOMA | 47493664 | Jan 10 2003 4:35:23:700PM | - | $ 0.00 |

PLAINTIFF'S PETITION IS DISMISSED WITH PREJUDICE IN ALL PARTICULARS TO REFILING

| 01-10-2003 | DISPCVDMWP | 1 | SAFFA, RONALD J | 47493665 | Jan 10 2003 4:35:23:717PM | - | $ 0.00 |

PLAINTIFF'S PETITION IS DISMISSED WITH PREJUDICE IN ALL PARTICULARS TO REFILING

| 01-10-2003 | DISPCVDMWP | 2 | SAFFA, RONALD J | 47493666 | Jan 10 2003 4:35:23:717PM | - | $ 0.00 |

PLAINTIFF'S PETITION IS DISMISSED WITH PREJUDICE IN ALL PARTICULARS TO REFILING

| 01-10-2003 | DISPCVDMWP | 1 | BANK ONE NA | 47493697 | Jan 10 2003 4:36:20:450PM | - | $ 0.00 |

PLAINTIFF'S PETITION IS DISMISSED WITH PREJUDICE IN ALL PARTICULARS TO REFILING

| 01-10-2003 | DISPCVDMWP | 2 | BANK ONE NA | 47493698 | Jan 10 2003 4:36:20:467PM | - | $ 0.00 |

PLAINTIFF'S PETITION IS DISMISSED WITH PREJUDICE IN ALL PARTICULARS TO REFILING

| Date | Code | Party | Number | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 01-10-2003 | DWP | - | 47494291 | Jan 10 2003 5:29:39:880PM | - | $ 0.00 |

ORDER OF DISMISS WITH PREJUDICE IN ALL PARTICULARS TO REFILING

| 01-10-2003 | O | - | 47494296 | Jan 10 2003 5:30:25:613PM | - | $ 0.00 |

ORDER FOR SANCTIONS

| 01-15-2003 | APLI | SAFFA, RONALD J | 47529169 | Jan 15 2003 3:19:59:280PM | - | $ 0.00 |

DEFT SAFFA'S APPLICATION FOR SUPPLEMENTAL ATTORNEY FEES ATTY JAMES E POE FOR DEFT

| 01-21-2003 | CTFREE | - | 47557885 | Jan 21 2003 3:35:51:973PM | - | $ 0.00 |

SHAFFER, RONALD L: ORDER BY MIN WITH NOTICE SENT:
DEFENDANT SAFFA'S APPLICATION FOR SUPPLEMENTAL ATTORNEY FEES SET FOR HEARING FEBRUARY 20, 2003 AT 9:30 A.M.

ROBERT L MITCHELL
5500 N WESTERN AVE., STE 100A
OK CITY, OK 73118

CRAIG TWEEDY
202 WELLS BLDG
SAPULPA, OK 74066

JAMES C MILTON
320 S BOSTON AVE., STE 500
TULSA, OK 74103

JON PAYNE
JAMES WEGER
15 EAST 5TH STREET, STE 3800
TULSA, OK 74103

JAMES E POE
111 WEST 5TH STE 740
TULSA, OK 74103

| 01-21-2003 | AFD | - | 47560470 | Jan 21 2003 5:36:47:177PM | - | $ 0.00 |

AFFIDAVIT OF MAILING NOTICE OF HEARING FROM JUDGE SHAFFER

| 01-29-2003 | CTEXP | - | 47623498 | Jan 29 2003 4:13:00:397PM | - | $ 0.00 |

COURT FILE EXPANDED TO VOLUME # 2 AS OF 01-29-03

| 02-10-2003 | COPY | - | 47704033 | Feb 10 2003 3:09:52:170PM | Realized | $ 11.00 |

CERTIFIED COPIES($ 11.00)

| 02-10-2003 | ACCOUNT | - | 47704015 | Feb 10 2003 3:07:45:580PM | - | $ 0.00 |

RECEIPT # 2003-504712 ON 02/10/2003.
PAYOR: STEPHEN WALLACE TOTAL AMOUNT PAID: $ 11.00.
LINE ITEMS:
CJ-2002-4727: $11.00 ON AC99 HOLDING.

