| | | |
|---|---|---|
| ORDER | | 2116-N (Rev. 9/99) |

**STATE OF ILLINOIS** — UNITED STATES OF AMERICA — **COUNTY OF DU PAGE**
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

Stephen Paul Wallace
-vs-
Patrick S. Jase, et al

CASE NUMBER: 03-CH-001896

**CERTIFICATION**
I, Chris Kachiroubas, Clerk of the 18th Judicial Circuit Court, DuPage County, Illinois, do hereby certify this to be a true and correct copy as it appears from the records and files in my office. IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.
DATE: OCT 1 2 2006
CHRIS KACHIROUBAS, Clerk

FILED 04 MAY 25 PM 2:55

**ORDER**

This matter coming on to be heard, the Court being fully advised in the premises and having jurisdiction of the subject matter, ~~IT IS ORDERED HEREBY:~~ plaintiff having been given notice but failing to appear & for reasons stated on the record in open court on May 25, 2004,

IT IS ORDERED HEREBY,

1. That plaintiff's motion/petition to vacate is DENIED;
2. plaintiff's improper voluntary dismissal is void and will not be entered; and
3. the action styled Wallace v. Jase, et al, No. 03 CH 001896, IS DISMISSED WITH PREJUDICE.

(Gallagher)
Name: Lord Bissell & Brook
DuPage Attorney No.: 50295
Attorney for: Ronald Sotta
Address: 115 S. LaSalle
City/State/Zip: Chicago, IL 60603
Telephone: 312/443-0700

ENTER: [signature] JUDGE
DATE: 5-25-04

JOEL A. KAGANN, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60189-0707


EXHIBIT F