Case: 4:06-cv-03214-LSC-PRSE   Document #: 40   Date Filed: 11/15/2006   Page 2 of 2
Case 1:06-cv-01264-RBW   Document 16-18   Filed 11/27/2006   Page 3 of 4
Case 4:04-mc-00044-CVE-SAJ   Document 6   Filed in USDC ND/OK on 04/11/2005   Page 1 of 1

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

In re STEPHEN P. WALLACE ) Case No. 04-MC-0044-CVE-SAJ

## ORDER

Based upon the representation of Steven P. Wallace that he never received the report and recommendation entered by Magistrate Judge Sam A. Joyner on January 4, 2005 (Dkt. # 2), this Court hereby **vacates its order accepting that report and recommendation (Dkt. # 5)**. However, the Court **reinstates its order expanding the filing restrictions established in the Woolman Order**, which was entered on June 17, 2004 in <u>Stephen P. Wallace v. John R. Woolman</u>, Case No. 03-CV-375- H(J), to apply to any case filed in any court and subsequently transferred to the Northern District of Oklahoma. The entire matter is hereby recommitted to the magistrate judge.

The Clerk is directed to send notice of this order to Stephen P. Wallace.

**IT IS SO ORDERED** this 11th day of April, 2005.

