UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD J. SAFFA, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 04-1730 (RWR) |
| LORICE T. WALLACE REVOCABLE ) TRUST, ) | |
| Defendant. ) | |

ORDER

Lisa F. Wallace, through her next friend Stephen P. Wallace, has filed in this Court a notice of removal of a civil action that had been previously filed in state court in Tulsa, Oklahoma. A state court civil action that may be removed to a United States District Court must be removed to the United States District Court for the district and division embracing the place where the state court action was pending. 28 U.S.C. § 1441(a). Wallace may not remove a civil action filed in Oklahoma to the United States District Court for the District of Columbia. Therefore, it is hereby

ORDERED that leave to file the Notice of Removal be, and hereby is, DENIED. This case is administratively closed.

SIGNED this 9th day of November, 2004.

RICHARD W. ROBERTS
United States District Judge


EXHIBIT M