Case 1:06-cv-01284-RBW  Document #8423  Date Filed 1/27/11/15/2006  Page 2 of 17
Case 4:06-cv-03214-SQ-RBW  Document #8423  Date Filed 1/27/2006  Page 2 of 16

Case 4:04-cv-04403  Document 1  Filed 11/17/2004  Page 1 of 16

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

NOV 17 2004

Michael N. Milby, Clerk of Court

In Re: Ronald J. Saffa and Trust Company of Oklahoma, )
Interim successor trustees; )
 )
              Plaintiffs, )  **H-04-4403**
 ) CASE NO:
V. )
 )
LORICE T. WALLACE REVOCABLE TRUST ) JURY TRIAL
Dated December 26, 1974, ) DEMANDED
              Defendant Beneficiary. )

## NOTICE OF FILING OF NOTICE OF REMOVAL AND MOTION FOR CONSOLIDATION

COMES NOW, Lisa F. Wallace, a developmentally disabled person, by and through her next friend Stephen P. Wallace, and Stephen P. Wallace, individually, both vested beneficiaries and defendants of the above-styled Trust and offer judicial notice to the Court, opposing litigants and their counsel, that the above-styled case previously filed in Tulsa County, Case No. PT-2002-56 has been removed to the United States District Court for the Southern District of Texas under authority of **28 U.S.C.A. 1441 (b), "Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties,"** and also move the Court to consolidate this case with Case No. H-04-3114 filed August 4, 2004 and Case No. H-04-3131 filed August 6, 2004, in the Southern District of Texas, involving the same parties and same allegations; including all documents of record on the enclosed CD-ROM.

                                                       */s/ Stephen P. Wallace*
                                                       Stephen P. Wallace
                                                       6528 E. 101st Street, D-1 #304
                                                      Tulsa, Oklahoma 74133
                                                      (918) 694-1870



EXHIBIT N

Case 4:06-cv-03214-1-SQ-RBSF    Document #:3423    Date Filed: 11/15/2006    Page 3 of 17
Case 4:06-cv-03214-1-SQ-RBSF    Document #:3423    Date Filed: 11/15/2006    Page 2 of 16
Case 4:04-cv-04403    Document 1    Filed 11/17/2004    Page 2 of 16

## VERIFICATION

I, Stephen P. Wallace, affirm the above statements are true and correct to the best of my knowledge relying on *Haines v. Kerner, 404 U.S. 519, 520 (1972)*.

_____
Stephen P. Wallace

STATE OF OKLAHOMA    )
                    ) SS.
COUNTY OF TULSA      )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument.

Given under my hand and official seal this 10th day of November, 2004.

_____
Notary Public

My Commission Expires: 10/17/2008
(Notarial Seal)
My Commission No.: 8248

## CERTIFICATE OF SERVICE

I certify that on the 17 day of November, 2004, I mailed, hand-delivered or faxed a copy to:

Judge Gregory Frizzell            James Poe              James Milton
District Judge – Tulsa County    111 W. 5th St.         320 S. Boston
500 S. Denver                    Tulsa, OK 74103        Tulsa, OK 74103
Tulsa, Oklahoma

_____
Stephen P. Wallace

2

Case 4:06-cv-03214-LSC-RRSE Document # 40 Date Filed: 11/15/2006 Page 4 of 17
Case 1:06-cv-01204-RBW Document 18-23 Filed 11/27/2006 Page 3 of 10

Case 4:04-cv-04403 Document 1 Filed 11/17/2004 Page 3 of 16



**U.S. Department of Justice**
*United States Attorney's Office*
*Southern District of Texas*

*Dara B. Less*
*Assistant U. S. Attorney*
Phone: *(713) 567-9592*
Fax: *(713) 718-3303*

**Mailing Address:**
*P.O. Box 61129*
*Houston, Texas 77208-1129*

**Physical Location:**
*(Not a mailing address)*
*910 Travis Street #1500*
*Houston, Texas*

**Express Mail:**
*c/o U.S. Marshal Service*
*515 Rusk Avenue*
*Houston, Texas 77002*

November 10, 2004

<u>Via Hand Delivery</u>
Judge David Hittner
United States District Court
Southern District of Texas
United States Courthouse
515 Rusk Avenue, Room 8509
Houston, TX 77002

