# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: RONALD J. SAFFA AND TRUST COMPANY OF OKLAHOMA, Interim Successor Trustees, Plaintiffs, | § § § § § |
| v. | §  CIVIL ACTION NO. H-04-4403 |
| LORICE T. WALLACE IRREVOCABLE TRUST, Defendant. | § § § § |

## ORDER

Lisa F. Wallace and Stephen P. Wallace filed a Notice of Removal purporting to remove a civil action pending as case number PT-2002-56 in state court in Tulsa, Oklahoma. A removable state court civil action must be removed to the United States District Court for the district and division embracing the place where the state court action is pending. 28 U.S.C. § 1441(a). Lisa F. Wallace and Stephen P. Wallace may not remove a civil action filed in Oklahoma to the United States District Court for the Southern District of Texas. Accordingly, it is hereby

**ORDERED** that the Notice of Removal [Doc. # 1] is **STRICKEN AND INEFFECTIVE** to remove the case from the state court in Tulsa, Oklahoma. The Clerk of Court is directed to send a copy of this order to the District Court of Tulsa County, State of Oklahoma and to James C. Milton by facsimile at (918) 591-5360. It is further

P:\ORDERS\11-2004\4403StrikeRemoval.wpd   041122.1707


EXHIBIT O

Case 4:06-cv-03214-SQ-RBSF   Document #:404   Date Filed: 11/15/2006   Page 3 of 3
Case 1:06-cv-01264-RBW   Document #8-24   Filed 11/27/2006   Page 2 of 2

Case 4:04-cv-04403   Document 5   Filed 11/23/2004   Page 2 of 2

ORDERED that the Emergency Motion to Deny Leave to File Notice of Removal [Doc. # 4] is **GRANTED** and the alternative Motion to Remand [Doc. # 4] is **DENIED AS MOOT.** It is further

ORDERED that this civil case is **DISMISSED AS IMPROPERLY REMOVED.**

SIGNED at Houston, Texas, this **22nd** day of **November, 2004.**

_Nancy F. Atlas_
Nancy F. Atlas
United States District Judge