IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA F. WALLACE, a developmentally disabled person, by and through her next friend, co-trustee and brother, STEPHEN P. WALLACE, STEPHEN P. WALLACE, Individually, and all those similarly situated in the class,<br><br>    Pauperis/Pro Se Plaintiffs,<br><br>vs.<br><br>PATRICIA W. HASTINGS, an Individual, RONALD J. SAFFA, an Individual, JAMES MILTON, an individual, JAMES POE, an individual, JOHN FEARS, an individual, JAMES WEGER, an individual, JP MORGAN CHASE & CO., (New York), JOSEPH M. WATT, an individual, JAMES R. WINCHESTER, an individual, GREGORY FRIZZELL an individual, RONALD SHAFFER, an individual, and JOHN DOE 1-10, whose identities are not yet known,<br><br>    Defendants. | DECLARATION OF<br>JAMES E. WEGER |

    The undersigned, James E. Weger, under penalty of perjury and pursuant to the provisions of 28 U.S.C. § 1746 upon personal knowledge, states as follows:

    1.    I am a named Defendant in the above-captioned case and a resident of Tulsa, Oklahoma. I am an attorney for JPMorgan Chase & Co., and currently serve as the managing partner and president of Jones, Gotcher & Bogan, a professional corporation located in Tulsa, Oklahoma, engaged in the practice of law. I am familiar with the allegations the Plaintiffs have made against me in their Complaint. I understand that I have been sued in my individual capacity.

-1-



2. Throughout my 24 year career I estimate that I have on occasion visited the District of Columbia approximately five times. I have never lived in the District of Columbia, nor have I personally engaged in any persistent or regular course of conduct in the District of Columbia. I do not have an interest in, nor do I possess, any real or personal property located in the District of Columbia. I do not regularly conduct business in the District of Columbia and have not regularly done so at any time in the past. More specifically, I have not at any time maintained an office in the District of Columbia, nor have I personally maintained any employees or agents in the District of Columbia.

3. My limited contacts with the District of Columbia have no relationship to the allegations of Plaintiffs' Complaint.

4. I understand that Bank One Trust Company n/k/a JPMorgan Chase Bank, NA, serves as Successor Trustee of the Frank A. Wallace Revocable Trust (the "Trust"). I understand that the main purpose of the Trust is to provide for the special needs of plaintiff Lisa F. Wallace, an incapacitated person, and that plaintiff Stephen P. Wallace is a contingent beneficiary of the Trust. In addition Plaintiff Stephen P. Wallace has in the past brought numerous claims against me as a named defendant in the: (i) United States District Court in the District of Columbia, Case No. 04-CV-713 (subsequently transferred to the United States District Court for the Northern District of Oklahoma, Case No. 04-CV-701K); (ii) United States District Court in the Northern District of Oklahoma, Case No. 02-CV-148; (iii) United States District Court in the Western District of Oklahoma, Case No. 02-CV-233; and (iv) District Court of Tulsa County, Case No. CJ-2001-3000. All the claims Plaintiff Stephen P. Wallace has asserted against me in these cases have been dismissed.

5. All of the foregoing is based upon my personal knowledge and belief. I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of November, 2006.

_____
James E. Weger