# Print Postage Online - Go to

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

PLEASE PRESS FIRMLY

Recycled Paper

## HOW TO USE:

1. **COMPLETE ADDRESS AREA**
Type or print return address and addressee information in designated area or on label.

2. **PAYMENT METHOD**
Affix postage or meter strip to area indicated in upper right hand corner.

3. **ATTACH LABEL** (Optional)
Remove label backing and affix in designated location.

4. Bring your Priority Mail package to a post office, present it to your letter carrier, or call 1-800-222-1811 for pick up service. Stamped mail may be deposited in a collection box **ONLY** if it weighs less than 16 ounces.

---

United States Postal Service®
**DELIVERY CONFIRMATION™**

PLEASE PRESS FIRMLY

0300 0320 0000 0247 1230 9040

0000    74103

FLAT RATE ENVELOPE
U.S. POSTAGE PAID
OKLAHOMA CITY, OK
NOV 02, '06
AMOUNT
$4.55
00064278-01

From: 6528 E. 101st D-1 #304
Tulsa, Ok. 74133

To: Dennis Wegner
c/o Jones Givens Law Firm
15 E. 5th 38th Floor
Tulsa, Ok. 74103

▲ Complete address information or place label here ▲

EXHIBIT

www.usps.c

## The convenient Flat Rate Envelope.

One low price for fast delivery anywhere in the U.S., regardless of weight,

**Flat Rate Envelope**

Print Postage Online - Go to www.usps.com/postageonline

PLEASE PRESS FIRMLY   PLEASE PRESS FIRMLY   PLEASE PRESS

FLAT RATE ENVELOPE
PRIORITY MAIL
POSTAGE
U.S. POSTAGE PAID
OKLAHOMA CITY, OK
73120
OCT 31 06
AMOUNT
$4.55

# PRIORITY MAIL
UNITED STATES POSTAL SERVICE

United States Postal Service
**DELIVERY CONFIRMATION**

0305 2710 0001 3711 3806

CARRIER PICK-UP
usps.com/pickup

From: 6528 E. 101st D-1 #304
Tulsa, Ok. 74133

To: J.P. Morgan Chase / Co.
attn: Joan Guggenheimer
General Council
270 Park Avenue
New York, NY 10017

We Deliver.

**HOW TO USE:**

1. COMPLETE ADDRESS AREA — Type or print return address and addressee information in designated area or on label.
2. PAYMENT METHOD — Affix postage or meter strip to area indicated in upper right hand corner.
3. ATTACH LABEL (optional) — Remove label backing and affix in designated location.
4. Bring your Priority Mail package to a post office, present it to your letter carrier, or call 1-800-222-1811 for pick up service. Stamped mail may be deposited in a collection box ONLY if it weighs less than 16 ounces.