UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Guardianship of Lisa Frances Wallace, an incapacitated person. | ) ) ) |
| Mary Roma Wallace Jage and Stephen P. Wallace, Appellants, | ) **CASE NO. 1:06-CV-01264** ) Judge Reggie B. Walton ) ) |
| vs. | ) Removed from: ) The Supreme Court of Oklahoma ) Case No. 102931 ) |
| Patricia Wallace Hastings, Appellee. | ) District Court of Tulsa County, ) State of Oklahoma, ) Case No. PG-2002-225 |

## DECLARATION OF JAMES C. MILTON

This Declaration is made pursuant to 28 U.S.C. § 1746.

1. My name is James C. Milton. I am counsel of record for The Trust Company of Oklahoma in a number of litigation matters involving Stephen Paul Wallace, including but not limited to *In re Lorice T. Wallace Revocable Trust, et al.*, Case No. PT-2002-56, in the District Court of Tulsa County, State of Oklahoma. I make this Declaration based upon my personal knowledge.

2. I am an attorney licensed to practice law in the State of Oklahoma, in the U.S. District Courts for the Northern, Western, and Eastern Districts of Oklahoma, in the U.S. Court of Appeals for the Tenth Circuit, and in the U.S. Supreme Court. I am a partner with the law firm of Doerner, Saunders, Daniel & Anderson, L.L.P.

3. Defendant Patricia Hastings is the sister of Mr. Wallace. Mr. Wallace, Ms. Hastings, Lisa Frances Wallace, and their sister Mary Roma Jage are beneficiaries of certain of the trusts that are administered by Trust Company and Mr. Saffa. These trusts are before the state court in Oklahoma for supervision and instructions under state law.

1

4. Ms. Hastings is the guardian of Lisa Wallace. The guardianship proceedings in which Ms. Hastings was appointed guardian are the subject of the removal in this action. Ms. Hastings is a resident of Oklahoma and has no contacts with the District of Columbia related to the administration of the Wallace trusts or the guardianship of Lisa Wallace.

5. As noted above, I am the attorney of record for Trust Company of Oklahoma in certain litigation matters. I am a resident of Oklahoma. In my capacity as attorney for Trust Company of Oklahoma, I have never consented to nor admitted to personal jurisdiction in the District of Columbia. I have never entered a general appearance in any litigation pending in the District of Columbia.

6. Defendant Trust Company is a successor co-trustee of trusts that are the subject of a state court proceeding, Case No. PT-2002-56 pending in the District Court of Tulsa County, State of Oklahoma. Trust Company is located in Oklahoma and is not registered to do business in the District of Columbia. Trust Company of Oklahoma does not conduct business in the District of Columbia.

7. Defendant Ronald J. Saffa is a successor co-trustee of trusts that are the subject of a state court proceeding, Case No. PT-2002-56 pending in the District Court of Tulsa County, State of Oklahoma. Saffa is a resident of Oklahoma. As successor co-trustee of the Wallace trusts, Saffa has no contacts with the District of Columbia.

8. Defendant James E. Poe is the attorney of record for Patricia Wallace Hastings and also serves as counsel for Mr. Saffa. In his capacity as attorney for Ms. Hastings and Mr. Saffa, Poe has never consented to nor admitted to personal jurisdiction in the District of Columbia. Poe has never entered a general appearance on his own behalf in any litigation pending in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of December, 2006.

_____
James C. Milton