UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA F. WALLACE, a developmentally disabled person, by and through her next friend, co-trustee and brother, STEPHEN P. WALLACE; STEPHEN P. WALLACE, Individually; and all those similarly situated in the class, <br><br> Plaintiffs, <br> v. <br><br> PATRICIA W. HASTINGS, an Individual; RONALD J. SAFFA, an Individual; JAMES MILTON, an Individual; JAMES POE, an Individual; JOHN FEARS, an Individual; JAMES WEGER, an Individual; JP MORGAN CHASE & CO., (New York) JOSEPH M. WATT, an Individual; JAMES R. WINCHESTER, an Individual; GREGORY FRIZZELL, an Individual; RONALD SHAFFER, an Individual; and JOHN DOES 1-10, whose identities are not yet known, <br><br> Defendants. | Case No. CIV-06-1264 RBW <br><br> RECEIVED <br> DEC 1 5 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

**PLAINTIFFS' OBJECTION TO ALL DEFENDANTS' MOTIONS TO DISMISS, MOTIONS TO REMAND AND PLAINTIFF'S COUNTER MOTION FOR APPOINTMENT OF RECEIVER, INTERIM TRUSTEE COURT ORDERED FORENSIC AUDIT AND INDEPENDENT GUARDIAN**

Comes now Plaintiffs, Lisa F. Wallace and Stephen P. Wallace, her next friend and individually object and counter motion the Court:

**First, JP Morgan Chase & Co., formerly Bank One, N.A., and James Weger**

**FACT**

A) Bank One, N.A., interim co-trustee of the Frank A. Wallace Trust of 1974, has never even entered an Appearance on Lisa's behalf in (7) years of relentless litigations by

**Lisa, Stephen,** their then living Mother, **Lorice,** and sister **Roma Wallace Jage,** Lorice's guardian until Lorice's horrid death by drug overdose by Defendants in collusion in May of 2003.

  B) The Docket Sheet will confirm that even the Guardian Ad Litem confirmed, without denial by Defendant's Saffa, Hastings, et al, of a criminal **conspiracy against Lisa** in their January 4, 2001, BRIEF. (Exhibit 1) Furthermore on <u>Page 8, Line 1</u> "... Wallace be provided a <u>**"temporary"**</u> program by the Department of Human Services..." yet Saffa, Hastings, et al, have placed **Lisa as a "permanent"**Ward of the State so they could criminally convert her Liberty and Trust assets for their sole use and benefit thus Defendant's are **"guilty of engaging in monetary/realty transactions in criminally derived property and aiding and abetting a criminal enterprise**.

  C) In the underlying fraudulent State Guardianship filed against Lisa, in Tulsa County **Case No. PG-2002-225,** the Docket Sheet confirms that Weger, Bank One, N.A., Officers, et al, were in a criminal collusion and conversion scheme with Saffa, Hastings, et al., and have <u>never</u> entered an Appearance on Lisa's behalf in any state Court action. (Exhibit 2)

## CONCLUSION

Lisa F. Wallace has suffered **emotional distress** and **anti-Semitic discrimination** by Defendants which have violated her rights under <u>**28 USC Section 1441(b); 42 USC Section 1983 and 42 USC Section 1985(3)**</u> as clearly stated in the Complaint filed on **July 14, 2006** which the interim successor trustee, **J.P. Morgan Chase & Co.**, and their out-house counsel, **James Weger,** et al, have never denied via Affidavit, in their continued criminal collusion

2

to deny Plaintiff's the required by Law "<u>accounting of their $30 million Family Estate for over (7) years</u>", therefore they have confessed their Breach of Trust.

**Second,** Officers of the Court of the State of Oklahoma

## FACT

In 1889 the Federal Government commenced a Land Run for the Indian Territory now called Oklahoma. However, those who were nicknamed **"Sooners"** were the cheaters who snuck in the day before with multiple horse relays set up to steal the best land for themselves. As a result of these Federal criminal acts going unprosecuted. Oklahoma has a corrupt element that has promulgated itself to the present day; aka the **Sooner Klan**

**Joseph Watt**, **Gregory Frizzell** and **Ronald Shaffer,** are up for Impeachment and complete loss of their pensions, real property and potentially indictment, for utilizing their offices for alleged criminal activity in collusion with Winchester, et al. (Exhibits 3 and 4)

Gregory Frizzell recently was shunned by the U.S. Senate and Judiciary Committee for his confirmed malfeasance/misfeasance in Office.

Finally an Affidavit from Officer of the Court and Witness, Joan Godlove, testifying as to the criminal collusion and anti-Semitic prejudice by the **Sooner Klan** (Exhibit 5) also exemplified in the recent **U.S. Supreme Court Case No. 06-548, OPALA (Jewish) v. Watt,** et al, confirming anti-Semitism and collusion. **Wherefore,** this Court, after <u>judicial notice</u> and <u>actual knowledge of criminal **ENRON** off-balance sheet style fraud upon the U.S. Treasury and Plaintiffs</u>, is moved by Pauperis/Pro Se Plaintiffs to a) ORDER appointment of an independent Receiver (Union Bank & Trust); b) an interim Trustee, (Provident Trust); c) an independent Guardian for Plaintiff Lisa and to d) ORDER the forensic audit to

3

commence, **sua sponte** "in an abundance of caution." (Exhibits 6, 7 and 8)

*[signature: Stephen P. Wallace]*
Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74133
(918) 694-1870

State of Oklahoma
County of Oklahoma

### Affidavit

I swear/affirm the foregoing is true and correct to the best of my knowledge.

*[signature]*
Stephen P. Wallace

Stephen P. Wallace appeared before me this 14th day of December, 2006, and signed this document.

**BESSIE TUBBS**
NOTARY PUBLIC - STATE OF OKLAHOMA
MY COMMISSION EXPIRES AUG 29, 2010
COMMISSION # 02014832

*[signature: Bessie Tubbs]*
Notary Public

### Certificate of Service

I certify that on the 15th day of December, 2006, I mailed a copy to:

Counsel for all Defendants
Congressman John Sullivan
Independent Justice Institute, LLC
Judiciary Chairman Leahy
Majority Leader Harry Reid
House Speaker Nancy Pelosi

*[signature]*
Stephen P. Wallace

4