

# OKLAHOMA HOUSE OF REPRESENTATIVES
## HOUSE SPEAKER TODD HIETT
### 2300 N. LINCOLN BLVD.
### OKLAHOMA CITY, OK 73105

**SPEAKER'S OFFICE RECEIVED**
**JUN 21 2006**

## PETITION FOR JUDICIAL IMPEACHMENT

Pursuant to Article 8, Section 1 of the Constitution of Oklahoma, **Lisa F. Wallace**, a developmentally disabled person, by and through her next friend, Stephen P. Wallace; **Stephen P. Wallace**, individually **and all those similarly situated**, <u>Petition</u> the Oklahoma House of Representatives, by and through the Speaker of the House, Todd Hiett, his successors or assigns, to levy Articles of Impeachment upon:

I)   Oklahoma Supreme Court **Chief Justice Joseph Watt**

II)  Tulsa County **Presiding District Judge Gregory Frizzell**

III) Tulsa County **District Judge Ronald Shaffer**

and Removal From Office for:

a)   **willful neglect of duty**

b)   **corruption in office**

c)   **incompetency**

**RECEIVED**
**JUN 21 2006**
**LT. GOVERNOR MARY FALLIN**

d)   **Willful and wanton offenses involving moral turpitude thus violating their oath of office and code of ethics, <u>all</u> committed while in office.**

e)   Utilizing tax payer owned buildings, FF&E and courthouse personnel in commission of a crime.

f)   Compounding a felony.

Received June 22, 2006 Senator James Inhofe

Received June 22, 2006 Senator Tom Coburn

HEC

**EXHIBIT 3**

1

Petitioners allege and state as follows:

1) On <u>March 24, 2005</u>, a **COMPLAINT** was delivered and received by the Office of the House Speaker, **Todd Hiett**. (Exhibit A), with a copy delivered to Judiciary Chairman **Fred Morgan**.

2) The COMPLAINT submitted verified uncontested evidence of <u>criminal fraud</u>, <u>corruption</u> and <u>collusion by Judges Gregory Frizzell, Ronald Shaffer</u> and <u>Ronald Stubblefield</u> with a copy to Andrew Spiropoulos.

3) The COMPLAINT has never been addressed nor acknowledged after receipt.

4) On <u>September 9th and 20th of 2004</u>, Judge Frizzell violated Oklahoma Criminal Law **21 O.S. 421** to charge petitioner with a false crime and ordered incarceration to eliminate petitioners from disrupting Frizzell's, et. al., criminal conversion and embezzlement of the Wallace Family's $30 million estate. (See *State of Oklahoma vs. Tulsa County District Judge James Hogue in Criminal Case No. CF 97 1766 Re: Trustee Embezzlement*)

5) On <u>September 7, 2005</u>, Petitioners appealed the blatant criminal conversion of the Wallace Family irreplaceable and unique realty by Judge Frizzell, in collusion with the Attorneys of Record under color of law and under color of authority in Oklahoma Supreme Court **Case No. 102521**.

6) On **February 10, 2006**, Petitioner's Special Counsel, Parman & Easterday, LLP, filed their Emergency Motion to Appoint a Receiver Pendente Lite and their Amended Emergency Motion to appoint a Receiver Pendente Lite and for Issuance of an Injunction in Oklahoma Supreme Court **Case No. 102521** which Chief Justice Watt, <u>after judicial notice and actual knowledge</u> of the criminal conversion scheme, denied and forced Plaintiff to file his brief under duress after denying petitioners counsel the right to do so. (Exhibits B & C)

2

<u>NOTE:</u>  Chief Justice Watt is in **"adverse possession"** of the Chief Justice position pending the outcome of the case Oklahoma Supreme Court Justice **Marian P. Opala** v. Chief Justice **Joseph Watt,** et.al. in US District Court for the Western District of Oklahoma in Case No. **CIV-04-1771-B** for additional and separate allegations of collusion by Chief Justice Watt to permanently disallow Justice Opala his progeny and line of succession as Chief Justice, costing taxpayers millions of dollars and a potential myriad of reversed decisions for lack of subject matter jurisdiction.

7) Judge Frizzell and his alleged co-conspirator attorneys of record in Oklahoma Supreme Court Case Nos. 101,164 and 102,346 seek to aid and abet the criminal conversion of the Wallace Family unique and irreplaceable realty in alleged collusion with the Chief Justice Watt, Supreme Court Referee, Barbara Swimley and the Attorneys'; James Milton, James Poe, James Weger, Ronald Saffa, Reece Morrel, Reuben Davis, Kenneth Crump and OBA President, William Grimm.

8) Judge Shaffer allegedly colluded with the attorneys of record in Oklahoma Supreme Court Case **No. 98,843** to deny Petitioners' an accounting of their Estate and has now confirmed his alleged criminal collusion and incarceration of Lisa F. Wallace in Oklahoma Supreme Court Case **No. 102,931**, sanctioning Petitioners attorney's for their Entry of Appearances and Briefing resulting in their withdrawal from the cases.

9) Judge Frizzell and Judge Shaffer, in conspiracy with the aforementioned Attorney's of Record, have now allegedly colluded to entrap the Honorable Stanley Glanz's office into their alleged criminal collusion effort in Tulsa County **Case No. CJ-2006-551** which has a **Grand Jury** Emergency Motion pending before Tulsa County District Judge Deborah Shallcross. (Exhibit D.)

## REMEDY SOUGHT

PETITIONERS' **DEMAND** the House Speaker deliver this Petition to the House of Representatives this 21st day of June, 2006 which has "constitutional responsibility" to **"present"** the instant Petition for Judicial Impeachment, to the Senate sua sponte and instanter, for the aforementioned arbitrary and capricious behavior, under color of law and under color of authority (Exhibits E & F)

*[signature]*
Stephen P. Wallace,
Individually, as next friend of
Lisa F. Wallace, and for all
those similarly situated

## VERIFICATION

I swear or affirm that I have prepared the Complaint/Petition herein and It is true and correct to the best of my knowledge

*[signature]*
Stephen P. Wallace
6528 E. 101st, D-1, # 304
Tulsa, OK 74133
(918) 694-1870

4

State of Oklahoma)
                 )ss.
County of        )

The undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument.

Given under my hand and official seal this 20 day of June 2006.

_____
Notary Public

My Commission Expires: 12/31/09
My Commission No.: 05011186

## CERTIFICATE OF SERVICE

I certify that on this 21st day of June, 2006 I hand delivered/received, file stamped copy to:

House Speaker Todd Hiett          Lt. Gov. Mary Fallin
Oklahoma Highway Patrol           Governor Brad Henry
Citizens for Fair and Clean Government    OSBI
Sen. James Inhofe                 NAACP
Sen. Tom Coburn                   Congressman Sullivan
Associated Press

_____
Stephen P. Wallace

5