Case 1:06-cv-01264-RBW    Document 21-5    Filed 12/15/2006    Page 1 of 1



**AL LINDLEY**
State Representative
District 93

**CAPITOL:**
2300 N. Lincoln Blvd.
State Capitol Building
Room 328A
Oklahoma City, OK 73105-4885
(405) 557-7371

**HOME:**
2529 S.W. 55th Street
Oklahoma City, OK 73119
(405) 681-8352

# House of Representatives

STATE OF OKLAHOMA
DISTRICT 93

**COMMITTEES:**

**MEMBER:**

Revenue and Taxation
Rules

Health & Human Services
Ranking Democrat

July 24, 2006

Speaker Todd Hiett
House of Representatives
2300 N. Lincoln
Oklahoma City, OK 73105

Dear Speaker Hiett:

Recently I received a copy of a Petition of Judicial Impeachment from Stephen P. Wallace representing Lisa F. Wallace. The petition calls for Articles of Impeachment upon Oklahoma Supreme Court Chief Justice Joseph Watt, Tulsa County Presiding District Judge Gregory Frizzell and Tulsa County District Judge Ronald Shaffer.

The petition contains very serious allegations that should be examined by as Special House Committee appointed by your office and under the direction of the Oklahoma State Constitution. It is my opinion that naming a Special House Committee to examine the alleged charges is the most appropriate avenue to resolve the matter.

I look forward to your timely reply.

Sincerely,

Al Lindley
State Representative
District 93

AL/lj



EXHIBIT 4