FROM :                                FAX NO. :                         Dec. 29 2004 02:56PM P3

# UB UNION BANK
# & TRUST COMPANY®
MEMBER FDIC

# Fax

| To: | WILLIAM HARRISON | From: | VICKI M HUFF |
|---|---|---|---|
| Fax: | 212/270-6522 | Pages: | 2 W/COVER |
| Phone: |  | Date: | MAY 19, 2004 |
| Re: |  | CC: |  |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

MR. HARRISON;
    ATTACHED IS A LETTER WE SENT TO STEPHEN WALLACE ON DECEMBER 8TH.
WE STILL STAND BY THAT LETTER.

EXHIBIT 7

The Information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. Any review, retransmission, dissemination or other use of or taking of any action by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, please notify us by telephone or return the original message to us at Union Bank & Trust Co., PO Box 82535, Lincoln, NE, 68501-2535. Thank you.

misc 711

FROM :                                        FAX NO. :                              Dec. 29 2004 02:55PM  P2



# UNION BANK & TRUST COMPANY

(402) 323-1828 • P.O. BOX 82535 • 3643 SOUTH 48TH STREET • LINCOLN, NE 68501-2535 • WWW.UBT.COM

December 8, 2003

Mr. Stephen Wallace
6528 East 101st, D-1, #304
Tulsa OK 74133

Dear Stephen:

This letter will serve as confirmation of our willingness to serve as Receiver for the assets involved in the actions regarding the Lorice T. Wallace Revocable Trust dated December 26, 1974, as amended; the Frank A. Wallace Revocable Trust dated December 26, 1974, as amended; and the Lorice T. Wallace Family L.P. dated February 8, 1996.

Very truly yours,

Vicki M. Huff, CFP™
Vice President and
Trust Marketing Officer

VMH:jk

**DANA F. COLE & COMPANY, LLP**
CERTIFIED PUBLIC ACCOUNTANTS
1248 O STREET, SUITE 500
LINCOLN, NEBRASKA 68508

October 6, 2005

Ronald J. Saffa
3501 S. Yale Avenue
Tulsa, OK 74136

**FILE COPY**

Tom Wilkins
Trust Company of Oklahoma
5727 S. Lewis Avenue
Tulsa, OK 74105

William B. Harrison
J.P. Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

Jeff King, Managing Director
J.P. Morgan Private Client Services
420 Throckmorton
Ft. Worth, TX 76201

Nebraska

Kansas

Michigan

Missouri

Wyoming

www.danacole.com

Principal Office:
1248 O Street, Suite 500
Lincoln, NE 68508
402/479-9300
Fax 402/479-9315

Gentlemen:

Pursuant to instructions from Mary Roma Jage in her letter to you dated October 5, 2005, we are requesting all documents as listed in the attached Exhibit "A" Document Request for certain trusts and a partnership established by Frank A. Wallace and Lorice T. Wallace, both deceased.

Please send legible copies of the requested documents via U.S. mail. Please include a written listing of the contents with each separate package that is signed and dated by you. We will inspect and log in the contents of each package, noting any items not included or additional material that is included, and return your written, signed and dated listing of the contents with our signature and the date we received it. Please retain the originals of all the requested documents in your files for verification at a later date.

Our mailing address is Dana F. Cole & Company, LLP, 1248 "O" Street, Suite 500, Lincoln, Nebraska 68508. Please send the requested documents to my attention.

We appreciate your cooperation in this matter.

Yours truly,

*Dianne K. Haberlan*

DIANNE K. HABERLAN
For the Firm

e-mail: haberlan@danacole.com
direct line: 402-479-9318

DKH:laf

cc: Mary Roma Jage

**EXHIBIT 8**