**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                        )
**LISA F. WALLACE**, a developmentally )
disabled person, by and through her next )
friend, co-trustee and brother, **STEPHEN** )
**P. WALLACE, STEPHEN P. WALLACE,** )
Individually, and all those similarly situated )
in the class,                                                     )
                                                                        )
                **Pauperis/Pro Se Plaintiffs,**       )
                                                                        )
vs.                                                                  )   Case No.: 1:06-CV-01264 (RBW)
                                                                        )
**PATRICIA W. HASTINGS**, an Individual, )
**RONALD J. SAFFA**, an Individual, **JAMES** )
**MILTON**, an individual, **JAMES POE**, an )
individual, **JOHN FEARS**, an individual, )
**JAMES WEGER**, an individual, **JP MOR-** )
**GAN CHASE & CO.**, (New York), **JOSEPH** )
**M. WATT**, an individual, **JAMES R. WIN-** )
**CHESTER**, an individual, **GREGORY** )
**FRIZZELL** an individual, **RONALD** )
**SHAFFER**, an individual, and **JOHN DOE** )
**1-10**, whose identities are not yet known, )
                                                                        )
                **Defendants.**                                )
_____)

**DEFENDANTS JPMORGAN CHASE & CO. AND JAMES E. WEGER REPLY TO
PLAINTIFFS' OBJECTION AND RESPONSE TO PLAINTIFFS' COUNTER MOTION
FOR APPOINTMENT OF RECEIVER, INTERIM TRUSTEE COURT ORDERED
FORENSIC AUDIT AND INDEPENDENT GUARDIAN AND BRIEF IN SUPPORT**

     COME NOW Defendants JPMorgan Chase & Co. and James E. Weger (hereinafter, collectively the "Defendants") to file their Reply to Plaintiff's Objection to their Motion to Dismiss and Response to Plaintiffs' Counter Motion for Appointment of Receiver, Interim Trustee Court Ordered Forensic Audit and Independent Guardian. (See Docket No. 20).

## I. REPLY TO PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO DISMISS (DOCKET NO. 18)

Plaintiffs are Stephen P. Wallace ("Wallace") and Lisa F. Wallace. In reality, however, Wallace is the only plaintiff in this action. Although Wallace claims to be acting as Lisa Wallace's "next friend," he lacks authority to act on Lisa's behalf. Lisa Wallace is afflicted with Down Syndrome and Patricia Hastings, Lisa's sister, is her legal guardian. (See Declaration of James C. Milton at ¶ 4 (Docket No. 20-2).)

The Complaint seeks to remove a state-court action[1] currently on appeal before the Court of Civil Appeals of the State of Oklahoma, in Oklahoma City, Oklahoma, Case No. DF-102931, and it seeks to add federal causes of action against Defendants who are *not* even party to the state-court action. Specifically, Wallace alleges Defendants have violated Title 42, United States Code, Section 1983 and Section 1985. Wallace also seems to assert claims of fraud, collusion, deceit and infliction of emotional distress. Defendants have moved to dismiss the Complaint for lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, and failure to state a claim upon which relief can be granted, or in the alternative, have requested that the Court remand this action. (See Docket Nos. 18-19).

Defendants argue that Wallace's objection fails to respond to the merits of their Motion to Dismiss. The objection contains only conclusory allegations and does not provide any support for the Complaint. Moreover, the objection evidences the frivolousness of this action. Defendants request that this Court grant their Motion to Dismiss and dismiss this action with prejudice.

---

[1] District Court of Tulsa County, Case No. PG-2002-225 (Judge Ronald L. Shaffer). This state-court action was filed in 2002 and addressed legal guardianship issues relevant to Plaintiff Lisa F. Wallace. Final order or judgment has been entered in this case and the appeal was filed on January 4, 2006. The appeal involves Appellants Stephen P. Wallace and Mary Roma Wallace Jage and Appellee Patricia Hastings.

## II. RESPONSE TO PLAINTIFFS' COUNTER MOTION

Wallace's counter motion requests that the Court: (1) order appointment of an independent receiver; (2) order an interim trustee; (3) order an independent guardian for Lisa Wallace; and (4) order a forensic audit. (See id. at 3-4.)

As Defendants' Motion to Dismiss asserts, the District Court of Tulsa County, Oklahoma has exclusive jurisdiction over the Trusts referenced in the Complaint. (See Defs.' Mot. to Dismiss at 9, 11.) The state court possesses *in rem* jurisdiction over the Trusts. Okla. Stat. Tit. 12, § 175.23. Further, federal courts without possession of the *res* have long yielded to the jurisdiction of state courts holding such possession. See Princess Lida of Thurn v. Thompson, 305 U.S. 456, 461 (1939); Southwestern Bank & Trust Co. v. Metcalf State Bank, 525 F.2d 140, 141-42 (10th Cir. 1975). Considering Wallace's requests for relief and Defendants' Motion to Dismiss, the Court should deny Wallace's counter motion and should yield to the exclusive jurisdiction of the District Court of Tulsa County, Oklahoma, where the related Trusts currently reside.

## III. CONCLUSION

For the foregoing reasons, Defendants JPMorgan Chase & Co. and James E. Weger request that this Court dismiss this action with prejudice pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), (5) and (6). Further, Defendants request that the Court deny Plaintiffs' Counter Motion for Appointment of Receiver, Interim Trustee Court Ordered Forensic Audit and Independent Guardian.

Respectfully submitted,

SIMCOX AND BARCLAY, LLP


By:          /s/
JOHN S. SIMCOX
Federal Bar No. 367251
jss@simcoxandbarclay.com

Attorneys for Deendants
JPMorgan Chase & Co.
James E. Weger


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of December, 2006, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Stephen P. Wallace
Plaintiff

Jennifer L. Sarvadi
Leclair Ryan, PC
Attorneys for Defendants Hastings, Saffa, Milton Poe and Fears

Stephen J. Krise
Oklahoma Attorney General's Office
Attorneys for Defendants Watt, Winchester, Frizzell and Shaffer


         /s/
JOHN S. SIMCOX