UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA F. WALLACE, a developmentally )
disabled person, by and through her next )
friend, co-trustee and brother, )
STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, Individually; )
and all those similarly situated in the class, )
)
      Plaintiffs, )
v. )    Case No. CIV-06-1264 RBW
)
PATRICIA W. HASTINGS, an Individual; )
RONALD J. SAFFA, an Individual; )
JAMES MILTON, an Individual; )
JAMES POE, an Individual; )
JOHN FEARS, an Individual; )
JAMES WEGER, an Individual; )
JP MORGAN CHASE & CO., (New York) )
JOSEPH M. WATT, an Individual; )
JAMES R. WINCHESTER, an Individual; )
GREGORY FRIZZELL, an Individual; )
RONALD SHAFFER, an Individual; and )
JOHN DOES 1-10, whose identities )
are not yet known, )
)
      Defendants. )

Stephen P. Wallace's Objection, Brief in Opposition and Motion to Strike Stephen J.

Krise's **"Defendant's Watt, Winchester, Frizzell and Shaffer's Motion for**

**Sanctions"**

First Ground for Objection: HEARSAY

Stephen J. Krise, **AGAIN**, imposes upon this Court to accept Hearsay. Krise repeatedly refers to the above Defendants as Judges when there has been no authenticated evidence places into the Record. The only evidence in the Record is in related Case No. 1:06cv402 that **Watt** and **Frizzell** have a recorded Default Judgement against them and a **Petition for Impeachment** before the Oklahoma House of Representatives which

includes Shaffer for the malfeasance/misfeasance of their most egregious conduct and compounding a felony under **18 USC Section 241**. (Exhibit I)

<u>Brief in Support of Motion to Strike Krise's so-called Motion for Sanctions</u>

Krise, who is only a squire for the **Sooner Klan**, who are already identified in the previous pleading in this case, imposes on this Court to:

1)  presume facts not in evidence;

2)  suspend the <u>Federal Rules of Civil Procedures</u> and the <u>Federal Rules of Evidence</u> for the benefit of the **Sooner Klan**. Krise and the Defendants are in blatant violation of **18 U.S.C. Section 241.**

## CONCLUSIONS

<u>First Conclusion:</u> The rule of law requires that the Court sustain Plaintiffs objection to Krise's unverified and undocumented claims in violation of F.R.E. 201(d).

<u>Second Conclusion:</u> Krise's Motion for Sanctions must be denied as a matter of law pursuant to F.R.C.P.

<u>Third Conclusion:</u> Wallace exercised his and Lisa's constitutional rights under **28 U.S.C. Section 1441(b); 42 U.S.C. Section 1983; and 42 U.S.C. Section 1985** and now Krise attempts to impose on this Court to aid and abet the criminal oppression and intimidation prevalent of the **Sooner Klan**, wherefore, the Court has a duty found at **18 U.S.C. Section 4** made non-discretionary at **18 U.S.C. Section 3** to assist in the prosecution of Krise and Defendants.

## NOTICE

Wallace requests the Court take judicial notice that Defendants are in alleged criminal collusion/conversion of D.H.S. Federal funding monies (90% Federal & 10% State) in the incarceration of Lisa in altering **1974 Irrevocable Trusts** set up by

Plaintiff's parents. Independent "Officers of the Court" have no challenged the alleged misappropriation of taxpayer funds, state and federal, by the **Sooner Klan** hierarchy, under penalty of Perjury. (See Exhibit II, III & IV) illustrating the uncontested demented minds of the **Sooner Klan** in *adverse domination* of Plaintiffs' and all Oklahoman's entrapped in said "racketeer influenced corrupt organization" seeking sanctuary in this Court, **under color of law and color of authority.**

Respectfully submitted,

*[signature]*
Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74133
(918) 694-1870

State of Oklahoma        )
County of Oklahoma   )

### Affidavit

I swear/affirm the foregoing is true and correct to the best of my knowledge under penalty of perjury warranting the imposition of Marshall Law by the President and the U.S. Congress.

_____
Stephen P. Wallace

### Certificate of Service

I certify that on the ____ day of January, 2007, I mailed/hand-delivered a copy to: LeClair Ryan; Simcox & Barclay; Oklahoma Attorney General and Congressman John Conyers, Jr.

*[signature]*
Stephen P. Wallace

Copies to:

Alberto R. Gonzales, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Senator Ted Kennedy
2400 J. F. K. Building
Boston, Massachusetts 02203

Congressman John Conyers, Jr.
2615 West Jefferson
Trenton, Michigan 48183

Congressman John Sullivan
5727 South Lewis Avenue, Suite 520
Tulsa, Oklahoma 74105-7146

Congressman Ron Paul
1225 West Way, Suite 301
Lake Jackson, Texas 77566

Associate Justice Stephen G. Breyer, Chair
Judicial Conduct and Disability Act Study Committee
Supreme Court of the United States
One First Street N.E.
Washington, D.C. 20543

Congressman Christopher Shays
10 Middle Street, 11th Floor
Bridgeport, CT 06604-4223

Fred Hiatt
C/O The Washington Post
1150 15th Street N. W.
Washington, D.C. 20071

7