

## OFFICE OF ATTORNEY GENERAL
## STATE OF OKLAHOMA

December 21, 2006

Stephen P. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma  74133

    Re:   *Wallace v. Hastings, et al.,*
           U.S. District Court for the District of Columbia
           Case No. CIV-06-1264 RBW

Dear Mr. Wallace:

      Pursuant to Rule 11(c)(1)(A) of the Federal Rules of Civil Procedure, you are being given notice of the Defendants' intention to seek sanctions against you from the United States District Court for the District of Columbia. The Defendants are seeking sanctions as a result of the false, defamatory allegations made in your "Objection to All Defendants' Motions to Dismiss, Motions to Remand and Plaintiff's Counter Motion for Appointment of Receiver, Interim Trustee Court Ordered Forensic Audit and Independent Guardian" against Defendants Watt, Winchester, Frizzell and Shaffer.

      Rule 11 requires that representations made to the Court, regardless of the manner in which they are presented, must not be presented for any improper purpose and must have evidentiary support. It is the Defendants' position that the allegations made by you have no evidentiary support and are being presented for improper purposes, as more fully explained in the enclosed Motion for Sanctions. Such conduct is improper and inappropriate. Thus, Defendants demand that you immediately withdraw your Objection or file an amended response that is devoid of any unfounded, false allegations directed toward any of these Defendants.

      Rule 11 (c)(1)(A) allows 21 days from the date of this letter for you to withdraw or correct your false allegations. If you fail to do so, the Defendants' Motion for Sanctions will be filed with the Court and the Defendants will seek appropriate sanctions and attorney's fees.



EXHIBIT 1

313 N.E. 21ST STREET • OKLAHOMA CITY, OK 73105 • (405) 521-3921 • FAX: (405) 521-6246

recycled paper

Stephen P. Wallace
December 21, 2006
page 2

    If you have any questions regarding this letter or the enclosed Motion for Sanctions, you may reach me at (405) 521-4274.

                                Sincerely,

                                Stephen J. Krise
                                Assistant Attorney General

Enc.