## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA F. WALLACE, a developmentally disabled person, by and through her next friend, co-trustee and brother, STEPHEN P. WALLACE; STEPHEN P. WALLACE, Individually; and all those similarly situated in the class,  )<br><br>Plaintiffs,  )<br>v.  )<br>PATRICIA W. HASTINGS, an Individual;  )<br>et al.,  )<br>Defendants.  ) | Case No. CIV-06-1264 RBW |

## ORDER

Before the Court is the Motion for Sanctions of Defendants, Joseph Watt, James R. Winchester, Gregory Frizzell and Ronald L. Shaffer, filed January 23, 2007, filed in response to Plaintiff Stephen P. Wallace's Objection (Dkt. No. 21) to the Motions to Dismiss filed previously by the Defendants. Defendants' Motion asks this Court to impose sanctions against Wallace as a result of Wallace's unfounded allegations and defamatory statements made in his Objection, accusing the Defendants of racial discrimination, criminal acts and collusion.

The Court finds that the Defendants have satisfied the requirements of Fed.R.Civ.P. 11(c)(1)(A). On January 8, 2007, Plaintiff Stephen Wallace filed an "Objection, Brief in Opposition and Motion to Strike Stephen J. Krise's 'Defendant's (sic) Watt, Winchester, Frizzell and Shaffer's Motion for Sanctions.'" (Dkt. No. 24) Plaintiff also filed a Motion to Strike the Defendants' Motion for Sanctions simultaneously with his Objection. (Dkt. No. 24) The Court finds that Wallace's Objection and Motion to Strike were filed after being served with a copy of the Defendants' Motion for Sanctions, as required by Fed.R.Civ.P. 11(c)(1)(A), but prior to the Defendants' Motion being

filed with the Court. Accordingly, the Court DENIES Wallace's Motion to Strike (Dkt. No. 24) as MOOT.

After reviewing the Defendants' Motion, the relevant law and Stephen P. Wallace's Objection (Dkt. No. 24), the Court concludes that Plaintiff's allegations and factual contentions contained therein have been presented for no proper purpose as they are defamatory, without evidentiary support and have no bearing on the merit of his claims. Further, after receiving notice and a reasonable opportunity to respond, Wallace has failed to correct or withdraw such allegations and factual contentions. Consequently, the Court finds that Plaintiff Stephen P. Wallace is in violation of Fed.R.Civ.P. 11.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the Defendants' Motion for Sanctions (Dkt. No.25) is GRANTED. To that extent, the Court imposes the following sanctions upon Plaintiff, Stephen P. Wallace:

1. Stephen P. Wallace's Objection to Defendants' Motion for Sanctions (Dkt. No. 24) is STRICKEN.

2. Stephen P. Wallace is ordered to pay the reasonable attorney fees of the Movants incurred in presenting their Motion for Sanctions.

3. To deter further abuse of the judicial resources of this Court, and in the interests of judicial economy, Stephen P. Wallace shall obtain leave of this Court before the commencement of any civil action or before the filing of any dispositive motion, by him, in the instant case or in any civil action brought in this Court that is in any way related to any of the Wallace Family Trusts.

IT IS SO ORDERED this_____day of_____, 2007.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE