UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA F. WALLACE, a developmentally Disable person, by and through her next Friend, co-trustee and brother, STEPHEN P. WALLACE; STEPHEN P. WALLACE, Individually; And all those similarly situated in the class, Plaintiffs, v. PATRICIA W. HASTINGS, an Individual; RONALD J. SAFF, an Individual; JAMES MILTON, an Individual; JAMES POE, an Individual; JOHN FEARS, an Individual; JP MORGAN CHASE & CO., (New York) JOSEPH M. WATT, an Individual; JAMES R. WINCHESTER, an Individual; GREGORY FRIZZELL, an Individual; RONALD SHAFFER, an Individual; JOHN DOES 1 – 10, whose identities are not yet know, Defendants. | Case No. CIV-06-1264 RBW |

**MOTION FOR ORDER ENJOINING THE OKLAHOMA COURT OF CIVIL APPEALS AND TULSA COUNTY DISTRICT COURT FROM PROCEEDING TO CRIMINALLY CONVERT PETIONERS IRREVOCABLE TRUST ASSETS IN DIRECT CONTEMPT OF THIS COURTS JURISDICTION**

This Court is noticed and moved to enter an ORDER enjoining the alleged "**Sooner Klan**" of predicate actors **under color of law** and **under color of authority** described herein from expediting their alleged criminal conversion of Plaintiff's person (Lisa as a Ward of the State) and her Irrevocable Trust assets.

1) On **February 5, 2007,** Petitioner's motioned the Oklahoma Court of Civil Appeals to Vacate their **January 26, 2007,** ORDERS after Kenneth L. Buettner became a Defendant in related Case No. 1:06CV1817 RBW on February 8, 2007. (Exhibits **I, II, III**)

2) On **February 7, 2007**, in related Case No. 1:06CV1817 RBW, County Judge Cantrell did illicitly issue an **ORDER** for the **Forty-Third** Application of Attorney Fees criminally converted from Petitioner's Irrevocable Trust assets now exceeding $3 million.

3) On **February 12, 2007**, E. Bay Mitchell III, has rebuked this Court's jurisdiction **after** actual knowledge and judicial notice in Direct Contempt to support the "Sooner Klan" in their collusion to evade U.S. Treasury and Petitioner's loss of millions of dollars which the Dana Cole & Co., forensic audit will reveal. (Exhibit **IV & V**, **VI**)

4) Plaintiffs and Lisa F. Wallace, specifically, have suffered Post Traumatic Stress Disorders aka **Legal Abuse Syndrome** causing criminal personal injury and Lisa's **"failure to thrive"** primarily due to Defendant's firing Lisa's long time personal live-in attendant, Catherine aka "Cat" for formally complaining of Defendants abuse upon Lisa. (Exhibit **VII**)

Wherefore, Plaintiffs respectfully move the Court for the relief requested, **sua sponte**. We seek to bring closure to all related cases before this Court which Defendants should not perpetuate by submitting to this Court's ORDER for a forensic audit and appointment of Receiver. If the forensic audit confirms there is no malfeasance/misfeasance on the part of Defendants, Plaintiffs will dismiss all cases in all Courts with prejudice.

_Stephen P. Wallace_
Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74133
(918) 694-1870

Affidavit
I swear/affirm the foregoing is true and correct to the best of my knowledge.

_Stephen P. Wallace_
Stephen P. Wallace

State of Oklahoma  )
County of Tulsa    )

Stephen P. Wallace appeared before me this 15th day of February, 2007 and signed this document.

VIDISHA RAJ-NEWTON
Notary Public  State of Oklahoma
Tulsa County
Commission # 03010648
My Commission Expires  August 08, 2007

_Vidisha Raj-Newton_
Notary Public

Certificate of Service

I certify that on February 19, 2007, I mailed a copy to All Defendants Counsel of Record.

_Stephen P. Wallace_
Stephen P. Wallace

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cases numbered as 101,164, 102,346, 102,521, and 102931 ⅟ /0/5̄//

Stephen Paul Wallace,
Petitioner,

Vs.

