UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA F. WALLACE, a developmentally disabled person, by and through her next friend, co-trustee and brother, STEPHEN P. WALLACE; STEPHEN P. WALLACE, Individually; and all those similarly situated in the class, <br><br>   Plaintiffs, <br>v. <br><br>PATRICIA W. HASTINGS, an Individual; RONALD J. SAFFA, an Individual; JAMES MILTON, an Individual; JAMES POE, an Individual; JOHN FEARS, an Individual; JAMES WEGER, an Individual; JP MORGAN CHASE & CO., (New York) JOSEPH M. WATT, an Individual; JAMES R. WINCHESTER, an Individual; GREGORY FRIZZELL, an Individual; RONALD SHAFFER, an Individual; and JOHN DOES 1-10, whose identities are not yet known, <br><br>Defendants. | Case No. CIV-06-1264 RBW <br><br>**RECEIVED** <br><br>MAR 2 1 2007 <br><br>NANCY MAYER WHITTINGTON, CLERK <br>U.S. DISTRICT COURT |

**EMERGENCY MOTION FOR SUMMARY JUDGEMENT AND FOR ORDER APPOINTING RECEIVER/INDEPENDENT GUARDIAN FOR LISA F. WALLACE WHOSE LIFE IS IN JEOPARDY OF BEING TERMINATED BY PATRICIA W. HASTINGS AND RONALD J. SAFFA AND FOR A PRELIMINARY INJUNCTION UNDER F.R.C.P. RULE 65**

When this Court was moved on March 1, 2007, in the "Motion for Appointment of Provident Trust Company as Interim Trustee and Guardian Ad Litem for Lisa F. Wallace, sua sponte, due to her Failure to Thrive Emergency. Defendants then criminally colluded to reopen Lisa's Northern District of Oklahoma's Case No. 00-CV-1086 which <u>was closed on **07/07/04**</u> and reassigned to Gregory Frizzell, the same judge named in the instant case who has criminally colluded to inflict the **"failure to thrive"** and Post Traumatic Stress Disorder aka **Legal Abuse Syndrome** outlined in Plaintiffs **February 16, 2007**, "Motion for Order Enjoining the Oklahoma Court of Civil Appeals…in Direct Contempt of this Courts Jurisdiction." Exhibit I)

Plaintiffs move the Court on an emergency basis as Defendant Hastings, after 7 years of neglect and duress upon Lisa, now wants to have access to Lisa's person in Lisa's home where she will poison Lisa to gain

her assets as Hastings' did when she poisoned her mother, Lorice, by overdosing her on **Depakote**, a psychotropic drug provided by Ronald Saffa's pharmacist brother, George Saffa aka Saffa Pharmacy, which caused Lorice's congestive heart failure and ultimate horrid death in May of 2003. (Exhibit II)

Plaintiffs request the Court take judicial notice of the Affidavit offered by Kathryn aka "Cat" in support of the life & death situation being perpetuated by the **Sooner Klan** upon Lisa. (Exhibit III), as well as the NAACP Oklahoma President, Roosevelt Milton's continued support for Gregory Frizzell, Joseph Watts and Ronald Shaffer's Impeachment Committee; which the **Sooner Klan** will (Exhibit IV) quash just like the **Tulsa Race Riots of 1921** which the Sooner Klan quashed which is now before the Organization of American States. (Exhibit V)

Wherefore, Plaintiffs move the Court on an Emergency Basis, in an abundance of caution, to issue an ORDER for Summary Judgment under **F.R.C.P. Rule 56;** appoint Provident Trust Company or another Receiver/Independent Guardian for Lisa chosen by the Court and for a forensic audit by Dana F. Cole & Co., to protect Lisa's life and the criminal conversion of her Irrevocable Trust assets, **under color of law** and **under color of authority**; and finally for a preliminary injunction under F.R.C.P. Rule 65 as:

A)   no party will be prejudiced

B)   Public interest will be served and not be impaired due to the life and death situation

C)   Plaintiffs are likely to prevail in the instant neutral forum void of arbitrary and capricious state/federal actors

D)   Plaintiffs have no other remedy at law for protection from parties, which Evidence of Record, confirm have conspired to deprive Lisa of her inalienable and fundamental rights, **sua sponte**.

Respectfully submitted,

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74133
(918) 694-1870

Affidavit

I swear/affirm the foregoing is true and correct to the best of my knowledge, under penalty of perjury.

*Stephen P. Wallace*
Stephen P. Wallace

State of Oklahoma    )
County of Tulsa      )

Stephen P. Wallace appeared before me this 19 day of March, 2007 and signed this document.

*Karen R. Bradbury*
Notary Public 11/03/09
05010190

Certificate of Service

I certify that on the 21st day of March, 2007, I mailed a copy to: all Defendants Counsel of Record; Provident Trust Company and Dana F. Cole &Co.

*Stephen P. Wallace*
Stephen P. Wallace

3