```
Case: 4:0cv1086




              Lisa F Wallace
              6528 E 101st
              D-1 #304
              Tulsa, OK 74133



---------------------------------------------------------

*****  YOU COULD HAVE RECEIVED THIS DOCUMENT BY EMAIL  *****
Attorneys:  Register now to receive notice by email of filings in your case.
Please visit the CM/ECF section on our website at http://www.oknd.uscourts.gov
to sign up.  You may also call the CM/ECF Help Desk at 918-699-4844
or call 866-213-1957 toll free.


CM/ECF sends notices to terminated parties or attorneys by default.
If you have been officially terminated from this case and do not wish
to receive any further notices in the case, please e-mail us at
CM-ECFIntake_OKND@oknd.uscourts.gov and provide us with:
              your name
              case number(s)
              party(s) you represented
```



EXHIBIT I

```
MIME-Version:1.0
From:CM-ECFMail_OKND@oknd.uscourts.gov
To:CM-ECFLive_OKND@oknd.uscourts.gov
Message-Id:<557035@oknd.uscourts.gov>
Bcc:cm-ecfIntake_oknd@oknd.uscourts.gov,Danny@cbwok.com,FHMIntake_OKND@oknd
.uscourts.gov,GKFIntake_OKND@oknd.uscourts.gov,LBULLOCK@MKBLAW.NET,NHODGE@M
KBLAW.NET,BDEJONG@MKBLAW.NET,PBULLOCK@MKBLAW.NET,covandpoe@sbcglobal.net,jo
hn.fears@okdhs.org,jschoborg@cwlaw.com,judith.abrams@okdhs.org,richard.free
man@okdhs.org,jvaverka@boonesmith.com,vmyrick@boonesmith.com,lyn@freemanlaw
yers.com,mfaulkner@cwlaw.com,mfreeman@freemanlawyers.com,tammy@cbwok.com,wk
ellough@boonesmith.com

Subject:Activity in Case 4:00-cv-01086-GKF-FHM Wallace v. DHS, et al
"Minute Order"
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** You may view the
filed documents once without charge. To avoid later charges, download a
copy of each document during this first viewing.U.S. District Court
Northern District of Oklahoma

Notice of Electronic Filing
The following transaction was entered on 3/7/2007 at 11:00 AM CST and filed
on 3/7/2007

Case Name: Wallace v. DHS, et al
Case Number: 4:00-cv-1086
https://ecf.oknd.uscourts.gov/cgi-bin/DktRpt.pl?1549
WARNING: CASE CLOSED on 07/07/2004

Document Number: 57
Copy the URL address from the line below into the location bar of your Web
browser to view the document: 57

Docket Text:
MINUTE ORDER <I>by Court Clerk at the direction of Chief Judge Claire V.
Eagan following the retirement of Judge Ellison, this case shall be
reassigned to Judge Frizzell as it relates to Hissom matters
(85-CV-437-GKF-SAJ)</I>, reassigning case to Judge Gregory K Frizzell, Judge James O Ellis
on no
longer assigned to case, changing case number to 00-CV-1086-GKF-FHM
(a-hc, Dpty Clk)

The following document(s) are associated with this transaction:


4:00-cv-1086 Notice will be electronically mailed to:
Louis Werner Bullock  LBULLOCK@MKBLAW.NET, NHODGE@MKBLAW.NET;
BDEJONG@MKBLAW.NET

Patricia Whittaker Bullock  PBULLOCK@MKBLAW.NET, NHODGE@MKBLAW.NET;
BDEJONG@MKBLAW.NET

John Gerald Fears  john.fears@okdhs.org, judith.abrams@okdhs.org;
richard.freeman@okdhs.org

Michael Hayes Freeman  mfreeman@freemanlawyers.com, lyn@freemanlawyers.com

William C Kellough  wkellough@boonesmith.com, jvaverka@boonesmith.com;
vmyrick@boonesmith.com

James Edward Poe  covandpoe@sbcglobal.net,

Jeffrey Ray Schoborg  jschoborg@cwlaw.com, mfaulkner@cwlaw.com

Danny Chappell Williams  Danny@cbwok.com, tammy@cbwok.com



4:00-cv-1086 Notice will be delivered by other means to:
Mary Ann Casus
P O BOX 25352
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA F. WALLACE, an incapacitated person, by and through her next friend, STEPHEN P. WALLACE,<br><br>Plaintiff,<br><br>vs.<br><br>THE DEPARTMENT OF HUMAN SERVICES OF THE STATE OF OKLAHOMA, et al.,<br><br>Defendants. | No. 00-CV-1086-E<br><br>Electronically filed<br>March 6, 2007 |

