UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, )<br>)<br>    Plaintiff, )<br>)   Civil Action No. 06-402 (RBW)<br>v. )<br>)<br>RONALD J. SAFFA, et al., )<br>)<br>    Defendants )<br>_____) | |

## **ORDER**

In accordance with the Memorandum Opinion being issued herewith, it is hereby

ORDERED that removal to this Court of the present case and related case numbers 06-cv-1264 and 06-cv-1817 is hereby denied. It is further

ORDERED that the plaintiff is hereby barred and prohibited from filing any lawsuits in this Court of any kind concerning the actions, circumstances, transactions, or other events by any related parties with respect to the Lorice T. Wallace Revocable Trust, Lorice T. Wallace Irrevocable Trust, Lorice T. Wallace Life Insurance Trust, Lisa Frances Wallace Discretionary Spendthrift Trust or any other related action. It is further

ORDERED that all motions associated with these cases will be terminated.

SO ORDERED on this 30th day of March, 2007.

                                                      REGGIE B. WALTON
                                                      United States District Judge