IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 23 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Lisa F. Wallace, a developmentally disabled )
person, by and through her next friend, )
Stephen P. Wallace, individually; )
John Does 1-10, whose identities are not yet )
known and all those similarly situated, )
      Pauperis/Pro Se Plaintiffs, )
vs. ) Case No.
James Dimon, individually and in his official )
capacity; William Harrison, individually and ) **3-07CV0533-M**
in his official capacity; J.P. Morgan Chase & Co., )
(Ft. Worth, TX) formerly Bank One, N.A.; )
Jeff King, individually and in his official capacity; )
John Thibodeau, individually and in his official )
capacity; William R. Jenkins, Jr., and Jackson )
Walker, L.L.P. *and John Does 1-10 not yet* )
      Defendants. *Known* )

## COMPLAINT/PETITION FOR ACCOUNTING AND APPOINTMENT OF RECEIVER

Plaintiffs for their claims for relief against Defendants aver:

### SUBJECT MATTER JURISDICTION

1. Plaintiffs Lisa F. Wallace, Stephen P. Wallace and Edith L. Jackson are citizens of the State of Oklahoma.

2. Defendants James Dimon and William Harrison are residents of the State of New York.

3. Defendants J.P. Morgan Chase & Co., (Ft. Worth, TX) formerly Bank One, N.A., Jeff King, John Thibodeau, William R. Jenkins, Jr., and Jackson Walker, LLP, reside and are based in the State of Texas.

4. Defendants John Does 1-10, whose identities are not yet known will appear in the Dana Cole & Co., forensic audit.

5. Plaintiffs file this action under **Diversity of Citizenship** and the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000).

### OPERATIVE FACTS

6. In March 2003, the res, situs and administration of the Frank A. Wallace Irrevocable Trust of 1974, as well as the fiduciary duties and obligations imposed on Bank One, N.A., as the corporate co-trustee with Plaintiff, Stephen P. Wallace, was transferred from Tulsa, Oklahoma to Bank One's regional trust headquarters in Forth Worth, Texas, under Sr. V.P. Mark Clemons and V.P. Doug Sherry.

7. The transfer was ordered by Bank One, N.A. Chairman James Dimon after he fired Tulsa Bank One executives, Sr. V.P.-Market Manager, Paul Giehm and V.P. Mike BArtel, who immediately sought sanctuary and employment with Trust Company of Oklahoma.

8. Plaintiffs sought to intervene in the J.P. Morgan Chase & Co., merger with Bank One, N.A., through its Chairman, William Harrison, with supporting testimony from Edson L. Bridges II, Chairman/President of Provident Trust Company & Bridges Investment Counsel of Omaha, Nebraska, (Exhibit I) and Union Bank & Trust. (Exhibit II)

9. When the alleged criminal collusion and conversion of the Frank A. Wallace Irrevocable Trust of 1974 appeared malignant under Bank One's Fort Worth, Texas management, Plaintiff's sought remedy in the District Court of Tarrant County on January 26, 2005, in **Case No. 017-209685-05.** (Exhibit III)

10. Plaintiff's filed the Original Complaint/Petition for Accounting under *forma pauperis* wherein the filing fees and citation expense were borne by Tarrant County. (Exhibit IV)

11. Plaintiff's personally filed their First Amended Original Petition for Accounting on March 31, 2005. (Exhibit V)

12. Tulsa Probate Court confirmed its lack of subject matter jurisdiction on an irrelevant order it entered of the same date, March 31, 2005, on April 13, 2005. (Exhibit VI)

13. At the April 29, 2005, hearing after the Court Clerk had issued subpoenas for Defendants to appear, no one showed up except Plaintiff, Stephen P. Wallace, his lead witness, Ladd Larson and Robert Jenkins, Jr., with Jackson Walker, LLP.

14. Judge Davis proceeded to abate and transfer the action without reliance of any competent fact witness under subpoena and therefore no authenticated testimony was allowed to be entered into the Record wherein Plaintiff's filed their Motion for Rehearing which has never been ruled upon. (Exhibit VII)

15. After receiving a copy of the Transcript and attached Exhibits, Wallace and Larson examined same and found disturbing conflicts. (Exhibit VIII)

16. An Appeal was filed under Pauperis Affidavit in Case No. 02-05-0197-CV wherein Plaintiff's urged the Texas Supreme Court to issue a Writ of Mandemus (Case No. 06-0102) upon the Appellate Court to rule, up or down, as Defendants in Forth Worth were illicitly liquidating **unique and irreplaceable realty** owned by Frank A. Wallace beneficiaries at (.10) ten cents on the dollar of market value. (Exhibit IX)

17. The Writ was DENIED and then Plaintiffs filed a Petition for Review (Case No. 06-0540) which was also denied thus Plaintiffs have exhausted all remedy in the state courts.

