IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA F. WALLACE, *et al*, | |
| Plaintiffs, | |
| v. | Civil Action No. 06-402 (RBW) |
| | Civil Action No. 06-1264 (RWB) |
| RONALD J. SAFFA, *et al*, | |
| Defendants. | |

### SUPPLEMENTAL FILING TO
### DEFENDANTS JPMORGAN CHASE AND JAMES E. WEGER
### MOTION TO ALTER OR AMEND JUDGMENT

Come now defendants, JPMORGAN CHASE and JAMES E. WEGER (collectively, the "Movants"), by and through their undersigned counsel, and respectfully submit supplemental information to their Motion to Alter or Amend Judgment (the "Motion") filed with this honorable court on April 9, 2007, and renew their Motion that this Court exercise its power under Fed. R. Civ. P. 59(e) to alter or amend the judgment entered by this Court on March 30, 2007 (the "Order"), to extend its coverage to the Frank A. Wallace Revocable Trust (a trust which Stephen P. Wallace also refers to in his pleadings, variously, as the "Frank A. Wallace Trust of 1974" and the "Frank A. Wallace Irrevocable Trust of 1974")(the "Trust"), and to also require the plaintiff to seek leave of any federal court prior to filing, in such federal court, any lawsuits of any kind concerning the actions, circumstances, transactions, or other events by any related parties with respect to the Trust, or any other related action, and as grounds states as follows (the "Motion"):

1. Movants are defendants in Civil Action No. 06-1264 (RBW), a case in which plaintiff makes allegations relating to the administration of the Trust.[1]

2. On June 28, 2007, Judge John McBryde of the United States District Court for the Northern District of Texas issued an "Order of Dismissal and Sanctions" (the "Order"), a copy of which is attached hereto as Exhibit A. The Order enjoins Stephen P. Wallace, the plaintiff in Civil Action No. 06-1264 (RBW), from "filing any lawsuit in this court against any person or entity relating in any way to the Trusts." Judge McBryde, like this Court, recognizes the cost and inconvenience foisted by Wallace on numerous third parties through the filing of frivolous and vexatious complaints, and has taken steps to protect the third parties and the judicial system from Wallace's unjustified actions.

3. The Order provides further evidence, if such evidence is needed, that Wallace's extraordinary behaviors justify the imposition of the extraordinary remedy requested by the Movants in the Motion.

WHEREFORE, MOVANTS respectfully renew their request that this Court GRANT the Motion, and amend the order of this Court that was entered on March 30, 2007, as set forth in the attached draft order.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

---

[1] Please note that Wallace's action against JPMorgan Chase and James E. Weger was filed in this Court as Civil Action No. 06-1264 (RBW), but the order dismissing Civil Action No. 06-1264 (RBW) was filed using under the case number of a companion case also filed by Wallace, Civil Action No. 06-402 (RBW).

                    Respectfully submitted,

                    SIMCOX AND BARCLAY, LLP


By:           /s/
                JOHN S. SIMCOX
                Federal Bar No. 367251
                jss@simcoxandbarclay.com

                Attorney for Defendants
                JP Morgan Chase & Co.
                James E. Weger


### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing paper was served this 2nd day of July, 2007, by first-class mail, pre-paid, on the following:

    Stephen P. Wallace
    6528 E. 101st Street, D-1 #304
    Tulsa, Oklahoma 74133,

and pursuant to this Court's electronic filing procedures on all other parties.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA F. WALLACE, *et al*, | |
| Plaintiffs, | |
| v. | Civil Action No. 06-402 (RWB) |
| RONALD J. SAFFA, *et al*, | |
| Defendants. | |

## AMENDED ORDER

In accordance with the Memorandum Opinion being issued herewith, it is hereby

ORDERED that removal to this Court of the present case and related case numbers 06-cv-1264 and 06-cv-1817 is hereby denied. It is further

ORDERED that the plaintiff is hereby barred and prohibited from filing any lawsuits in this Court of any kind concerning the actions, circumstances, transactions, or other events by any related parties with respect to the Lorice T. Wallace Revocable Trust, Lorice T. Wallace Irrevocable Trust, Lorice T. Wallace Life Insurance Trust, Lisa Frances Wallace Discretionary Spendthrift Trust, Frank A. Wallace Irrevocable Trust, any other trust having the words "Lorice," "Frank," or "Wallace" in its name, or any other related action. It is further

ORDERED that plaintiff is hereby enjoined from filing any civil action concerning the actions, circumstances, transactions, or other events by any related parties with respect to the Lorice T. Wallace Revocable Trust, Lorice T. Wallace Irrevocable

Trust, Lorice T. Wallace Life Insurance Trust, Lisa Frances Wallace Discretionary Spendthrift Trust, Frank A. Wallace Irrevocable Trust, any other trust having the words "Lorice," "Frank," or "Wallace" in its name, or any other related action in any other federal court of the United States, without first obtaining leave of that court. In seeking leave to file, plaintiff must certify that the claim or claims he wishes to present are new claims never before raised and disposed of on the merits by any court of competent jurisdiction. He must also certify that the claim or claims are not frivolous or taken in bad faith. Additionally, the motion for leave to file must be captioned "Application Pursuant to Court Order Seeking Leave to File." Plaintiff must affix a copy of this order and Memorandum Opinion to the motion seeking leave to appeal. Failure to comply strictly with the terms of this AMENDED ORDER will be sufficient grounds for denying leave to file. It is further

    ORDERED that all motions associated with these cases will be terminated.

    SO ORDERED on this ____ day of July, 2007.

_____
REGGIE B. WALTON
United States District Judge