| Date | Type | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 02-10-2003 | ACCOUNT | - | 47704062 | Feb 10 2003 3:12:32:357PM | - | $ 0.00 |

RECEIPT # 2003-504717 ON 02/10/2003.
PAYOR: TOTAL AMOUNT PAID: $ 0.00.
LINE ITEMS:
CJ-2002-4727: $11.00 ON TRANSFER TO AC01 CLERK'S FEES CIVIL AND CRIMINAL.
CJ-2002-4727: $-11.00 ON TRANSFER FROM AC99 HOLDING.

| 02-12-2003 | DOR | - | 47720286 | Mar 14 2003 1:32:25:060PM | Realized | $ 0.00 |

DESIGNATION OF RECORD- NOT USED-HAS BEEN FASTTRACKED-SC 1.36

| 02-12-2003 | ACCOUNT | - | 47720301 | Feb 12 2003 10:53:09:227AM | - | $ 0.00 |

RECEIPT # 2003-505844 ON 02/12/2003.
PAYOR: STEPHEN WALLACE TOTAL AMOUNT PAID: $ 100.00.
LINE ITEMS:
CJ-2002-4727: $100.00 ON AC01 CLERK'S FEES CIVIL AND CRIMINAL.

| 02-13-2003 | TEXT | - | 47733691 | Feb 13 2003 1:24:46:257PM | - | $ 0.00 |

CERTIFICATE OF APPEAL IN SUPREME COURT CASE # 98843

| 02-14-2003 | PIE | WALLACE, STEPHEN P | 47744127 | Feb 14 2003 11:22:26:103AM | Realized | $ 0.00 |

PETITION IN ERROR (C/TJ)

| 02-20-2003 | CTFREE | - | 47776703 | Feb 20 2003 11:15:32:647AM | - | $ 0.00 |

SHAFFER, RONALD L: HEARING HELD, DEF SAFFA'S APPL FOR SUPPLEMENTAL ATTORNEY FEES GRANTED ORDER ENTERED BY JAMES POE.
JAMES POE PRESENT NO ONE ELSE APPEARED.

| 02-20-2003 | O | - | 47778452 | Feb 20 2003 1:04:55:583PM | - | $ 0.00 |

SUPPLEMENTAL ORDER FOR SANCTIONS SIGNED BY JUDGE RONALD L SHAFFER

| 03-03-2003 | T | - | 47847409 | Mar 3 2003 4:15:39:983PM | - | $ 0.00 |

ORIGINAL TRANSCRIPT OF PROCEEDINGS HELD OCT 10, 2002. COURT REPORTER KATHIE SCHIERMEISTER (NO COPIES)

| 03-03-2003 | T | - | 47847457 | Mar 3 2003 4:17:52:967PM | - | $ 0.00 |

ORIGINAL TRANSCRIPT OF PROCEEDINGS HELD DECEMBER 19TH, 2002. PLAINTIFF AND DEFENDANT EXHIBIT ENVELOPE; COURT REPORTER KATHIE SCHIERMEISTER ( NO COPIES)

| 03-14-2003 | COPY | - | 47941725 | Mar 14 2003 12:28:08:470PM | Realized | $ 8.50 |

CERTIFICATION OF RECORD ON ACCELERATED APPEAL IN SUPREME COURT CASE # 98843 FOR APPELLANTS ATTY ROBERT MITCHELL($ 8.50)

| 03-14-2003 | TEXT | - | 47941740 | Mar 14 2003 12:31:40:997PM | Realized | $ 91.50 |

REFUND STEPHEN WALLACE($ 91.50)

|  |  |  | 47942606 | Mar 14 2003 |  |  |

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 03-14-2003 | ACCOUNT | - | | 1:33:45:233PM | - | $ 0.00 |

RECEIPT # 2003-522392 ON 03/14/2003.
PAYOR: TOTAL AMOUNT PAID: $ 0.00.
LINE ITEMS:
CJ-2002-4727: $91.50 ON TRANSFER TO AC98 OVERPAYMENTS.
CJ-2002-4727: $-91.50 ON TRANSFER FROM AC01 CLERK'S FEES CIVIL AND CRIMINAL.