    Re:    Wallace et al. v. Comptroller of the Currency Customer Assistance Group, Civil Action No. H-04-3114

Dear Judge Hittner:

    I enclose a courtesy copy of the Joint Discovery/Case Management Plan under Rule 26(f) of the Federal Rules of Civil Procedure, which has been electronically filed. Please note the parties' responses to question 22. As part of the response to question 22, plaintiffs request permission for Mr. Wallace to participate in the Rule 16 conference scheduled for November 15, 2004 by telephone from Oklahoma. Further, defendant Comptroller of the Currency Customer Assistance Group requests permission for the Comptroller's Washington, D.C. agency counsel to participate by telephone as well. Assistant United States Attorney Dara Less intends to be physically present at the Rule 16 conference in Houston, Texas.

EXHIBIT 1

Case 4:06-cv-03214-LSC-PRSE  Document #: 40  Date Filed: 7/12/2006  Page 5 of 17
Case 1:06-cv-01264-RBW  Document 18-23  Filed 7/27/2006  Page 4 of 16

Case 4:04-cv-04403   Document 1   Filed 11/17/2004   Page 4 of 16

Thank you for your cordial consideration.

> Respectfully,
>
> MICHAEL T. SHELBY
> United States Attorney
>
> By: *Dara B. Less*
> Dara B. Less
> Assistant United States Attorney

cc:   Stephen Wallace (via facsimile and mail)

Case 4:06-cv-03214-LSC-PRSE Document #: 40 Date Filed: 27/2005/2006 Page 6 of 17
Case 1:06-cv-01264-RBW Document 18-23 Filed 7/05/2006 Page 5 of 6

Case 4:04-cv-04403 Document 1 Filed 11/17/2004 Page 5 of 16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA F. WALLACE, ) <br> a developmentally ) <br> disabled person, by and through her ) <br> next friend, STEPHEN P. WALLACE, ) <br> Co-Trustee of the Lisa F. Wallace ) <br> Irrevocable Trust of 1974, the ) <br> Stephen P. Wallace Irrevocable Trust ) <br> of 1974 and all U.S. Citizens, ) <br> Taxpayers and Voters Similarly ) <br> Situated, ) <br>     Pauperis/Pro se Plaintiffs, ) <br> v. ) <br> COMPTROLLER OF THE ) <br> CURRENCY CUSTOMER ) <br> ASSISTANCE GROUP, ) <br>     Defendant. ) | CIVIL ACTION NO. H-04-3114 |

### JOINT DISCOVERY/CASE MANAGEMENT PLAN
### UNDER RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant Comptroller of the Currency Customer Assistance Group and

plaintiffs Lisa Wallace and Stephen Wallace file this Joint Report of the Meeting &

Joint Discovery/Case Management Plan Under Rule 26(f).

1. State when the parties conferred as required by Rule 26(f), and identify the counsel who conferred.

**Response:**

The Rule 26(f) meeting took place by telephone on November 9, 2004, as well as by facsimile on November 5, 2004 and November 9, 2004. Mr. Stephen Wallace, *pro se* representative for the plaintiffs, and Ms. Dara B. Less, counsel

Case 4:06-cv-03214-SC-RRSE Document 8-20 Filed 12/15/2006 Page 6 of 17
Case 1:06-cv-01264-RBW Document 8-20 Filed 12/15/2006 Page 7 of 17

Case 4:04-cv-04403 Document 1 Filed 11/17/2004 Page 6 of 16

for the Comptroller of the Currency Customer Assistance Group, were involved in the conference.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

<u>Response:</u>

Plaintiffs contend that case H-04-3131 is a related, pending case.
The Comptroller is aware of no related, pending cases.

3. <u>Briefly</u> describe what this case is about.