The Trust Company of Oklahoma, et al
Respondent

**FILED**
COURT OF CIVIL APPEALS
STATE OF OKLAHOMA

FEB - 5 2007

MICHAEL S. RICHIE
CLERK

Motion to vacate the determinations of ADAMS, J., MITCHELL, P.J., and JOPLIN, J. under authority of 12, O.S. § 1038 – lack of jurisdiction over the subject matter

This Court is noticed: ADAMS, J., MITCHELL, P.J., and JOPLIN, J.. were deprived of authority make rulings and determinations in re: appeals numbered as 101,164, 102,346, 102,521, and 102931. - 101,164, 102,346, 102,521, and 102931 were all removed to the Federal District Court for the District of Columbia. - 101,164, 102,346, 102,521, and 102931 have not been remanded to the Oklahoma Supreme Court.

Conclusion

This Court, the Oklahoma Supreme Court, has a duty to make inquiry, reasonable under the circumstances and determine whether ADAMS, J., MITCHELL, P.J., and JOPLIN, J.. were in receipt of notice that 101,164, 102,346, 102,521, and 102931 had been removed and wrongfully exercised jurisdiction.

This Court's determination that ADAMS, J., MITCHELL, P.J., and JOPLIN, J.. were in receipt of notice that 101,164, 102,346,[1] 102,521, and 102,931[2] had been removed bears on this Supreme Court the non-discretionary duty to vacate ADAMS, J., MITCHELL, P.J., and JOPLIN, J..'s determinations in appeals numbered as 101,164, 102,346, 102,521, and 102931 and all matters held in abeyance until such time as the

---

1- 102,346 is inseparably linked to 101,164 and District of Columbia case CIV-06-1817.
2- 102,931 is District of Columbia case no. CIV-06-1264.


EXHIBIT I

cases may be remanded or ruled upon making the matters raised in 101,164, 102,346, 102,521, and 102931 moot.[3]

Prepared and submitted by: *Stephen Paul Wallace*
Stephen Paul Wallace

CERTIFICATE OF MAILING TO ALL PARTIES

I hereby certify that a true and correct copy of this motion was hand delivered this 8th day of February, 2007 to:

James Milton
320 S. Boston
Tulsa, Oklahoma 74103

James Poe
111 W. 5th
Tulsa, Oklahoma 74103

James Weger
15 E. 5th
Tulsa, Oklahoma 74103

*Stephen Paul Wallace*
Stephen Paul Wallace
6528 E. 101st, D-1 #304
Tulsa, Oklahoma 74133

---

3 In District of Columbia case no. CIV-06-402, removed from 101,511, Stephen Paul Wallace holds a judgment against Joseph Watt & Gregory Frizzell. See Exhibit "A"

2

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEPHEN P. WALLACE

    Plaintiff(s)

v.

Civil Action No. 06-402 RBW

RONALD J. SAFFA, et al.,

    Defendant(s)

RE: GREGORY FRIZZELL
     JOSEPH WATT

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 9/7/06, and an affidavit on behalf of the plaintiff having been filed, it is this 10TH day of OCTOBER, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /S/ Tawana Davis

    Deputy Clerk



EXHIBIT A

# RELEASE FOR PUBLICATION IN THE OKLAHOMA BAR JOURNAL
# BY ORDER OF COURT OF CIVIL APPEALS
# DIVISION III

FILED
COURT OF CIVIL APPEALS
STATE OF OKLAHOMA
JAN 26 2007
MICHAEL S. RICHIE
CLERK

January 25, 2007

**THE CLERK IS DIRECTED TO ISSUE THE FOLLOWING ORDERS:**

101,164 — In Re: Franklin A. Wallace Revocable Trust dated December 26, 1974 and as amended. Bank One, N.A., Successor Trustee, Petitioner/Appellee, and The Trust Company of Oklahoma, Appellee, v. Stephen P. Wallace, Respondent/Appellant, and Patricia Wallace Hastings, Individually and as Guardian of Lisa Frances Wallace, Respondent/Appellee, and Mary Roma Wallace Jage, Respondent.

**Appellant's Motion for Rehearing is DENIED.**

ADAMS, J., MITCHELL, P.J., and JOPLIN, J., (sitting by designation), concur.