### MOTION OF STATE COURT GUARDIAN FOR MODIFICATION/ CLARIFICATION OF JANUARY 26 AND MAY 3, 2001 VISITATION ORDERS WITH SUPPORTING BRIEF

Applicant, Patricia Wallace Hastings, the duly qualified State Court appointed Guardian of the person and estate of Lisa F. Wallace now applies to this court for modification and/or clarification of portions of the January 26 and May 3, 2001 Orders to permit specifically Guardian's access to and visitation with the referenced Lisa F. Wallace in her home or any other place while Ms. Wallace is also accompanied by DHS authorized representatives. In support hereof, Applicant would show as follows:

1. This Court heretofore determined that the said Lisa F. Wallace, a developmentally incapacitated person, was a Hissom Class member entitled to community support services as specified in the *Homeward Bound vs. Hissom Memorial Center* litigation. By order of January 26, 2001 this Court specified certain conditions for visitation of family members with Lisa in the presence of DHS (or HTS) care providers. By minute order of May 3, 2001 the Court denied a motion to modify by Stephen P. Wallace and specified:


EXHIBIT II

"Existing order is to continue, Family visits will be in community setting w/DHS present …"

The Court also at that time specified:

"Parties may seek guardianship in State Court or seek the State Court to appt. outside guardianship, …"

2. In accordance with the aforesaid directives, Oklahoma Department of Human Services has permitted family member visitations with Lisa only in community settings, even after State Court appointment of Ms. Hastings as Guardian for Lisa.

3. With approval of DHS representatives and this Court's Guardian Ad Litem for Hissom Class members, Patricia Wallace Hastings did petition the District Court Tulsa County for appointment and was on June 13, 2002 appointed as the General Guardian of the Person of Lisa in Guardianship Case No. PG-2002-225, District Court, Tulsa County, Oklahoma. By subsequent proceedings and order of December 1, 2005, the State Court expanded the prior order to make Patricia Wallace Hastings also the General Guardian of the Estate of Lisa. She serves accordingly.

4. To carry out her statutory duties as General Guardian of Lisa, Ms. Hastings needs to be able to visit with Lisa in her home surroundings as well as community settings, however, the prior orders of this Court appear to prohibit such home visitations in that Guardian is also the sister of Lisa.

5. Guardian believes and states that it will be a genuine benefit for Lisa that she have access and visitation privileges in the home setting as well as other places with DHS representatives also present and this would appear to be consistent with this Court's earlier recognition that a State Court guardianship proceeding would become appropriate.

2

6.    Accordingly, the said Applicant/Guardian herewith moves that this Court's prior family visitation orders be modified and/or clarified to the extent, and only to the extent, of authorizing Guardian's own visitation privileges with Lisa in her home surroundings as well as community settings and with a DHS representative also present.

Respectfully submitted,

s/ James E. Poe

JAMES E. POE, OBA #7198
Covington & Poe
111 West 5th, Suite 740
Tulsa, Oklahoma 74103
(918) 585-5537-phone
(918) 585-5530-fax
*Attorney for Patricia Wallace Hastings,
General Guardian of Lisa F. Wallace*

## BRIEF IN SUPPORT OF MOTION

Duties and powers of a General Guardian in Oklahoma are set forth by statute. Particularly, Title 30 O.S. § 3-118 provides:

> "A.    A guardian or limited guardian of the person of an incapacitated or partially incapacitated person is responsible for the care or control of the ward pursuant to the provisions of the Oklahoma Guardianship and Conservatorship Act and the orders of the court, and the guardianship plan approved by the court and shall perform diligently and in good faith any specific duties and powers assigned by the court.