18. The Appellate Court erred in their chronological assessment that Plaintiffs filed their action FIRST on January 26, 2005, BEFORE Tulsa County entered a "denial of due process" order in March 31, 2005, which it recanted on the April 13, 2005, Nunc Pro Tunc order. (Exhibit X)

### COUNT I BREACH OF FIDICIARY DUTY

19. Plaintiffs paragraphs 1-18 are adopted and incorporated by reference.

20. Defendant Trustees owed a duty of undivided loyalty to Plaintiffs and primarily to Lisa F. Wallace, disabled due to Downs Syndrome, and have never entered an Appearance on her behalf in over (6) years of protracted litigation in multiple federal and state court actions for an accounting.

21. J.P. Morgan Chase & Co., (Ft. Worth) is the regional headquarters for trust administration which by Texas law requires trustees to account to their beneficiaries and not collude to embezzle assets nor liquidate same in order to procure more CASH to

3

churn securities or collude with attorneys for fees, **under color of law** and **under color of authority.**

## COUNT II – FRAUD AND COLLUSION

22. Plaintiffs paragraphs 1-21 are adopted and incorporated by reference.

23. Trustees who claim to serve in that capacity have a duty to disclose relevant information to the *cestui que trust* and trust beneficiaries that has not been previously furnished to those individuals.

24. Defendant trustees have colluded to conceal the fact that Plaintiff Stephen Wallace is a co-trustee of the Frank A. Wallace Irrevocable Trust so as to illicitly and tortuously interfere with the covenants and amendments specifying Stephen as a co-trustee.

25. All Defendants have colluded to deny any accounting so as not to reveal embezzlement of beneficiary's assets but also to thwart the criminal tax evasion of U.S. Treasury funds via **ENRON**-style off-balance sheet fraud in their malfeasance and misfeasance.

## COUNT III – NEGLIGENT SUPERVISION

26. Plaintiffs paragraphs 1-25 are adopted and incorporated by reference.

27. James Dimon and William Harrison have a duty to supervise their employees as do the Jackson Walker law firm so as not to have ENRON or WORLDCOM criminal activity which Bank One, N.A., was cited and fined for in 2003 over $70 million. (Exhibit XI)

## COUNT IV TRUSTEE DECEIT/COLLUSION AND FAILURE TO ACCOUNT

28. Plaintiffs paragraphs 1-27 are adopted and incorporated by reference.

29. Managing Director Jeff King and Account Manager John Thibodeau of J.P. Morgan Chase & Co., of Forth Worth have perpetrated fraud, deceit and collusion upon Plaintiffs by use of the US Mail, telephone & facsimile on an interstate basis by executing sham-sale real estate contracts on behalf of Franks' interest to the irreparable detriment of Plaintiffs thus totally abandoning Plaintiffs to personally participate in the off-balance sheet/off-shore FRAUD.

## COUNT V – INFLICTION OF EMOTIONAL DISTRESS

30. Plaintiffs paragraphs 1-29 are adopted and incorporated by reference.

31. Defendants have acted in total disregard for Lisa's "failure to thrive" as a direct result of Defendants heinous acts consisting of inhumane mental torture and causing Post Traumatic Stress Disorder aka <u>LEGAL ABUSE SYNDROME</u> for their wanton, willful, reckless disregard for life, with malice and forethought, warranting indictment, prosecution and imprisonment, (Exhibit XII) with punitive and exemplary damages to assure **"Never Again."**

Wherefore, Plaintiffs pray for Judgment against Defendants and for Appointment of Receiver with treble damages assessed for the U.S. Treasury and Plaintiffs after the Dana Cole & Co., forensic audit is completed. (Exhibit XIII)

JURY TRIAL DEMANDED AND FEDERAL GRAND JURY REQUESTED

Respectfully submitted,

(Exhibits XIV, XV, XVI)

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

<u>VERIFICATION</u>

Plaintiffs swear/affirm the foregoing COMPLAINT is true and correct to the best of their knowledge under penalty of perjury.

Stephen P. Wallace

State of Oklahoma )
County of Tulsa )

Stephen P. Wallace appeared before me this 23rd day of March, 2007 and signed this Verification.



Notary Public

LORI RATLIFF
Notary Public in and for the
State of Oklahoma
Commission #05008902
My Commission expires 9/23/2009