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 03-14-2003 | ACCOUNT | - | 47942609 | Mar 14 2003 1:34:00:000PM | - | $ 0.00 |

REQUESTED VOUCHER IN AMOUNT OF 91.50 TO STEPHEN P WALLACE FROM ACCOUNT AC98. DISBURSEMENT NUMBER 1568662.

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 03-17-2003 | DISBURSED | - | 47948220 | Mar 17 2003 9:04:45:000AM | - | $ 0.00 |

VOUCHER# 237996 PRINTED TO STEPHEN P. WALLACE IN THE TOTAL AMOUNT OF 91.50 AT COST REFUND. INCLUDING:

$ 91.50 AC98 - OVERPAYMENTS

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 04-01-2003 | TEXT | TRUST COMPANY OF OKLAHOMA | 48062208 | Apr 1 2003 4:44:21:007PM | - | $ 0.00 |

APPELLEE THE TRUST COMPANY OF OKLA'S SUPPLEMENT TO RECORD ON ACCELERATED APPEAL (C/TJ)

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 04-01-2003 | TEXT | TRUST COMPANY OF OKLAHOMA | 48062597 | Apr 1 2003 5:33:55:617PM | - | $ 0.00 |

APPELLEE THE TRUST COMPANY OF OKLA'S SUPPLEMENT TO RECORD ON ACCELERATED APPEAL (C/TJ)

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 04-03-2003 | RESP | SAFFA, RONALD J | 48078076 | Apr 3 2003 12:04:49:053PM | - | $ 0.00 |

RESPONSE OF APPELLEE RONALD J SAFFA, TO SECOND AMENDED PETITION IN ERROR (C/TJ)

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 06-06-2003 | O | - | 48534522 | Jun 6 2003 3:16:48:540PM | - | $ 0.00 |

ORDER OF 6-6-03/ AFD OF MAILING/ SEE INSTRUMENT

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 11-26-2003 | MAN | - | 49732707 | Nov 26 2003 9:16:05:350AM | - | $ 0.00 |

MANDATE RECIEVED IN SUPREME COURT CASE # 98843 AND SENT TO JUDGE SHAFFER FOR SIGNATURE

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 12-01-2003 | CTFREE | - | 49752061 | Dec 2 2003 10:09:18:280AM | - | $ 0.00 |

SHAFFER, RONALD L: ORDER ENTERED MANDATE RECEIVED AND ORDERED FILED AND SPREAD OF RECORD THIS DAY (AFFIRMED).

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 12-02-2003 | MAN | - | 49756111 | Dec 2 2003 2:47:31:060PM | - | $ 0.00 |

MANDATE RECEIVED AND ORDERED FILED AND SPREAD OF RECORD THIS 1 DAY DEC 2003 / AFFIRMED

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 01-29-2004 | AHOAP | - | 50273798 | Jan 29 2004 2:01:24:590PM | Realized | $ 20.00 |

APPLICATION FOR HEARING ON ASSETS (POST JUDGMENT)($ 20.00)

| Date | Code | Party | ID | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 01-29-2004 | CHAB | - | 50273799 | Jan 29 2004 2:01:24:653PM | Realized | $ 10.00 |