<u>Response:</u>

This is a complaint/petition for an accounting and appointment of receiver. Plaintiffs contend that the Comptroller of the Currency failed to appropriately respond to two complaints against Bank One and Bank of America. Plaintiffs contend that these banks have failed to conduct a forensic audit of the Wallace estate after alleged interstate wire and bank fraud as allegedly occurred and the alleged perpetrators have refused to arbitrate the issues pursuant to the contract. The Comptroller denies liability.

4. Specify the allegation of federal jurisdiction.

<u>Response:</u>

Plaintiffs contend jurisdiction exists pursuant to 42 U.S.C. §§ 1983, 1985.
See response to 10/12/04 motion to dismiss by plaintiffs.

5. Name the parties who disagree and the reasons.

<u>Response:</u>

The Comptroller disagrees. <u>See</u> motion to dismiss filed on 10/12/04. The Comptroller's position is that plaintiffs do not present a live case or controversy for this Court's consideration. The Court also lacks subject

2

Case: 4:06-cv-03214-LSC-PRSE   Document #: 40   Date Filed: 11/15/2006   Page 8 of 17
Case 1:06-cv-01264-RBW   Document 18-23   Filed 11/27/2006   Page 8 of 16
Case 4:04-cv-04403   Document 1   Filed 11/17/2004   Page 7 of 16

matter jurisdiction for the independent reason that Congress has not waived OCC's sovereign immunity to suit.

6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

Response:
Plaintiffs' position is that some of the officers and agents of Bank One and Bank of America, as well as some officers of Trust Company of Oklahoma should be made parties. Plaintiffs also contend that Ronald Saffa should be made a party. Subsequent to the outcome of the forensic audit, these parties may be added.

The Comptroller is not aware of any other parties that should be included.

7. List anticipated interventions.

Response:

The Comptroller is not aware of any anticipated interventions.
The plaintiffs' response is "to be determined."

8. Describe class-action issues.

Response:

The Comptroller is not aware of any class action issues.
The plaintiffs' response is "to be determined."

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

Response:

No Initial Disclosures have been served.

The Comptroller proposes to stay discovery, including initial disclosures,

3

Case: 4:06-cv-03214-LSC-PRSE Document #: 40 Date Filed: 11/15/2006 Page 9 of 17
Case 1:06-cv-01264-RBW Document 18-23 Filed 11/27/2006 Page 8 of 10

Case 4:04-cv-04403 Document 1 Filed 11/17/2004 Page 8 of 16

pending resolution of the Comptroller's motion to dismiss the case.

**Plaintiffs propose to stay discovery pending a forensic audit by Dana Cole & Co. (Lincoln, Nebraska) because an audit is the prime discovery needed.**

10. Describe the proposed agreed discovery plan, including:

   a. Responses to all the matters raised in Rule 26(f).

<u>Response:</u> See responses to question 9.

   b. When and to whom the plaintiff anticipates it may send interrogatories.

<u>Response:</u>

See responses to 9.

   c. When and to whom the defendant anticipates it may send interrogatories.

<u>Response:</u>

See responses to 9.

   d. Of whom and by when the plaintiff anticipates taking oral depositions.

<u>Response:</u>

See responses to 9.

   e. Of whom and by when the defendant anticipates taking oral depositions.

<u>Response:</u>

See responses to 9.

4

Case: 4:06-cv-03214-LSC-PRSE    Document #: 40    Date Filed: 11/15/2006    Page 10 of 17
Case 1:06-cv-01264-RBW    Document 18-23    Filed 11/27/2006    Page 9 of 16

Case 4:04-cv-04403    Document 1    Filed 11/17/2004    Page 9 of 16

  f. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

<u>Response:</u>

**See responses to 9.**

  g. List expert depositions the plaintiff (or party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

<u>Response:</u>

**See responses to 9.**

  h. List expert depositions the defendant (or opposing party) anticipates taking and their anticipated completion date. See Rule 269(a)(2)(B)(expert report).