102,346 — In Re: The Lorice T. Wallace Revocable Trust dated December 26, 1974, as restated effective October 5, 1993, and as amended on February 12, 1998; The Lorice T. Wallace Irrevocable Trust dated February 8, 1996; and The Lorice T. Wallace Irrevocable Trust dated September 11, 1992, also known as The Lorice T. Wallace Life Insurance Trust, and In Re: The Franklin A. Wallace Revocable Trust, dated December 26, 1974 and as amended. The Trust Company of Oklahoma, Bank One, N.A., and Ronald J. Saffa, Successor Co-Trustees, Petitioners/Appellees, v. Stephen P. Wallace, Respondent/Appellant.

**Appellant's Motion for Rehearing is DENIED.**

ADAMS, J., MITCHELL, P.J., and JOPLIN, J., (sitting by designation), concur.


EXHIBIT II

102,521 - In Re: The Lorice T. Wallace Revocable Trust dated December 26, 1974, as restated effective October 5, 1993, and as amended February 12, 1998; The Lorice T. Wallace Irrevocable Trust dated February 8, 1996; and The Lorice T. Wallace Irrevocable Trust dated September 11, 1992, also known as The Lorice T. Wallace Life Insurance Trust. Ronald J. Saffa and The Trust Company of Oklahoma, Interim Successor Co-Trustees, Petitioners/Appellees v. Stephen P. Wallace, Respondent/Appellant.

**Appellant's Motion for Rehearing is DENIED.**

ADAMS, J., MITCHELL, P.J., and JOPLIN, J., (sitting by designation), concur.

102,931 - In the Matter of the Guardianship of Lisa Frances Wallace, an incapacitated person. Patricia Wallace Hastings, Petitioner/Appellee, v. Stephen P. Wallace and Mary Roma Wallace Jage, Respondents/Appellants.



**Appellant's Motion for Rehearing is DENIED.**

ADAMS, J., MITCHELL, P.J., and JOPLIN, J., (sitting by designation), concur.

DONE BY ORDER OF THE COURT OF CIVIL APPEALS IN CONFERENCE this 25TH day of January, 2007.

_____
E. BAY MITCHELL, III, Presiding Judge

IN THE COURT OF CIVIL APPEALS FOR THE STATE OF OKLAHOMA

OKLAHOMA CITY DIVISIONS

| | |
|---|---|
| IN THE MATTER OF THE GUARDIANSHIP OF LISA FRANCES WALLACE, an incapacitated person. ) ) ) ) ) | FILED<br>COURT OF CIVIL APPEALS<br>STATE OF OKLAHOMA<br><br>JAN 2 3 2007<br><br>MICHAEL S. RICHIE<br>CLERK |
| Patricia Wallace Hastings, )<br>  Petitioner/Appellee, )<br>vs. )<br>Stephen P. Wallace and<br>Mary Roma Wallace Jage, )<br>  Respondents/Appellants. ) | No. 102,931 |

## ORDER OF DISQUALIFICATION

I hereby certify my disqualification in the above styled and numbered cause. Dated this 22nd day of January, 2007.

_____
KENNETH L. BUETTNER, Judge

## ORDER OF APPOINTMENT

Upon the disqualification of the Honorable Kenneth L. Buettner, Judge of the Court of Civil Appeals, from consideration of the above styled matter, the Honorable Larry E. Joplin, Judge, is appointed in his stead.


EXHIBIT III

DATED this 22nd day of January, 2007.

_____
E. BAY MITCHELL, Vice Chief Judge

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

In re: )
THE LORICE T. WALLACE )
REVOCABLE TRUST DATED )
DECEMBER 26, 1974, AS RESTATED ) No. PT-2002-56
EFFECTIVE OCTOBER 5, 1993 AND )
AS AMENDED ON FEBRUARY 12, ) Hon. Daman Cantrell
1998, THE LORICE T. WALLACE )
IRREVOCABLE TRUST DATED )
FEBRUARY 8, 1996, AND THE LORICE )
T. WALLACE IRREVOCABLE TRUST )
DATED SEPTEMBER 11, 1992, ALSO )
KNOWN AS THE LORICE T. WALLACE )
LIFE INSURANCE TRUST. )

## ORDER FOR HEARING ON FORTY-THIRD INTERIM APPLICATION FOR APPROVAL OF ATTORNEY FEES AND COSTS

The Court having noted Petitioners' Forty-Third Interim Application for Approval of Attorney Fees and Costs, herewith orders that the same be set for hearing before the undersigned Judge on the 28th day of February, 2007, at 10:30 o'clock a.m.