>
> B.    1.    A guardian or limited guardian of the person of an incapacitated or partially incapacitated person shall:
>
> > a.    become or remain sufficiently acquainted with the ward and maintain sufficient contact with the ward to know of the capacities, limitations, needs, opportunities, and physical and mental health of the ward;

      b.      assure that the ward has a place of abode in the least restrictive, most normal setting consistent with the requirements for his health or safety; ....."

Obviously, the State imposed duties for guardians in fact coincide with duties and responsibilities of DHS pursuant to this Court's Hissom Consent Decree and appropriate coordinated effort will serve common objectives and work to the benefit of the Class Member/Ward.

WHEREFORE, Guardian moves that this Court's prior said visitation orders be modified, and/or clarified, to permit her access to and visitation privileges with Lisa F. Wallace in home surroundings and elsewhere provided DHS authorized persons or person be also present and participating.

It is understood that DHS supports or does not oppose this motion.

Dated this 6th day of March, 2007.

Respectfully submitted,

s/ James E. Poe

JAMES E. POE, OBA #7198
Covington & Poe
111 West 5th, Suite 740
Tulsa, Oklahoma 74103
(918) 585-5537-phone
(918) 585-5530-fax
*Attorney for Patricia Wallace Hastings,*
*General Guardian of Lisa F. Wallace*

## CERTIFICATE OF MAILING

A true and correct copy of the above and foregoing has been mailed this 6th day of March, 2007, with proper postage thereon fully prepaid to:

Mr. John G. Fears, Esq.
Office of the Attorney General
Oklahoma Department of Human Services
P.O. Box 53025
Oklahoma City, Oklahoma 73152-3025

Ms. Patricia W. Bullock, Esq.
320 S. Boston, Suite 718
Tulsa, Oklahoma 74103-3783

Ms. Mary Ann Casaus
Class Guardian Ad Litem
406 S. Boulder, Suite 708
Tulsa, Oklahoma 74103

Ms. Joan Godlove, Esq.
2121 South Columbia, Suite 500
Tulsa, Oklahoma 74114-3519
*Attorney for Mary Roma Wallace Jage*

Mr. Stephen P. Wallace
6528 East 101st, D-1, #304
Tulsa, Oklahoma 74133

s/ James E. Poe
_____
JAMES E. POE

AFFIDAVIT

My name is Kathryn Bennett and I am of lawful age and offer my account of my personal knowledge.

I was House Supervisor for Lisa F. Wallace as an employee of Premier Community Services in Tulsa for almost 6 years dealing with Lisa's 24 hour care and transportation.

I am aware of the litigation going on in difficult courts affecting Lisa's rights which have been compromised at best.

I was told not to let Lisa be around her brother, Stephen as there were allegations from Patrick Hastings that Stephen had molested Lisa. I, therefore, took Lisa to a Dr. Foster, who confirmed Lisa had never been touched in that manner.

I was terminated by Hastings on December 14, 2006, for no reason other than my non-conforming with Hastings. Saffa, et al., direction to Lisa's detriment. I am available to testify on Lisa's behalf and believe Lisa could be harmed if a neutral Court does not intervene.

Time is of the Essence due to her "failure to thrive."

                                                                           Kathryn Bennett
                                                                           Affidavit (918) 282-8816

State of Oklahoma    )
County of Tulsa       )

    I swear/affirm the foregoing is true and correct to the best of my knowledge as I believe an emergency exists for Lisa's immediate protection.

                                                                           Kathryn Bennett

Kathryn Bennett appeared before me this ____ day of March, 2007, and signed this Affidavit.