| Date | Code | | Party | Serial | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|---|
| | | C.H.A.B. STATUTORY FEE($ 10.00) | | | | | |
| 01-29-2004 | CCADMIN | - | | 50273800 | Jan 29 2004 2:01:24:667PM | Realized | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 1.00) | | | | | |
| 01-29-2004 | OHIS | - | | 50273827 | Jan 29 2004 2:15:55:023PM | Realized | $ 50.00 |
| | | ORDER FOR HEARING ON ASSETS ISSUED - SHERIFF OF POTTAWATOMIE COUNTY($ 50.00) | | | | | |
| 01-29-2004 | MSF | - | | 50273993 | Jan 29 2004 2:08:31:370PM | Realized | $ 10.00 |
| | | MAILING SERVICE FEE (PER PERSON)($ 10.00) | | | | | |
| 01-29-2004 | ACCOUNT | - | | 50273882 | Jan 29 2004 2:04:39:683PM | - | $ 0.00 |
| | | RECEIPT # 2004-672564 ON 01/29/2004.<br>PAYOR: JAMES E POE TOTAL AMOUNT PAID: $ 91.00.<br>LINE ITEMS:<br>CJ-2002-4727: $30.00 ON AC01 CLERK'S FEES CIVIL AND CRIMINAL.<br>CJ-2002-4727: $50.00 ON AC08 SHERIFF'S FEES CIVIL AND CRIMINAL.<br>CJ-2002-4727: $1.00 ON AC31 COURT CLERK'S REVOLVING FUND CIVIL ANDCRIMINAL.<br>CJ-2002-4727: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE. | | | | | |
| 01-29-2004 | ACCOUNT | - | | 50274259 | Jan 29 2004 2:16:37:600PM | - | $ 0.00 |
| | | RECEIPT # 2004-672579 ON 01/29/2004.<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS:<br>CJ-2002-4727: $50.00 ON TRANSFER TO AC37 FOREIGN SERVICE FEES - CIVIL AND CRIMINAL.<br>CJ-2002-4727: $-50.00 ON TRANSFER FROM AC08 SHERIFF'S FEES CIVIL AND CRIMINAL. | | | | | |
| 01-29-2004 | ACCOUNT | - | | 50274281 | Jan 29 2004 2:18:00:000PM | - | $ 0.00 |
| | | REQUESTED VOUCHER IN AMOUNT OF 50.00 TO SHERIFF, POTTAWATOMIE COUNTY FROM ACCOUNT AC37. DISBURSEMENT NUMBER 2015244. | | | | | |
| 01-30-2004 | DISBURSED | - | | 50279587 | Jan 30 2004 10:10:20:000AM | - | $ 0.00 |
| | | VOUCHER# 253550 PRINTED TO SHERIFF, POTTAWATOMIE COUNTY IN THE TOTAL AMOUNT OF 50.00 AT FOREIGN SERVICE FEE. INCLUDING:<br><br>$ 50.00 AC37 - FOREIGN SERVICE FEES - CIVIL AND CRIMINAL | | | | | |
| 02-03-2004 | CTFREE | - | | 50320367 | Feb 4 2004 4:04:16:833PM | - | $ 0.00 |
| | | HASS, RUSSELL P: ASSET HEARING IS SET FOR 4/23/04, AT 11:00 A.M. ORDER TO APPEAR AND ANSWER ENTERED. COPIES MAILED TO POTTAWATOMIE COUNTY SHERIFF FOR SERVICE. | | | | | |
| 02-20-2004 | OHOAS | - | | 50438164 | Feb 20 2004 1:39:31:230PM | - | $ 0.00 |
| | | ORDER FOR HEARING ON ASSETS SERVED ON ROBERT MITCHELL, PERSONAL SERVICE, ON 2-17-04 BY POTTAWATOMIE COUNTY SHERIFF | | | | | |
| 04-23-2004 | RSJ | - | SAFFA, RONALD J | 50901316 | Apr 23 2004 1:16:41:583PM | - | $ 0.00 |

RELEASE & SATISFACTION OF SANCTIONS JUDGMENT ATTY JAMES E. POE FOR SAFFA

| | | | | | |
|---|---|---|---|---|---|
| 04-23-2004 | CTFREE | - | 50921113 | Apr 27 2004 11:27:40:337AM | - | $ 0.00 |

OTEY, MILLIE: ASSET HEARING HELD. STEVE CLOUSER APPEARS FOR PLAINTIFF; DEFENDANT ROBERT MITCHELL APPEARS PRO SE. DEFENDANT EXCUSED, DEBT SATISFIED.

Report Generated by The Oklahoma Court Information System at November 27, 2006 13:50 PM

End of Transmission.