<u>Response:</u>

**See responses to 9.**

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

<u>Response:</u> **See responses to 9.**

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

<u>Response:</u> **None.**

13. State the date the planned discovery can reasonably be completed.

<u>Response:</u> **See responses to 9.**

5

Case: 4:06-cv-03214-LSC-PRSE   Document #: 40   Date Filed: 11/15/2006   Page 11 of 17
Case 1:06-cv-01264-RBW   Document 18-23   Filed 11/27/2006   Page 10 of 16
Case 4:04-cv-04403   Document 1   Filed 11/17/2004   Page 10 of 16

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

Response:

Plaintiffs state there is a possibility of settlement if the Court orders a forensic audit. The Comptroller does not believe that any possibility of settlement exists.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

Response:

The parties talked about the possibility of settlement in preparing the joint discovery plan.

16. From the attorneys' discussion with their client(s), state the alternative dispute resolution techniques that are reasonable suitable.

Response:

The Comptroller does not believe any ADR is appropriate in this case. Plaintiffs state that a stay and a court-ordered forensic audit is appropriate and compulsory in this case.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

Response:

The Comptroller agrees to a magistrate judge.
The plaintiffs respond "to be determined."

18. State whether a jury demand has been made and if it was made on time.

Response:

6

Case 4:06-cv-03214-LSC-PRSE Document #: 40 Date Filed: 11/15/2006 Page 12 of 17
Case 1:06-cv-01264-RBW Document #: 8-23 Filed: 11/27/2006 Page 12 of 16
Case 4:04-cv-04403 Document 1 Filed 11/17/2004 Page 11 of 16

**Plaintiff has made a timely demand for trial by jury.**

19. Specify the number of hours it will take to present the evidence in this case.

<u>Response:</u>

**The parties agree that it is too early to estimate the length of the trial.**

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

<u>Response:</u>

**The Comptroller's motion to dismiss.
Plaintiffs' two emergency motions for expedited hearing and oral argument, and plaintiffs' response and motion to strike the Comptroller's motion to dismiss.**

21. List other motions pending.

<u>Response:</u>

None.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

<u>Response:</u> **Mr. Wallace would like the Court's permission to participate in the conference via telephone from Tulsa, OK. Assistant U.S. Attorney Dara Less will be present in Court on behalf of the Comptroller, but requests permission that the Comptroller's agency counsel be permitted to participate in the conference by telephone from Washington, DC.**

**Plaintiffs further state that plaintiffs will expeditiously be filing an objection to the U.S. Attorney's representation of the Comptroller.**

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Persons, listing the date of

7

Case 4:06-cv-03214-LSC-RBSF Document #: 40 Date Filed: 11/15/2006 Page 13 of 17
Case 1:06-cv-01284-RBW Document #8-23 Filed 11/27/2006 Page 12 of 16
Case 4:04-cv-04403 Document 1 Filed 11/17/2004 Page 12 of 16

filing for original and any amendments.

**The Comptroller filed the Disclosure of Interested Parties on October 7, 2004.**

**It does not appear that plaintiffs filed a Disclosure of Interested Parties.**

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

<u>Response:</u>

Plaintiffs are *pro se*. They also contend they are pauperis.
Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74133
918-694-1870

Counsel for the Comptroller:
Dara B. Less
Assistant United States Attorney
U.S. Attorney's Office, Southern District of Texas
P.O. Box 61129
Houston, Texas 77208
713.567.9592 - Telephone
713.718.3303 - Facsimile
dara.less@usdoj.gov - E-mail
S.D. 38241
PA Bar No. 81228

8

Case 4:06-cv-03214-LSC-PRSE   Document #: 40   Date Filed: 11/15/2006   Page 14 of 17
Case 1:06-cv-01204-RBW   Document 18-23   Filed 11/27/2006   Page 15 of 16
Case 4:04-cv-04403   Document 1   Filed 11/17/2004   Page 13 of 16

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

/s/ Dara B. Less
By:  DARA B. LESS
Assistant United States Attorney
S.D. 38241
PA Bar No. 81228
P.O. Box 61129
Houston, Texas 77208
713.567.9592 - Telephone
713.718.3303 - Facsimile
Attorney in Charge