Dated this 6th day of February, ~~January,~~ 2007.

**DAMAN CANTRELL**
_____
DAMAN CANTRELL
District Judge

Order Prepared and Presented By:
JAMES E. POE, OBA #7198
Covington & Poe
111 West 5th, Suite 740
Tulsa, Oklahoma 74103
(918) 585-5537-phone
(918) 585-5530-fax
*Attorney for Co-Trustee, Ronald J. Saffa*


EXHIBIT IV

## CERTIFICATE OF MAILING

A true and correct copy of the above and foregoing has been mailed this 7th day of January, 2007, with proper postage thereon fully prepaid to:

Patricia Wallace Hastings
2934 East 73rd Place
Tulsa, Oklahoma 74136

Stephen P. Wallace
6528 East 101st, D-1 #304
Tulsa, Oklahoma 74133

Mary Roma Wallace Jage
c/o Ms. Joan Godlove, Esq.
2121 South Columbia, Suite 500
Tulsa, Oklahoma 74114-3519

James C. Milton, Esq.
Doerner, Saunders, Daniel & Anderson, L.L.P.
320 South Boston Ave., Suite 500
Tulsa, Oklahoma 74103-3725


_____
JAMES E. POE

2

IN THE COURT OF CIVIL APPEALS OF THE STATE OF OKLAHOMA

DIVISION III

| | | |
|---|---|---|
| IN THE MATTER OF THE GUARDIANSHIP OF LISA FRANCES WALLACE, an incapacitated person.<br><br>Patricia Wallace Hastings,<br><br>    Petitioner/Appellee,<br><br>vs.<br><br>Stephen P. Wallace and Mary Roma Wallace Jage,<br><br>    Respondents/Appellants. | )))))))))))))))) | No. 102,931 |

**FILED**
COURT OF CIVIL APPEALS
STATE OF OKLAHOMA

FEB 12 2007

MICHAEL S. RICHIE
CLERK

### ORDER

Appellant, Stephen P. Wallace's "Motion to Vacate the Determinations of Adams, J., Mitchell, P.J., and Joplin, J., under authority of 12 O.S. § 1038 - lack of jurisdiction over the subject matter" filed on February 5, 2007 is DENIED.

DONE BY ORDER OF THE COURT OF CIVIL APPEALS this 12th day of February, 2007.



E. BAY MITCHELL, III, Presiding Judge



EXHIBIT V

IN THE COURT OF CIVIL APPEALS OF THE STATE OF OKLAHOMA

DIVISION III

FILED
COURT OF CIVIL APPEALS
STATE OF OKLAHOMA

FEB 12 2007

MICHAEL S. RICHIE
CLERK

| | |
|---|---|
| IN RE: THE LORICE T. WALLACE REVOCABLE TRUST dated December 26, 1974, as restated effective October 5, 1993, and as amended on February 12, 1998; THE LORICE T. WALLACE IRREVOCABLE TRUST dated February 8, 1996; and THE LORICE T. WALLACE IRREVOCABLE TRUST dated September 11, 1992, also known as THE LORICE T. WALLACE LIFE INSURANCE TRUST, | |
| and | |
| IN RE: THE FRANKLIN A. WALLACE REVOCABLE TRUST, dated December 26, 1974 and as amended. | |
| THE TRUST COMPANY OF OKLAHOMA, BANK ONE, N.A., and RONALD J. SAFFA, Successor Co-Trustees, | |
| Petitioners/Appellees, | |
| vs. | No. 102,346 |
| STEPHEN P. WALLACE, | |
| Respondent/Appellant. | |

## ORDER

Appellant, Stephen P. Wallace's "Motion to Vacate the Determinations of Adams, J., Mitchell, P.J., and Joplin, J., under authority of 12 O.S. § 1038 - lack of jurisdiction over the subject matter" filed on February 5, 2007 is DENIED.


EXHIBIT VI

DONE BY ORDER OF THE COURT OF CIVIL APPEALS this 12th day of February, 2007.