                                                                           Notary Public


EXHIBIT III

**NAACP- Oklahoma Chapter**
**1500 Northeast 4th Street**
**Oklahoma City, OK 73117**
**(405) 236-2227**

August 22, 2006
(Via Hand Delivery & Receipt)

**URGENT**

Speaker Todd Hiett
House of Representatives
2300 N. Lincoln Blvd.
Oklahoma City, OK 73105

Dear Speaker Hiett:

  One of the current members of the Oklahoma NAACP, Stephen P. Wallace, has requested the NAACP intervene on his behalf regarding the Petition referred to in State Representative Al Lindley's July 24, 2006 letter. (Enclosed)
  Please allow this letter as the NAACP's formal request to meet with you and Representative Lindley at you earliest convenience to discuss the commencement of naming a Special House Committee to examine the alleged charges of Mr. Wallace in the interest of justice and pursuant to your oath of office. Time is of the essence. Thank you.

Sincerely,

Roosevelt Milton
President Oklahoma NAACP

Cc: Representative Lindley


EXHIBIT IV

RECEIVED
AUG 23 2006

**AL LINDLEY**
State Representative
District 93

CAPITOL:
2300 N. Lincoln Blvd.
State Capitol Building
Room 328A
Oklahoma City, OK 73105-4885
(405) 557-7371

HOME:
2529 S.W. 55th Street
Oklahoma City, OK 73119
(405) 681-8352



# House of Representatives

STATE OF OKLAHOMA
DISTRICT 93

COMMITTEES:

MEMBER:

Revenue and Taxation
Rules

Health & Human Services
Ranking Democrat

July 24, 2006

Speaker Todd Hiett
House of Representatives
2300 N. Lincoln
Oklahoma City, OK 73105

Dear Speaker Hiett:

Recently I received a copy of a Petition of Judicial Impeachment from Stephen P. Wallace representing Lisa F. Wallace. The petition calls for Articles of Impeachment upon Oklahoma Supreme Court Chief Justice Joseph Watt, Tulsa County Presiding District Judge Gregory Frizzell and Tulsa County District Judge Ronald Shaffer.

The petition contains very serious allegations that should be examined by as Special House Committee appointed by your office and under the direction of the Oklahoma State Constitution. It is my opinion that naming a Special House Committee to examine the alleged charges is the most appropriate avenue to resolve the matter.

I look forward to your timely reply.

Sincerely,

Al Lindley
State Representative
District 93

AL/lj

TO THE HONORABLE MEMBERS OF THE
INTER-AMERICAN COMMISSION ON HUMAN RIGHTS,
ORGANIZATION OF AMERICAN STATES

GLOBAL RIGHTS AND CHARLES J. OGLETREE, JR.,

*Petitioners,*

on behalf of John Melvin Alexander, *et al.*
(see Annex for full list of Victims)
United States Citizens,

*Victims,*

v.

THE UNITED STATES OF AMERICA,
Member of the Organization of American States,

*Respondent.*

PETITION ALLEGING VIOLATIONS OF THE
HUMAN RIGHTS OF JOHN MELVIN ALEXANDER
*ET AL.* BY THE UNITED STATES OF AMERICA

This petition is respectfully presented to this Honorable Commission pursuant to Article 23 of the Rules of Procedure of the Inter-American Commission on Human Rights on behalf of John Melvin Alexander, *et al.*, United States Citizens, by:

CHARLES J. OGLETREE, JR.
CHARLES HAMILTON HOUSTON
  INSTITUTE FOR RACE AND
  JUSTICE
HARVARD LAW SCHOOL[*]
1575 Massachusetts Ave.
516 Hauser Hall
Cambridge, MA 02138
Phone: 617-496-2054

GAY J. MCDOUGALL
RACHEL S. TAYLOR
GLOBAL RIGHTS
1200 18th St., N.W.
Suite 602
Washington, DC 20036
Phone: 202-822-4600
Fax: 202-822-4606

OCTOBER 26, 2005

---

[*] For identification purposes only.