ATTORNEY FOR DEFENDANT
COMPTROLLER OF THE CURRENCY
CUSTOMER ASSISTANCE GROUP

/s/ Stephen Wallace
Stephen Wallace (*via grant of consent*)
6528 E. 101st, D-1 #304
Tulsa, OK 74133
918-694-1870

PLAINTIFFS' *PRO SE* REPRESENTATIVE

Date: November 9, 2004

Case 4:06-cv-03214-LSC-RBSF  Document #: 40  Date Filed: 11/15/2006  Page 15 of 17
Case 1:06-cv-01284-RBW  Document 78-23  Filed 11/27/2006  Page 94 of 16

Case 4:04-cv-04403   Document 1   Filed 11/17/2004   Page 14 of 16

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Discovery/Case Management Plan Under Rule 26(f) of the Federal Rules of Civil Procedure was served upon the following by facsimile and mail:

>Stephen P. Wallace
>6528 E. 101st, D-1, #304
>Tulsa, OK 74133
>Facsimile number provided by Mr. Wallace: (206) 260-6235

Date:  November 9, 2004

>/s/ Dara B. Less
>Dara B. Less
>Assistant United States Attorney

Case 4:06-cv-03214-LSC-PRSE   Document #: 40   Date Filed: 11/15/2006   Page 16 of 17
Case 1:06-cv-01284-RBW   Document 18-23   Filed 11/27/2006   Page 15 of 16
Case 4:04-cv-04403   Document 1   Filed 11/17/2004   Page 15 of 16

UNITED STATES DISTRICT COURT***SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Stephen P. Wallace,<br>Plaintiff,<br><br>vs.<br><br>Comptroller of the Currency<br>Customer Assistance Group,<br>Defendant. | §<br>§<br>§<br>§   C.A. No.   H-04-3114<br>§<br>§<br>§<br>§ |

### RULE 16 SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed in writing to Ellen Alexander, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, TX 77208.

1. **December 1, 2004**    NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2A. **January 3, 2005**   PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be filed within 60 days of the designation.

B. **February 1, 2005**   DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be filed within 60 days of the designation.

3. **February 1, 2005**   AMENDMENTS to pleadings, with leave of court, shall be made by this date.

4. **July 1, 2005**   DISCOVERY shall be completed by this date.

5. **August 1, 2005**   MOTION CUT-OFF. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR 7.

6. **October 28, 2005**   The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order. Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. **November/December 2005**   TRIAL TERM. Cases will be set for trial at a docket call, conducted prior to the trial term or by order of the Court. Your position on the docket will be announced at that time.

Jury/ ~~Non-Jury~~ ETT: **3 days**

All documents filed must be 14 point font, double spaced with not less than one inch margins.

SIGNED on **November 15, 2004**.

_____
STEPHEN WM. SMITH
United States Magistrate Judge

EXHIBIT
2

Case 4:06-cv-03214-LSC-RBSF Document #40 Date Filed: 11/15/2006 Page 17 of 17
Case 1:06-cv-01264-RBW Document 18-23 Filed 11/27/2006 Page 16 of 16
Case 4:04-cv-04403 Document 1 Filed 11/17/2004 Page 16 of 16

# CIVIL COVER SHEET

**H-04-4403**

JS 44 (Rev. 4/97)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

## I. (a) PLAINTIFFS
In re. Ronald J. Saffa and Trust Company of Oklahoma, interim successor trustees Plaintiffs

## DEFENDANTS
Lorice T. Wallace Revocable Trust Dated December 26, 1974 Defendant Beneficiaries

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Tulsa
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Tulsa
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN): pro se / pauperis

## II. BASIS OF JURISDICTION (PLACE AN "✔" IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "✔" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "✔" IN ONE BOX ONLY)
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "✔" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander / ☐ 365 Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 791 Empl.Ret. Inc Security Act | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motion to Vacate Sentence Habeas Corpus: | | ☐ 870 Taxes (US Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 530 General | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing / ☐ 535 Death Penalty | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 540 Mandamus & Other | | | |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ TBA
☐ CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
H-04-3114    H-04-3131

DATE: 11/16/04

SIGNATURE OF ATTORNEY OF RECORD: Stephen P. Wallace / pro se