_____
E. BAY MITCHELL, III, Presiding Judge

HOME    ABOUT CJA    OUR GOAL    CONTACT US    NEWS & ARTICLES    LEGISLATIVE ALERTS

Citizens for Judicial Accountability

# Legal Abuse Syndrome



## Karin Huffer

The book, Legal Abuse Syndrome written by Karin Huffer is the result of her experiences for over twenty years as a marriage and family counselor in private practice. What is unique about this book is that it addresses the victims of legal abuse from a psychologi-cal therapeutic perspective. The objective is to move the victim beyond their predicament into positive action and thinking. Ms. Huffer illustrates the abuses with the cases of seven victims of Legal Abuse Syndrome, detailing their pain and suffering and the various stages of the therapy they have undergone for recovery of their emotional health.



Ms. Huffer found that many victims of the legal system suffer from Post Traumatic Stress Disorder. She identified this as Legal Abuse Syndrome, brought on by the abusive and protracted litigation, prevalent in our courts. According to Ms. Huffer you may be suffering from Legal Abuse Syndrome if you feel deeply disillusioned and oppressed as a result of your experience with the legal system; if you feel you were frustrated in obtaining justice; if you feel your dreams and plans for your life were torn from you by a system that is supposedly there to protect your rights and property; if you fear that the system will defeat you at every turn and there is nothing you can do about it, and if you feel that you have been victimized several times over, by the perpetrators, by lawyers, judges, bailiffs and other court personnel. As a consequence you may suffer from tension and anxiety, recurring nightmares you may feel emotionally an physically exhausted, numb, disconnected and vulnerable.

A central point of Ms. Huffer's book is that the victims in America are not only assaulted by crime, but also by the abuses of power and authority administered by tax dollars intended to provide due process of law for the protection of civil rights. Ms. Huffer observes that not only does the justice system move slowly, but delays are used as strategy by attorneys to weaken their opposition economically and emotionally and to provide hefty fees for attorneys. Ms. Huffer notes that when courts fail as a consequence of officially sanctioned wrongdoing it leaves victims and vigilantes in its trail. The rage of these victims accumulates when they are not provided a satisfying place to turn to. She concludes that the enormous betrayals and inefficiencies that make up bureaucratic post-crime experiences are literally attacking the emotional health of the nation. She recommends that the community of American citizens adopt the following:

1. Oppression and abuse of power are injurious to the health of the victims. Domination by abusers of bureaucratic power threatens the very functionality of the public and private sections in our country.

2. Victims are not self interested, narcissistic folks who sit around and wallow in their losses. They are courageous individuals who face their pain and care to right the wrongs. They participate in the collision of evil and good as it is classically intended in order to achieve balance. Denial is popular, but far less responsible.

3. Trust is a social staple that must be protected just as earth and water must be protected to provide for survival. When trust is damaged the community suffers and society as a whole will eventually falter and collapse (Bok). Veterans of crime must exude zero tolerance for lying in courtrooms, lying in political campaigns, lying to cover-up, and deceptions through omission and nonperformance by public officials and public servants.



LEGAL ABUSE SYNDROME, Kerin Huffer M.S., her website is www.legalabusesyndrome.com or www.legalabusesyndrome.org

A new cause of action that is a new bases for lawsuits is being accepted by the courts allowing cases to proceed on claims of "organic brain injury" caused by traumatic stress. An article appeared on this on November 11, 2002 in the National Law Journal. Click here to see full article.

Harassment related emotional distress is being recognized in the work field upon which lawyers are now suing. To read the article by by Joni Johnston, Psy.D. Click here  There is no reason why the same facts and reasoning should not apply to the harassment inflicted on victims in a lawsuit.

**HOME**

Beyond the Facade | Individual Cases | Lawyers Tell | Judge's Case | Patronage A Feast | Lawyers Seek | Legal Abuse Syndrome | Links

**Take Action**

Judicial Accountability | Judicial Independence | Discipline State Court Judges
Appeals-State Court | Disposal of JQC & Other Records | Discipline Federal Court Judges
Appeals-Federal Court | Judicial Canons | Violation of Separation of Powers
History of the Bar | Privatization of the Bar | Unauthorized Appropriation of Funds
The Judicial Bar Rules | Unauthorized Bar Functions | Law is Big Business | Endnotes